# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

*Joseph Johnson, Rubin Tabales,*
*Tina Williams: Crystal Brenton, Nana Boateng*

_____
Write the full name of each plaintiff.

23 CV 01156

_____CV_____
(Include case number if one has been assigned)

-against-

*The Westin NY at Times Sq /*
*Marriott International*

_____

_____
Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?
☑ Yes     ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

RECEIVED
SDNY PRO SE OFFICE
2023 FEB 10 PM 2:32

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Joseph                     J                    Johnson
First Name              Middle Initial        Last Name

151 County Club LANE
Street Address

Pomana                          NY              10970
County, City                    State           Zip Code

201-240-0734                    joel.j6068@gmail.com
Telephone Number                Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

*NOT suing GM INDIVIDUALLY ITS COMPANY suit OR MANAGERS listed JD*

Defendant 1:    Michael Woldoski
                Name

270 West 43rd St
Address where defendant may be served

New York          NY            10036
County, City      State         Zip Code

HR MANAGERS:
Defendant 2:    Mark Collins  &  Miriam Ruiz
                Name

270 West 43rd St
Address where defendant may be served

New York          NY            10036
County, City      State         Zip Code

Defendant 3: _CEO of Marriott._

Name
_270 West 43rd St._

Address where defendant may be served
_New York_          _NY_          _10036_
County, City                State                Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

_The Westin NY at Times Sq: 270 West 43rd St:_
Name

_New York_
Address

_NY_                              _100360_
County, City                State                Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐   **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐   race:        _____

☐   color:       _____

☑   religion:    _22 U.S. Code 2755_  _Harassed by H/R Director Attorneys in Binder:_

☐   sex:         _____

☐   national origin:  _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☑ Other (may include other relevant federal, state, city, or county law):

42 US CODE & 2000E-2- UNLawful Emp. Practices

18 USC & 2331 COERCION · KRONOS HACK
THE HOTEL FORCED WORKERS TO PAY BACK MONEY ON THEIR ERROR

15 US Code 2087- HR Director HARASSED me After given
Knowledge of Previous Law-Suit:

NY Penal Law Section 240.30. HR Director
HARASS Me & I Make NYPD report Against Hotel

Page 4

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☐ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☐ provided me with terms and conditions of employment different from those of similar employees
- ☑ retaliated against me
- ☑ harassed me or created a hostile work environment
- ☐ other (specify): *From 2015 to 2022: with exception C19 Pandemic:*
*I was consistently harassed in the facility: Attached in Binder provided:*

### B.   Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

*Attached: In the Binder: Denied Accommodation after telling Management: Inclement weather was in Neighborhood route to Upstate N.Y. Took me almost 2 hrs to get home & there was a crash:*

*Marriott blocked me from log on to services for 2+ weeks & have not unlocked log-on for service & duty*

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

*USC Section 241 Conspiracy Against Rights. Violated*
*No Job Description & Fire Life Safety Directors are consistently called*
*Away from Fire Command: I request the court to Enforce*
*Job Description for FLSD Security members.*

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

    When did you file your charge?    _____

☐  No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

    What is the date on the Notice?    *11/18/2022*

    When did you receive the Notice?    *3+ Weeks Later. IT WAS LATE*

☐  No    *& THEY LATER EMAILED IT TO ME.*

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐  direct the defendant to hire me

☐  direct the defendant to re-employ me

☐  direct the defendant to promote me

☑  direct the defendant to reasonably accommodate my religion

☐  direct the defendant to reasonably accommodate my disability

☐  direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

*THE HOTEL OWES: BACK PAY & ONLY OFFERED SOME RETRO.*
*ATTACHED IN BINDER: (5) workers listed to stand trial was*
*HARASSED BY MANAGEMENT. I WAS CONSISTENTLY*
*HARASSED FOR MANY YEARS. I REQUEST 350,000,000 USD*
*IN DAMAGES & IT SHOULD BE SPLIT BETWEEN THE PLAINTIFFS.*

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| *Feb 10 2023* | *[signature]* |
| Dated | Plaintiff's Signature |
| *Joseph* | *J* | *Johnson* |
| First Name | Middle Initial | Last Name |
| *151 County Club La* | |
| Street Address | |
| *Pomona* | *NY* | *10870* |
| County, City | State | Zip Code |
| *201-240-0734* | *joel.j668@gmail.com* |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/18/2022

**To:** Joseph Johnson
207 Liberty Avenue, Apartment #1-A
Jersey City, NJ 07306

Charge No: 16G-2014-03983

EEOC Representative and email:   Amon Kinsey
S/L Program Manager
holly.shabazz@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Timothy Riera
11/18/2022
Timothy Riera
Acting District Director

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 16G-2014-03983 to the District Director at Timothy Riera, 33 Whitehall St 5th Floor

New York, NY 10004.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

Pro se
40 Foley sq
Room: 105

212-805-0175

**Cc:**
The Westin New York At Times Square
270 West 43rd Street
New York, NY 10036

Attn: Director Of Human Resources

Please retain this notice for your records.

**Joseph Johnson**
**151 Country Club Lane**
**Apt# 15**
**Pomona,  New York 10970**

DARREN WILKERSON — 917-930-5411  SECURITY DPT.

Kevin Mingle — 929-509-0740 - SECURITY DPT.

* Tim. Williams   347-556-2485.  service express Dpt.
Religious Exemption. Violated.

* Religious Exemption: Violated:
Joseph Johnson - 201-240-0134. Security Dpt

Edison Munoz  646-479-3699. FRONT DESK A

HECTOR BANG - 347-433-3005.

Anna Liza Bay  646-335 3477   Service Express

* Religious Exemption; Violated.
Ruben Tabares 516-582-5994 Banquet

* Carmen Delarosa  917-776-6326 Hskp Delegate

Witness of Active shooter: Month long investigation. Defamation

Felix AVANT  917-734-8590. Security Dpt.

* Crystal Brenton 718-644-3709. Front Desk.
Medical exemption VIOLATED.

X

# REQUEST JURY TRIAL:

I want the Hotel General Manager on trial: Michael Woldolski: he allowed a very abusive testing during C19 & allowed a Hostile work environment: myself and 2 members from Banquets: Ruben Tabares and Hector Banquets Capt. Grieved conditions.

I want the Human Resources Director on trial: Miriam Ruiz: She made it personal to consistently THREATEN MY JOB: and intentionally shielded former DOS: who was demoted. HR director actions last year in June led to a NYPD POLICE REPORT: filed against the facility.
I demand the judge ask her why she made attempts against me; and had nothing on me.
She used the text of a disgruntled worker on LOA: to threaten my lively hood.
It was an image of fire: and dialog was end-time related. I didn't threaten my co-worker.
SUBPOENA the HR DIRECTOR MIRIAM RUIZ:

**IT WAS ACT OF RELIGIOUS DISCRIMINATION:**

THE HOTEL **DENIED ME ACCOMMODATIONS** AFTER TELLING MANAGEMENT **SEVER WEATHER** WAS IN MY NEIGHBORHOOD: Management sent me into the elements: POST EEOC INVESTIGATION: ANOTHER ACT OF DISCRIMINATION: RELIGIOUS DISC. I want Mark Collins on trial: for Harassing me during the C19;testing period. NY mandate said weekly test: the hotel was FORCING 2 to 3 test a week: that was **EXCESSIVE:** It was a Violation of NYC mandate.

Denied Accommodations due to SEVERE WEATHER & forced to drive home in

DANGEROUS WEATHER CONDITIONS:attached is photo proof of a car-crash

Heavy storm rain conditions:

On Wednesday January 25, 2023 around 1030pm I notified F/O manager of weather conditions in Rock-land NYS; the initial report was Wintry Mix and updated to severe rain down and potential flooding:

Front Office managers said she would send email to the upper management; but"she didn't ask for Security Manager for approval due to inclement Weather; while waiting trying to contact the GM & the Hotel managers it was to no avail. Previous weeks I was given accommodation due to working late and having to return back the following morning; I have been fighting to remove Mid-shift schedule for many years & management refuse to terminate the shift. It's TOXIC & un-healthy; to the argument; it was INCLEMENT WEATHER.

The Front-desk Manager DENIED accommodation due to inclement weather conditions; it took me almost 2 hours to get home and I had to report back for Mid-shift. I reported back because I didn't want least senior worker from the AM shift to get stuck.

All the other front desk managers grant workers; accommodation due to scheduling or INCLEMENT WEATHER conditions and emails are given for reasons why:

The decision by front desk manager Tatianna to deny accommodation due to bad Weather conditions is in-excusable and un-lawful; there was a car accident & road conditions was very difficult for driving.

If there is a sudden STORM CONDITION working on Wednesday going forward I can't trust asking this manager due to this disrespectful and cruel act. I could have been the victim in that unfortunate car-accident.

J J



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/18/2022

**To:** Joseph Johnson
207 Liberty Avenue, Apartment #1-A
Jersey City, NJ 07306

Charge No: 16G-2014-03983

EEOC Representative and email:    Amon Kinsey
S/L Program Manager
holly.shabazz@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Timothy Riera
11/18/2022
Timothy Riera
Acting District Director

Today
1:16 AM

Edit





 **U.S. Equal Employment Opportunity Commission**

# Retaliation

## Retaliation: Considerations for Federal Agency Managers

Retaliation is the most frequently alleged basis of discrimination in the federal sector and the most common discrimination finding in federal sector cases. As EEOC works to address this issue, **you can help**.

**Learn more** about what constitutes retaliation, why it happens, and how to prevent it. Written by EEOC staff, **this article (https://www.eeoc.gov/retaliation-making-it-personal)** ran in the summer 2015 issue of *The Federal Manager*.

The EEO laws prohibit punishing job applicants or employees for asserting their rights to be free from employment discrimination including harassment.  Asserting these EEO rights is called "protected activity," and it can take many forms.  For example, it is unlawful to retaliate against applicants or employees for:

- filing or being a witness in an EEO charge, complaint, investigation, or lawsuit

- communicating with a supervisor or manager about employment discrimination, including harassment

- answering questions during an employer investigation of alleged harassment

- refusing to follow orders that would result in discrimination

- resisting sexual advances, or intervening to protect others

- requesting accommodation of a disability or for a religious practice

- asking managers or co-workers about salary information to uncover potentially discriminatory wages.

Participating in a complaint process is protected from retaliation under all circumstances. Other acts to oppose discrimination are protected as long as the employee was acting on a reasonable belief that something in the workplace may violate EEO laws, even if he or she did not use legal terminology to describe it.

Engaging in EEO activity, however, does not shield an employee from all discipline or discharge. Employers are free to discipline or terminate workers if motivated by *non-retaliatory and non-discriminatory* reasons that would otherwise result in such consequences. However, an employer is not allowed to do anything in response to EEO activity that would discourage someone from resisting or complaining about future discrimination.

For example, depending on the facts, it could be retaliation if an employer acts because of the employee's EEO activity to:

- reprimand the employee or give a performance evaluation that is lower than it should be;

- transfer the employee to a less desirable position;

- engage in verbal or physical abuse;

- threaten to make, or actually make reports to authorities (such as reporting immigration status or contacting the police);

- increase scrutiny;

- spread false rumors, treat a family member negatively (for example, cancel a contract with the person's spouse); or

- make the person's work more difficult (for example, punishing an employee for an EEO complaint by purposefully changing his work schedule to conflict with family responsibilities).

For more information, see _____
_____**(https://www.eeoc.gov/questions-and-answers-enforcement-guidance-retaliation-and-related-issues)** .

## Employer Coverage

———————————————————————
The Westin NY at Times Square: RETALIATED :
———————————————————————

MARRIOT INTERNATIONAL: intentionally blocked

me from using MS-SHIFT: from Monday January

23, 2023: present: unable to log in & half to use

co-workers log in: I was forced to change password:

From the time dating back to Monday of Jan 23,2023

Unable to log on: 2nd Account: The Westin at Times

Square: INTENTIONALLY DENIED accommodation

Regarding Inclement Weather: read attachment.

An official website of the United States government
Here's how you know ■





TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Title VII of the Civil Rights Act of 1964 (Title VII) makes it unlawful for an employer to discriminate against someone because of:

- Race;
- Color;
- Religion;
- Sex (including pregnancy and related conditions, sexual orientation, and gender identity); or
- National origin.

Title VII also makes it unlawful for an employer to take a negative action, or retaliate, against a person because they:

- Complained about discrimination, whether formally or informally;
- Filed a charge of discrimination with an agency like the U.S. Equal Employment Opportunity Commission, or
- Participated as a witness in an employment discrimination investigation or lawsuit.

Title VII also makes it unlawful to use policies or practices that seem neutral but have the effect of discriminating against people because of their race, color, religion, sex (including pregnancy and related conditions, sexual orientation, and gender identity), or national origin.

Under Title VII, it is unlawful to discriminate in any aspect of employment, including:

- Hiring and firing;
- Compensation, assignment, or classification of workers;
- Transfer, promotion, layoff, or recall;
- Job advertisements and recruitment;
- Testing;
- Use of employer facilities;
- Training and apprenticeship programs;
- Retirement plans, leave, and benefits; or
- Other terms and conditions of employment.

Under Title VII, employers also cannot:

- Harass an employee because of race, color, religion, sex (including sexual orientation and gender identity), or national origin;
- Refuse or fail to make reasonable adjustments to workplace policies or practices that allow individual workers to observe their sincerely held religious beliefs;

- Make employment decisions based on stereotypes or assumptions about a person's abilities, traits, or performance because of their race, color, religion, sex (including sexual orientation and gender identity), or national origin;
- Deny job opportunities because a person is married to, or associated with, a person of a particular race, color, religion, sex (including sexual orientation and gender identity), or national origin.

The Attorney General, through ELS, brings lawsuits under Title VII against state and local government employers after the EEOC refers a complaint to the Department of Justice. ELS also can start investigations and bring lawsuits against state and local government employers when there is reason to believe that an employer's policy or practice discriminates against a group of job applicants or employees based on their race, color, religion, sex (including sexual orientation and gender identity), or national origin.

## THE UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT OF 1994 (USERRA)

The Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA) ensures that servicemembers can return to their civilian jobs after they finish military service obligations. USERRA requires employers to give servicemembers the seniority, status, and rate of pay that they would have if they had remained continuously employed by their civilian employer without a break for military service.

Employers have other obligations under USERRA, too. For example:

- Employers must make reasonable efforts to help returning employees to refresh or upgrade their skills so they can qualify for reemployment;
- Returning servicemembers are entitled to immediate reinstatement of health insurance for themselves and previously covered dependents with no waiting period and no exclusion of preexisting conditions other than those that are military service-related; and
- Employers must reemploy servicemembers who became disabled during military service in a position most closely related to their former position if they can no longer perform it.

USERRA also prohibits:

- Discrimination in hiring, promotion, and retention because of past, present and future military service;
- Discrimination in hiring, reemployment, promotion, job retention or benefits because of military service;
- Retaliation because a person asserted their rights or assisted (including testifying, giving a statement, etc.) in an USERRA investigation or lawsuit, even if the person assisting has no military service connection.

USERRA covers both voluntary and involuntary military service, in peacetime and wartime, and applies to virtually all civilian employers, including the federal government, state and local governments, and private employers, no matter how many people work for that employer.

Under USERRA, the Department of Justice can bring a lawsuit after the U.S. Department of Labor determines that a servicemember's USERRA rights were violated and refers the complaint to us. The Department of Justice can bring lawsuits under USERRA against private employers as well as state and local government employers.

## EXECUTIVE ORDER 11246

Executive Order 11246 applies to **federal government contractors and federal government-assisted construction contractors and subcontractors** who do over $10,000 in federal government business in one year. It prohibits those employers from discriminating based on race, color, religion, sex (including pregnancy and related conditions, sexual orientation, and gender identity) or national origin.

The Executive Order also requires federal government contractors to **take action to ensure equal opportunity**

**in all aspects of employment,** including training programs, outreach efforts, and other affirmative steps. Contractors must take action to recruit and advance qualified minorities and women for jobs in which they are underused compared to how many people in those groups are available in the workforce. Contractors should include these efforts into their written personnel policies. Federal government contractors with written affirmative ction programs must implement them, keep them on file, and update them yearly. Also, under some circumstances, Executive Order 11246 makes it **unlawful for federal contractors and subcontractors from taking negative actions against applicants and employees because they have asked about, discussed, or shared information about their pay or their co-workers' pay**.

Federal government contractors also must take all necessary actions to make sure no one in the workplace tries to intimidate or discriminate against a person for filing a complaint or participating in a lawsuit under the Executive Order.

Executive Order 11246 is administered by the Office of Federal Contract Compliance Programs at the Department of Labor. After the OFCCP sends a matter to our offices, the Department of Justice can a bring a lawsuit in federal court.

*Updated December 9, 2022*

---

Was this page helpful?

Yes     No

_____

_____

For 13+ years Upper Management allow unlawful work environment: for Security.

No job description for the security department:

No Security Supervision.

_____

_____

From 2004 to 2022: management continues to FORCE: fsd's to abandon the fire Command Station. VIOLATION.

For too long they have been making up there own rules:

Lawfully they can walk the lobby; they can relieve for meals;

DOS is a licensed FSD: & Senior FSD: management can lawfully work Fire Command station if licensed by FDNY.

The Union contract does NOT super-seed Labor laws, State laws, City laws or Federal laws. The union is suppose to be in compliance with the law.

_____

The back-pay for FSD: is a major violation: 1st off that's a Criminal Offense: GRAND LARCENY Class E. FELONY Ny penal law & Employer THEFT.

It's not fair according to the union contract they are willing to go 2yrs back, regarding back-pay while the hotel amid they INTENTIONALLY failed to pay us according to excel chart & numbers gathered; thats THEFT & Grand Larceny: they owe the max amount to the FSD'S owe: period' 2 years back is unlawful they have to pay up.

_____

## USC Section 241. Conspiracy Against Rights: VIOLATED.

## 18 USC Code & 664 THEFT: Hotel intentionally with-held paying FSD's.

## NY Penal Law Section 155.35. GRAND LARCENY in the 4th

## Degree: Class E. Felony: hotel is guilty of charges.

_____

Joseph Johnson: House Officer

The Westin Ny at Times Sq

New York NY 10036

201-240-0134


TO. AES: MARRIOTT INVESTIGATIVE AGENT

I'll attach the documents that led to a NYPD police report against Human Resources director &
the Director of Security 06/30/2022. The General manager was given a copy for his records.
SABOTAGE is a major violation of policy and 2 directors was busted before 2 union delegates:
06/29/2022 in the GM office.

The following Thursday: the Union Business Agent received copy of incidents, leading to a
NYPD police report against management: going forward, I will never be comfortable working
with the current Director of Security of the director of Human Resources:
EVERY DAY IS A DAY OF DISCOMFORT: WITH THEM IN THE FACILITY.
THERE A PERSONAL THREAT TO MY LIVELY-HOOD & MUST BE TERMINATED
& REMOVED FROM ALL PERSONAL WORKING IN THE HOTEL: AFTER A NYPD
REPORT FILED AGAINST THEM: UNCOMFORTABLE WORKING WITH THEM.


1.

HR Director and Security DOS:


Engaged in acts of DISPARATE TREATMENT: protecting an FSD in April of 2022 who:

ABANDON FIRE COMMAND STATION: left the facility never returned:

ENDANGERING:

Hotel guest.

Associates.

Convention Clients.

The hotel itself.

According to the manual which I will attach that's a TERMINAL OFFENSE: no exceptions:

BOTH HR DIRECTOR & DOS SHIELDED: the subject. Over-night House Officers even

made statements that led to incident: and till this day, the subject remains on the staff.


Post NYPD report I have been reaching out to many Employment lawyers regarding this:

HR & DOS is Criminals: I was ASSAULTED by the same member in report I quickly grieved

to HR and DOS years ago: they shielded the subject: I will attach the incident:


The subject they consistently protecting needs to be TERMINATED without question & if grieved

by the Union SUSPEND him for 12 months: it was a major violation of hotel policy and the Union

Contract; theres no getting around that action. If it would have been me; I would have been escorted

by SWAT or the NATIONAL GUARD. USC Section 1607.11 Disparate Treatment: Federal Offense

& VIOLATION in place of work: almost 14yrs of DOS allowing it; in the security department.


2.

The current DOS & HR directors have regards to workers or the contract:

I'll attach the documents on Vacations.

Every year the staff goes back and forward with HR and DOS regarding vacation picks:

May 2022: I was refused vacation after posting: before deadline and DOS alone with HRD.

Granted the vacation to a less senior member; whom I posted in advance.

It's been a CIRCUS with the current DOS: she is a Terrible manager:

ZERO MORALE.

EXTREMELY RUDE.

UNPROFESSIONAL.

TERRIBLE IN SPEECH.

DISRESPECTFUL.

Personally: when trying to approach: on business related matters: she jumps like's she seen a ghost:

That's disturbing because it creates uncomfortable vibration while trying to get through days work:

RUDE INTIMIDATING POSTURE:

UNFRIENDLY.

UNFIT-TO BE MANAGER OR DIRECTOR.

PLOTTED FALSE STORIES WITH HR DIRECTOR: LEADING TO A POLICE REPORT 06/30/22

The action is TERMINAL action and it's time to go forward with new leadership. There both of a

protected class: no were in law they can have defense against these actions. Employment lawyers

are currently going over what's happened: I will never be comfortable working with them; with reason.

3.

I'm not dropping the HARASSMENT CHARGE against the Westin NY at Times Square: they INTENTIONALLY plotted against my lively hood and protected a CRIMINAL union member.

TOXIC WORK environment.

41 CFR & 60-20-08. HARASSMENT & HOSTILE WORK ENVIRONMENT: violation of law. ON GOING HARASSMENT FROM 2015 TO 2022 under current management: Ask them for Confidentiality file in Human Resources: the file speaks for itself.

On record: every day I have to work with the DOS or with the HR-Director in the facility:

IT'S HARASSMENT. AGGRAVATED HARASSMENT. NY Penal law Section 240.30. Violation.

It gets worse: Religious Discrimination, ask the HR director about the text she presented in 06/29/22 trying to save face for DISGRUNTLED hostile worker on LOA: This is actually going from Civil Attorneys to CRIMINAL ATTORNEYS: Mark Collins threaten to send me home over C19 Tests Violating the Religious Exemption accommodation: COERCION IS A FELONY: a major Felony. 18 USC & 2331 violation: and theres NYS Penal Laws regarding this Felony offense.

The Hotel Defense best pray: Lawyer agreement is finalized these current managers stated are CRIMINALS & I'm taking legal actions against the hotel for continuing this toxic & unlawful work environment. Not dropping the charges against the Westin Ny at Times square.

4.

All the Associate statements was ignored by upper management at the hotel: they shielding

The DOS wrong doings and the events leading to NYPD report insures; Marriott is a corrupt

Management Firm. Under Starwood the DOS had horrific survey scores: not a NYPD report

on file against the hotel like Marriott. This is not a light thing. A police report on file is

Significant and holds much volume:

Not taking back the statement that Marriott is CORRUPT: I was harassed by the HR Director

when you review the confidentiality file: Why these managers are not being held accountable?

It's new low that a NYPD Police report was filed against management: and Marriott ain't changed

A damn thing; with a NYPD report in HR against management: the charges and violations of

Law are listed; at least a small summary:

Religious Discrimination.

Disparate Treatment Discrimination.

TOXIC work environment.

Hostile work environment.

COERCION: serious felony.

I will continue to legally protect myself from this corruption; it is very sad under this management.

Joseph Johnson

151 Country Club Ln

Pomona NY        10970

201-240-0134.

### To Union President.

Attached is the documents leading up to NYPD file made against HR

Director. June 30, 2022 & text I sent to Business Agent. I'm not dropping

charges against the Westin Ny at Times: employment attorney's is

overseeing evidence & documents submitted:**Religious discrimination**

**Disparate treatment discrimination (favoritism). Hate Crimes by HR**

**Conspiracy against rights among other wrongs at this facility**. Change

of HR Director would be nice: 3 failed attempts by HR Director toying

with my lively hood; Miriam struck out. Threat to my job & union

members move her away from the hotel as Daniel was moved away. DOS

from my time as Delegate in 2007 to 2012: DOS consistently harassed me

took it to the NYS Supreme Court, had to Appeal, succeeded through to

Appellate 1st Department; & this joke of DOS continues to harass while

the union looks on even after I make police harassment claim against

HR: details show DOS had huge part in failed SABOTAGE of my job.

Most recent leading to 2022 NYPD police report against HR Director.

1.

These so-called managers; chiefly these directors; HR & DOS are

CRIMINALS: straight up: I'm 100% THREATENED by both of them

no getting around it: A police report against the hotel & they get to

walk past me and speak after they plotted & attempted more failed

SABOTAGE attempts of my employment; & I'm supposed to be

In good spirits after all this has played out. Not happening.

Due the UNION members the greatest favor of all time; remove

both CRIMINAL DIRECTORS away from the Union members.

It's the least the UNION can due: or sue the hotel for civil crimes.

The Prosecution of this facility can't happen fast enough;

DOS can't scream race or color & it's a colored union member

proving she has been in VIOLATION for too damn long: she is

not doing her job as DOS & consistently proven disparate treatment

to co-workers is a civil crime. The Confidentiality file in HR proves

DOS has continually acting in retaliation from 2015 to 2022; come on

a NYPD report against the HR & DOS & they still there?

I want to see all of these CRIMINAL managers removed.

HR Director & assistant, DOS, & the GM. They all need to leave

hotel & never return: these on going C19 test. Criminal Offense.

18 USC & 2331. Coercion. Civil Terrorism. Unlawful testing.

2.

The GM was given the legal document Coercion; I will attach.

18 USC & 2331. It's a FELONY. I hope the Union reach out

To the District attorney regarding this.

34 U.S.C & 30507. The Hotel is guilty of HATE CRIMES.

Unlawful accommodations.

Religious Discrimination.

Disparate treatment discrimination.

41 CFR & 60.20.08. Harassment & Hostile Work Environment.

June 30,2022. NYPD harassment filed against HR Director & DOS.

The Union have the power to Sue: all these happenings; I'd expect

Union action against the The Westin Ny at Times Square.

Not holding my breath; for years y'all knew about the DOS & her

CORRUPT habits, know she tag team with HR Director, choke

SABOTAGE attempt, that turned to NYPD harassment; report

filed against HR & DOS: Please' remove these Criminals from

Union Members.

3.

Mr. President this is yours; this way you can't say you wasn't notified
of these unlawful violation at the Westin New York at Times Sq.
Marriott or who ever is allowing this ILLEGAL activity ultimately
going to stand before a judge or at least there defense.

Waiting patient for due process to play-out, not going to stand idle &
allow this abuse; these upper managers are CRIMINALS, the hell with
there apologies & I will continue to reach out to Employment Attorneys
till this goes before a Court Judge rightfully. Out of control is these
current upper managers.

As stated previous; I'd expect a union action against the hotel, makes
no since it's taking this long to see these CRIMINALS removed from
the hotel. Current upper management don't belong here.

# LAWSUIT AGAINST HOTEL.

**14 TOTAL COUNTS; of Civil Violations.**

**US CODE & 1513. RETALIATORY actions from management.**

**ON GOING RETALIATORY actions and threats.**

**42 US CODE & 2000E-2- Unlawful Employment practices:**

**Solid work reputation: never offered** Supervisor position.

Ignored by the DOS & upper management.

ON GOING HARASSMENT: BY MANAGEMENT

**41 CFR & 60-20-08. HARASSMENT & HOSTILE WORK ENVIRONMENT. ON GOING HARASSMENT. FROM 2015 to 2022.** HR Confidentiality file proves: they kept Harassing me, PERPETUALLY. Intentionally.

**Exempt C19 Lockdown year: I was on part-time schedule; hotel was temporary closed; only some staffed worked that year due to pandemic.**

DAMAGES REQUESTED: **350,000,000.** Initial damages requested was 90,000,000: ignore pages that show initial request.

Westin Times Square
FSD Backpay
Two Years + 2020 YTD

| Biba, Julian | $ | 1,418.55 |
|---|---|---|
| Hayley, Royston | $ | 1,494.94 |
| Morgan, Terrell | $ | 1,526.88 |
| Paulino, Edgar | $ | 945.90 |
| Johnson, Joseph | $ | 1,225.00 |
| Jenkins, Carl | $ | 1,093.34 |
| Smith, Darlene | $ | 1,327.33 |
| Wilkerson, Darren | $ | 1,285.19 |
| Bonet, Salustino | $ | 1,276.13 |
| Oppong, Isaac | $ | 1,144.02 |
| Nunez, Raferlis | $ | 1,309.26 |

| Total | $ 14,046.53 |
|---|---|

" FYI" HOTEL GAVE BACK
ONLY SMALL RETRO PAY:
THE Rest IS STILL UNPAID.

| Year | Correct FSD Rate | Weekly Wage |
|---|---|---|
| February 2011 - June 2011 | $ 26.8645 | $ 1,074.5801 |
| July 2011 - June 2012 | $ 27.8048 | $ 1,112.1904 |
| July 2012 - June 2013 | $ 28.7779 | $ 1,151.11704 |
| July 2013 - June 2014 | $ 29.9290 | $ 1,197.16172 |
| July 2014 - June 2015 | $ 31.1262 | $ 1,245.04819 |
| July 2015 - June 2016 | $ 32.3713 | $ 1,294.85012 |
| July 2016 - June 2017 | $ 33.5042 | $ 1,340.16988 |
| July 2017 - June 2018 | $ 34.6769 | $ 1,387.07582 |
| July 2018 - June 2019 | $ 35.8906 | $ 1,435.62347 |
| July 2019 - January 2020 | $ 36.8776 | $ 1,475.10312 |
| Jul-20 | $ 37.8659 | $ 1,514.63588 |

| Name | Date of Hire |
|---|---|
| Royston Haley | 1/13/2003 |
| Terrell Morgan | 5/19/2003 |
| Julian Biba | 9/7/2004 |
| Edgar Paulino | 9/20/2004 |
| Joseph Johnson | 7/17/2002 |
| Carl Jenkins | 7/30/2006 |
| Darlene Smith | 12/25/2008 |
| Darren Wilkerson | 2/25/2008 |
| Salustino Bonet | 4/18/2011 |
| Isaac Oppong | 9/8/2011 |
| Ralph Nunez | 8/30/2011 |

**Biba, Julian**

| | Regular & Benefit Hours Worked | OT Hours Worked | Hourly Amount Paid | OT Amount Paid | Gross Amount Paid |
|---|---|---|---|---|---|
| July 2017 - June 2018 | 2177.2 | 334.2 | 34.53 | 51.795 | $ 92,488.61 |
| July 2018 - June 2019 | 2100.16 | 95.42 | 35.73 | 53.595 | $ 80,152.75 |
| July 2019 - January 2020 | 1217.37 | 120.4 | 36.402 | 54.603 | $ 50,888.90 |

| FSD Issuance | | FSD Experation | |
|---|---|---|---|
| 1/27/2005 | TFLSD | | 11/5/2021 |
| 3/7/2005 | | | 3/3/2020 |
| 7/27/2009 | | | 7/16/2020 |
| 12/5/2006 | TFLSD | | 6/26/2022 |
| 8/30/2005 | TFLSD | | 2/28/2022 |
| 11/28/2006 | TFLSD | | 2/4/2022 |
| 2/5/2008 | TFLSD | | 03/25/2022 |
| 9/4/2008 | | | 2/20/2020 |
| 1/29/2013 | TFLSD | | 6/25/2022 |
| 4/26/2012 | TFLSD | | 2/25/2022 |
| 9/9/2013 | TFLSD | | 2/26/2022 |

| Correct Gross Amount | | Amount Owed | |
|---|---|---|---|
| $ | 92,882.06 | $ | 393.46 |
| $ | 80,512.99 | $ | 360.24 |
| $ | 51,553.75 | $ | 664.84 |
| | | $ | **1,418.55** |

| Year | Correct FSD Rate | Weekly Wage |
|---|---|---|
| February 2011 - June 2011 | $ 26.8645 | $ 1,074.5801 |
| July 2011 - June 2012 | $ 27.8048 | $ 1,112.1904 |
| July 2012 - June 2013 | $ 28.7779 | $ 1,151.11704 |
| July 2013 - June 2014 | $ 29.9290 | $ 1,197.16172 |
| July 2014 - June 2015 | $ 31.1262 | $ 1,245.04819 |
| July 2015 - June 2016 | $ 32.3713 | $ 1,294.85012 |
| July 2016 - June 2017 | $ 33.5042 | $ 1,340.16988 |
| July 2017 - June 2018 | $ 34.6769 | $ 1,387.07582 |
| July 2018 - June 2019 | $ 35.8906 | $ 1,435.62347 |
| July 2019 - January 2020 | $ 36.8776 | $ 1,475.10312 |
| Jul-20 | $ 37.8659 | $ 1,514.63588 |

**Hayley, Royston**

| | Regular & Benefit Hours Worked | OT Hours Worked | Hourly Amount Paid |
|---|---|---|---|
| July 2017 - June 2018 | 2197.9 | 238.3 | 34.53 |
| July 2018 - June 2019 | 2152.25 | 253.03 | 35.73 |
| July 2019 - January 2020 | 1223.87 | 183.57 | 36.402 |

| Name | Date of Hire | FSD Issuance | FSD Experation | |
|---|---|---|---|---|
| | | | | |
| Royston Haley | 1/13/2003 | 1/27/2005 | TFLSD | 11/5/2021 |
| Terrell Morgan | 5/19/2003 | 3/7/2005 | | 3/3/2020 |
| Julian Biba | 9/7/2004 | 7/27/2009 | | 7/16/2020 |
| Edgar Paulino | 9/20/2004 | 12/5/2006 | TFLSD | 6/26/2022 |
| Joseph Johnson | 7/17/2002 | 8/30/2005 | TFLSD | 2/28/2022 |
| Carl Jenkins | 7/30/2006 | 11/28/2006 | TFLSD | 2/4/2022 |
| Darlene Smith | 12/25/2008 | 2/5/2008 | TFLSD | 03/25/2022 |
| Darren Wilkerson | 2/25/2008 | 9/4/2008 | | 2/20/2020 |
| Salustino Bonet | 4/18/2011 | 1/29/2013 | TFLSD | 6/25/2022 |
| Isaac Oppong | 9/8/2011 | 4/26/2012 | TFLSD | 2/25/2022 |
| Ralph Nunez | 8/30/2011 | 9/9/2013 | TFLSD | 2/26/2022 |

| OT Amount Paid | Gross Amount Paid | | Correct Gross Amount | Amount Owed | |
|---|---|---|---|---|---|
| 51.795 | $ | 88,236.24 | $ 88,611.60 | $ | 375.37 |
| 53.595 | $ | 90,461.04 | $ 90,867.61 | $ | 406.57 |
| 54.603 | $ | 54,574.79 | $ 55,287.79 | $ | 713.00 |
| | | | | $ | **1,494.94** |

| Year | Correct FSD Rate | Weekly Wage |
|---|---|---|
| February 2011 - June 2011 | $ 26.8645 | $ 1,074.5801 |
| July 2011 - June 2012 | $ 27.8048 | $ 1,112.1904 |
| July 2012 - June 2013 | $ 28.7779 | $ 1,151.11704 |
| July 2013 - June 2014 | $ 29.9290 | $ 1,197.16172 |
| July 2014 - June 2015 | $ 31.1262 | $ 1,245.04819 |
| July 2015 - June 2016 | $ 32.3713 | $ 1,294.85012 |
| July 2016 - June 2017 | $ 33.5042 | $ 1,340.16988 |
| July 2017 - June 2018 | $ 34.6769 | $ 1,387.07582 |
| July 2018 - June 2019 | $ 35.8906 | $ 1,435.62347 |
| July 2019 - January 2020 | $ 36.8776 | $ 1,475.10312 |
| Jul-20 | $ 37.8659 | $ 1,514.63588 |

**Morgan, Terrell**

| | Regular & Benefit Hours Worked | OT Hours Worked | Hourly Amount Paid |
|---|---|---|---|
| July 2017 - June 2018 | 2198.5 | 357.8 | 34.53 |
| July 2018 - June 2019 | 2081.57 | 239.3 | 35.73 |
| July 2019 - January 2020 | 1254.92 | 191.15 | 36.402 |

| Name | Date of Hire | FSD Issuance | FSD Experation | |
|---|---|---|---|---|
| | | | | |
| Royston Haley | 1/13/2003 | 1/27/2005 | TFLSD | 11/5/2021 |
| Terrell Morgan | 5/19/2003 | 3/7/2005 | | 3/3/2020 |
| Julian Biba | 9/7/2004 | 7/27/2009 | | 7/16/2020 |
| Edgar Paulino | 9/20/2004 | 12/5/2006 | TFLSD | 6/26/2022 |
| Joseph Johnson | 7/17/2002 | 8/30/2005 | TFLSD | 2/28/2022 |
| Carl Jenkins | 7/30/2006 | 11/28/2006 | TFLSD | 2/4/2022 |
| Darlene Smith | 12/25/2008 | 2/5/2008 | TFLSD | 03/25/2022 |
| Darren Wilkerson | 2/25/2008 | 9/4/2008 | | 2/20/2020 |
| Salustino Bonet | 4/18/2011 | 1/29/2013 | TFLSD | 6/25/2022 |
| Isaac Oppong | 9/8/2011 | 4/26/2012 | TFLSD | 2/25/2022 |
| Ralph Nunez | 8/30/2011 | 9/9/2013 | TFLSD | 2/26/2022 |

| OT Amount Paid | Gross Amount Paid | Correct Gross Amount | Amount Owed | |
|---|---|---|---|---|
| 51.795 | $ 94,446.46 | $ 94,848.24 | $ | 401.79 |
| 53.595 | $ 87,199.78 | $ 87,591.70 | $ | 391.92 |
| 54.603 | $ 56,118.96 | $ 56,852.13 | $ | 733.17 |
| | | | $ | **1,526.88** |

| Year | Correct FSD Rate | Weekly Wage |
|---|---|---|
| February 2011 - June 2011 | $ 26.8645 | $ 1,074.5801 |
| July 2011 - June 2012 | $ 27.8048 | $ 1,112.1904 |
| July 2012 - June 2013 | $ 28.7779 | $ 1,151.11704 |
| July 2013 - June 2014 | $ 29.9290 | $ 1,197.16172 |
| July 2014 - June 2015 | $ 31.1262 | $ 1,245.04819 |
| July 2015 - June 2016 | $ 32.3713 | $ 1,294.85012 |
| July 2016 - June 2017 | $ 33.5042 | $ 1,340.16988 |
| July 2017 - June 2018 | $ 34.6769 | $ 1,387.07582 |
| July 2018 - June 2019 | $ 35.8906 | $ 1,435.62347 |
| July 2019 - January 2020 | $ 36.8776 | $ 1,475.10312 |
| Jul-20 | $ 37.8659 | $ 1,514.63588 |

| Name |
|---|
| |
| Royston Haley |
| Terrell Morgan |
| Julian Biba |
| Edgar Paulino |
| Joseph Johnson |
| Carl Jenkins |
| Darlene Smith |
| Darren Wilkerson |
| Salustino Bonet |
| Isaac Oppong |
| Ralph Nunez |

**Paulino, Edgar**

| | Regular & Benefit Hours Worked | OT Hours Worked | Hourly Amount Paid | OT Amount Paid |
|---|---|---|---|---|
| July 2017 - June 2018 | 1668.7 | 47.6 | 34.53 | 51.795 |
| July 2018 - June 2019 | 709.53 | 31.95 | 35.73 | 53.595 |
| July 2019 - January 2020 | 1060.62 | 90.052 | 36.402 | 54.603 |

| Date of Hire | FSD Issuance | FSD Experation | |
|---|---|---|---|
| | | | |
| 1/13/2003 | 1/27/2005 | TFLSD | 11/5/2021 |
| 5/19/2003 | 3/7/2005 | | 3/3/2020 |
| 9/7/2004 | 7/27/2009 | | 7/16/2020 |
| 9/20/2004 | 12/5/2006 | TFLSD | 6/26/2022 |
| 7/17/2002 | 8/30/2005 | TFLSD | 2/28/2022 |
| 7/30/2006 | 11/28/2006 | TFLSD | 2/4/2022 |
| 12/25/2008 | 2/5/2008 | TFLSD | 03/25/2022 |
| 2/25/2008 | 9/4/2008 | | 2/20/2020 |
| 4/18/2011 | 1/29/2013 | TFLSD | 6/25/2022 |
| 9/8/2011 | 4/26/2012 | TFLSD | 2/25/2022 |
| 8/30/2011 | 9/9/2013 | TFLSD | 2/26/2022 |

| Gross Amount Paid | Correct Gross Amount | Amount Owed | |
|---|---|---|---|
| $ 60,085.65 | $ 60,341.27 | $ | 255.61 |
| $ 27,063.87 | $ 27,185.50 | $ | 121.64 |
| $ 43,525.80 | $ 44,094.45 | $ | 568.65 |
| | | $ | 945.90 |

| Year | Correct FSD Rate | Weekly Wage |
|------|------------------|-------------|
| February 2011 - June 2011 | $ 26.8645 | $ 1,074.5801 |
| July 2011 - June 2012 | $ 27.8048 | $ 1,112.1904 |
| July 2012 - June 2013 | $ 28.7779 | $ 1,151.11704 |
| July 2013 - June 2014 | $ 29.9290 | $ 1,197.16172 |
| July 2014 - June 2015 | $ 31.1262 | $ 1,245.04819 |
| July 2015 - June 2016 | $ 32.3713 | $ 1,294.85012 |
| July 2016 - June 2017 | $ 33.5042 | $ 1,340.16988 |
| July 2017 - June 2018 | $ 34.6769 | $ 1,387.07582 |
| July 2018 - June 2019 | $ 35.8906 | $ 1,435.62347 |
| July 2019 - January 2020 | $ 36.8776 | $ 1,475.10312 |
| Jul-20 | $ 37.8659 | $ 1,514.63588 |

| Name |
|------|
| |
| Royston Haley |
| Terrell Morgan |
| Julian Biba |
| Edgar Paulino |
| Joseph Johnson |
| Carl Jenkins |
| Darlene Smith |
| Darren Wilkerson |
| Salustino Bonet |
| Isaac Oppong |
| Ralph Nunez |

**Johnson, Joseph**

| | Regular & Benefit Hours Worked | OT Hours Worked | Hourly Amount Paid | OT Amount Paid |
|---|---|---|---|---|
| July 2017 - June 2018 | 2188 | 203.6 | 34.53 | 51.795 |
| July 2018 - June 2019 | 2078.78 | 65.27 | 35.73 | 53.595 |
| July 2019 - January 2020 | 1039.12 | 21.03 | 36.402 | 54.603 |

| Date of Hire | FSD Issuance | FSD Experation | |
|---|---|---|---|
| | | | |
| 1/13/2003 | 1/27/2005 | TFLSD | 11/5/2021 |
| 5/19/2003 | 3/7/2005 | | 3/3/2020 |
| 9/7/2004 | 7/27/2009 | | 7/16/2020 |
| 9/20/2004 | 12/5/2006 | TFLSD | 6/26/2022 |
| 7/17/2002 | 8/30/2005 | TFLSD | 2/28/2022 |
| 7/30/2006 | 11/28/2006 | TFLSD | 2/4/2022 |
| 12/25/2008 | 2/5/2008 | TFLSD | 03/25/2022 |
| 2/25/2008 | 9/4/2008 | | 2/20/2020 |
| 4/18/2011 | 1/29/2013 | TFLSD | 6/25/2022 |
| 9/8/2011 | 4/26/2012 | TFLSD | 2/25/2022 |
| 8/30/2011 | 9/9/2013 | TFLSD | 2/26/2022 |

| Gross Amount Paid | Correct Gross Amount | Amount Owed |
|---|---|---|
| $ 86,097.10 | $ 86,463.37 | $ 366.27 |
| $ 77,772.96 | $ 78,122.50 | $ 349.55 |
| $ 38,974.35 | $ 39,483.53 | $ 509.18 |
| | | $ **1,225.00** |

| Year | Correct FSD Rate | Weekly Wage | | Name |
|------|------------------|-------------|--|------|
| February 2011 - June 2011 | $ 26.8645 | $ 1,074.5801 | | |
| July 2011 - June 2012 | $ 27.8048 | $ 1,112.1904 | | Royston Haley |
| July 2012 - June 2013 | $ 28.7779 | $ 1,151.11704 | | Terrell Morgan |
| July 2013 - June 2014 | $ 29.9290 | $ 1,197.16172 | | Julian Biba |
| July 2014 - June 2015 | $ 31.1262 | $ 1,245.04819 | | Edgar Paulino |
| July 2015 - June 2016 | $ 32.3713 | $ 1,294.85012 | | Joseph Johnson |
| July 2016 - June 2017 | $ 33.5042 | $ 1,340.16988 | | Carl Jenkins |
| July 2017 - June 2018 | $ 34.6769 | $ 1,387.07582 | | Darlene Smith |
| July 2018 - June 2019 | $ 35.8906 | $ 1,435.62347 | | Darren Wilkerson |
| July 2019 - January 2020 | $ 36.8776 | $ 1,475.10312 | | Salustino Bonet |
| Jul-20 | $ 37.8659 | $ 1,514.63588 | | Isaac Oppong |
| | | | | Ralph Nunez |

**Jenkins, Carl**

| | Regular & Benefit Hours Worked | OT Hours Worked | Hourly Amount Paid | OT Amount Paid |
|--|-------------------------------|------------------|--------------------|----------------|
| July 2017 - June 2018 | 1953.2 | 148.1 | 34.53 | 51.795 |
| July 2018 - June 2019 | 1534.18 | 10.45 | 35.73 | 53.595 |
| July 2019 - January 2020 | 987.2667 | 77.63 | 36.402 | 54.603 |

| Date of Hire | FSD Issuance | FSD Experation | |
|---|---|---|---|
| 1/13/2003 | 1/27/2005 | TFLSD | 11/5/2021 |
| 5/19/2003 | 3/7/2005 | | 3/3/2020 |
| 9/7/2004 | 7/27/2009 | | 7/16/2020 |
| 9/20/2004 | 12/5/2006 | TFLSD | 6/26/2022 |
| 7/17/2002 | 8/30/2005 | TFLSD | 2/28/2022 |
| 7/30/2006 | 11/28/2006 | TFLSD | 2/4/2022 |
| 12/25/2008 | 2/5/2008 | TFLSD | 03/25/2022 |
| 2/25/2008 | 9/4/2008 | | 2/20/2020 |
| 4/18/2011 | 1/29/2013 | TFLSD | 6/25/2022 |
| 9/8/2011 | 4/26/2012 | TFLSD | 2/25/2022 |
| 8/30/2011 | 9/9/2013 | TFLSD | 2/26/2022 |

| Gross Amount Paid | Correct Gross Amount | Amount Owed | |
|---|---|---|---|
| $ 75,114.84 | $ 75,434.38 | $ | 319.55 |
| $ 55,376.32 | $ 55,625.21 | $ | 248.89 |
| $ 40,177.31 | $ 40,702.21 | $ | 524.90 |
| | | $ | **1,093.34** |

| Year | Correct FSD Rate | Weekly Wage |
|------|------------------|-------------|
| February 2011 - June 2011 | $ 26.8645 | $ 1,074.5801 |
| July 2011 - June 2012 | $ 27.8048 | $ 1,112.1904 |
| July 2012 - June 2013 | $ 28.7779 | $ 1,151.11704 |
| July 2013 - June 2014 | $ 29.9290 | $ 1,197.16172 |
| July 2014 - June 2015 | $ 31.1262 | $ 1,245.04819 |
| July 2015 - June 2016 | $ 32.3713 | $ 1,294.85012 |
| July 2016 - June 2017 | $ 33.5042 | $ 1,340.16988 |
| July 2017 - June 2018 | $ 34.6769 | $ 1,387.07582 |
| July 2018 - June 2019 | $ 35.8906 | $ 1,435.62347 |
| July 2019 - January 2020 | $ 36.8776 | $ 1,475.10312 |
| Jul-20 | $ 37.8659 | $ 1,514.63588 |

| Name |
|------|
| |
| Royston Haley |
| Terrell Morgan |
| Julian Biba |
| Edgar Paulino |
| Joseph Johnson |
| Carl Jenkins |
| Darlene Smith |
| Darren Wilkerson |
| Salustino Bonet |
| Isaac Oppong |
| Ralph Nunez |

**Smith, Darlene**

| | Regular & Benefit Hours Worked | OT Hours Worked | Hourly Amount Paid | OT Amount Paid |
|---|---|---|---|---|
| July 2017 - June 2018 | 2209 | 133.2 | 34.53 | 51.795 |
| July 2018 - June 2019 | 1681.95 | 88.5 | 35.732 | 53.598 |
| July 2019 - January 2020 | 1189.75 | 168.05 | 36.402 | 54.603 |

| Date of Hire | FSD Issuance | FSD Experation | |
|---|---|---|---|
| 1/13/2003 | 1/27/2005 | TFLSD | 11/5/2021 |
| 5/19/2003 | 3/7/2005 | | 3/3/2020 |
| 9/7/2004 | 7/27/2009 | | 7/16/2020 |
| 9/20/2004 | 12/5/2006 | TFLSD | 6/26/2022 |
| 7/17/2002 | 8/30/2005 | TFLSD | 2/28/2022 |
| 7/30/2006 | 11/28/2006 | TFLSD | 2/4/2022 |
| 12/25/2008 | 2/5/2008 | TFLSD | 03/25/2022 |
| 2/25/2008 | 9/4/2008 | | 2/20/2020 |
| 4/18/2011 | 1/29/2013 | TFLSD | 6/25/2022 |
| 9/8/2011 | 4/26/2012 | TFLSD | 2/25/2022 |
| 8/30/2011 | 9/9/2013 | TFLSD | 2/26/2022 |

| Gross Amount Paid | Correct Gross Amount | Amount Owed | |
|---|---|---|---|
| $ 83,175.86 | $ 83,529.71 | $ | 353.84 |
| $ 64,842.86 | $ 65,130.65 | $ | 287.79 |
| $ 52,485.31 | $ 53,171.01 | $ | 685.70 |
| | | $ | 1,327.33 |

| Year | Correct FSD Rate | Weekly Wage |
|---|---|---|
| February 2011 - June 2011 | $ 26.8645 | $ 1,074.5801 |
| July 2011 - June 2012 | $ 27.8048 | $ 1,112.1904 |
| July 2012 - June 2013 | $ 28.7779 | $ 1,151.11704 |
| July 2013 - June 2014 | $ 29.9290 | $ 1,197.16172 |
| July 2014 - June 2015 | $ 31.1262 | $ 1,245.04819 |
| July 2015 - June 2016 | $ 32.3713 | $ 1,294.85012 |
| July 2016 - June 2017 | $ 33.5042 | $ 1,340.16988 |
| July 2017 - June 2018 | $ 34.6769 | $ 1,387.07582 |
| July 2018 - June 2019 | $ 35.8906 | $ 1,435.62347 |
| July 2019 - January 2020 | $ 36.8776 | $ 1,475.10312 |
| Jul-20 | $ 37.8659 | $ 1,514.63588 |

| Name |
|---|
|  |
| Royston Haley |
| Terrell Morgan |
| Julian Biba |
| Edgar Paulino |
| Joseph Johnson |
| Carl Jenkins |
| Darlene Smith |
| Darren Wilkerson |
| Salustino Bonet |
| Isaac Oppong |
| Ralph Nunez |

**Wilkerson, Darren**

|  | Regular & Benefit Hours Worked | OT Hours Worked | Hourly Amount Paid | OT Amount Paid |
|---|---|---|---|---|
| July 2017 - June 2018 | 2007.5 | 101.8 | 34.53 | 51.795 |
| July 2018 - June 2019 | 2091.47 | 50.13 | 35.73 | 53.595 |
| July 2019 - January 2020 | 1202.63 | 67.267 | 36.402 | 54.603 |

| Date of Hire | FSD Issuance | FSD Experation | |
|---|---|---|---|
| | | | |
| 1/13/2003 | 1/27/2005 | TFLSD | 11/5/2021 |
| 5/19/2003 | 3/7/2005 | | 3/3/2020 |
| 9/7/2004 | 7/27/2009 | | 7/16/2020 |
| 9/20/2004 | 12/5/2006 | TFLSD | 6/26/2022 |
| 7/17/2002 | 8/30/2005 | TFLSD | 2/28/2022 |
| 7/30/2006 | 11/28/2006 | TFLSD | 2/4/2022 |
| 12/25/2008 | 2/5/2008 | TFLSD | 03/25/2022 |
| 2/25/2008 | 9/4/2008 | | 2/20/2020 |
| 4/18/2011 | 1/29/2013 | TFLSD | 6/25/2022 |
| 9/8/2011 | 4/26/2012 | TFLSD | 2/25/2022 |
| 8/30/2011 | 9/9/2013 | TFLSD | 2/26/2022 |

| Gross Amount Paid | Correct Gross Amount | Amount Owed | |
|---|---|---|---|
| $ 74,591.71 | $ 74,909.03 | $ | 317.32 |
| $ 77,414.94 | $ 77,762.88 | $ | 347.94 |
| $ 47,451.12 | $ 48,071.05 | $ | 619.93 |
| | | $ | 1,285.19 |

| Year | Correct FSD Rate | Weekly Wage |
|------|------------------|-------------|
| February 2011 - June 2011 | $ 26.8645 | $ 1,074.5801 |
| July 2011 - June 2012 | $ 27.8048 | $ 1,112.1904 |
| July 2012 - June 2013 | $ 28.7779 | $ 1,151.11704 |
| July 2013 - June 2014 | $ 29.9290 | $ 1,197.16172 |
| July 2014 - June 2015 | $ 31.1262 | $ 1,245.04819 |
| July 2015 - June 2016 | $ 32.3713 | $ 1,294.85012 |
| July 2016 - June 2017 | $ 33.5042 | $ 1,340.16988 |
| July 2017 - June 2018 | $ 34.6769 | $ 1,387.07582 |
| July 2018 - June 2019 | $ 35.8906 | $ 1,435.62347 |
| July 2019 - January 2020 | $ 36.8776 | $ 1,475.10312 |
| Jul-20 | $ 37.8659 | $ 1,514.63588 |

| Name |
|------|
|  |
| Royston Haley |
| Terrell Morgan |
| Julian Biba |
| Edgar Paulino |
| Joseph Johnson |
| Carl Jenkins |
| Darlene Smith |
| Darren Wilkerson |
| Salustino Bonet |
| Isaac Oppong |
| Ralph Nunez |

**Bonet, Salustino**

|  | Regular & Benefit Hours Worked | OT Hours Worked | Hourly Amount Paid | OT Amount Paid |
|------|------|------|------|------|
| July 2017 - June 2018 | 2124.9 | 80.9 | 34.53 | 51.795 |
| July 2018 - June 2019 | 2056.65 | 68.75 | 35.73 | 53.595 |
| July 2019 - January 2020 | 1203.85 | 37.58 | 36.402 | 54.603 |

| Date of Hire | FSD Issuance | FSD Experation | |
|---|---|---|---|
| | | | |
| 1/13/2003 | 1/27/2005 | TFLSD | 11/5/2021 |
| 5/19/2003 | 3/7/2005 | | 3/3/2020 |
| 9/7/2004 | 7/27/2009 | | 7/16/2020 |
| 9/20/2004 | 12/5/2006 | TFLSD | 6/26/2022 |
| 7/17/2002 | 8/30/2005 | TFLSD | 2/28/2022 |
| 7/30/2006 | 11/28/2006 | TFLSD | 2/4/2022 |
| 12/25/2008 | 2/5/2008 | TFLSD | 03/25/2022 |
| 2/25/2008 | 9/4/2008 | | 2/20/2020 |
| 4/18/2011 | 1/29/2013 | TFLSD | 6/25/2022 |
| 9/8/2011 | 4/26/2012 | TFLSD | 2/25/2022 |
| 8/30/2011 | 9/9/2013 | TFLSD | 2/26/2022 |

| Gross Amount Paid | Correct Gross Amount | Amount Owed | |
|---|---|---|---|
| $ 77,563.01 | $ 77,892.98 | $ | 329.96 |
| $ 77,168.76 | $ 77,515.59 | $ | 346.83 |
| $ 45,874.53 | $ 46,473.86 | $ | 599.33 |
| | | $ | **1,276.13** |

| Year | Correct FSD Rate | Weekly Wage |
|---|---|---|
| February 2011 - June 2011 | $ 26.8645 | $ 1,074.5801 |
| July 2011 - June 2012 | $ 27.8048 | $ 1,112.1904 |
| July 2012 - June 2013 | $ 28.7779 | $ 1,151.11704 |
| July 2013 - June 2014 | $ 29.9290 | $ 1,197.16172 |
| July 2014 - June 2015 | $ 31.1262 | $ 1,245.04819 |
| July 2015 - June 2016 | $ 32.3713 | $ 1,294.85012 |
| July 2016 - June 2017 | $ 33.5042 | $ 1,340.16988 |
| July 2017 - June 2018 | $ 34.6769 | $ 1,387.07582 |
| July 2018 - June 2019 | $ 35.8906 | $ 1,435.62347 |
| July 2019 - January 2020 | $ 36.8776 | $ 1,475.10312 |
| Jul-20 | $ 37.8659 | $ 1,514.63588 |

| Name |
|---|
|  |
| Royston Haley |
| Terrell Morgan |
| Julian Biba |
| Edgar Paulino |
| Joseph Johnson |
| Carl Jenkins |
| Darlene Smith |
| Darren Wilkerson |
| Salustino Bonet |
| Isaac Oppong |
| Ralph Nunez |

**Oppong, Isaac**

| | Regular & Benefit Hours Worked | OT Hours Worked | Hourly Amount Paid | OT Amount Paid |
|---|---|---|---|---|
| July 2017 - June 2018 | 1907.9 | 153.8 | 34.53 | 51.795 |
| July 2018 - June 2019 | 2056.07 | 230.28 | 35.73 | 53.595 |
| July 2019 - January 2020 | 848.83 | 56.82 | 36.402 | 54.603 |

| Date of Hire | FSD Issuance | FSD Experation | |
|---|---|---|---|
| | | | |
| 1/13/2003 | 1/27/2005 | TFLSD | 11/5/2021 |
| 5/19/2003 | 3/7/2005 | | 3/3/2020 |
| 9/7/2004 | 7/27/2009 | | 7/16/2020 |
| 9/20/2004 | 12/5/2006 | TFLSD | 6/26/2022 |
| 7/17/2002 | 8/30/2005 | TFLSD | 2/28/2022 |
| 7/30/2006 | 11/28/2006 | TFLSD | 2/4/2022 |
| 12/25/2008 | 2/5/2008 | TFLSD | 03/25/2022 |
| 2/25/2008 | 9/4/2008 | | 2/20/2020 |
| 4/18/2011 | 1/29/2013 | TFLSD | 6/25/2022 |
| 9/8/2011 | 4/26/2012 | TFLSD | 2/25/2022 |
| 8/30/2011 | 9/9/2013 | TFLSD | 2/26/2022 |

| Gross Amount Paid | Correct Gross Amount | Amount Owed | |
|---|---|---|---|
| $ 73,845.86 | $ 74,160.01 | $ | 314.15 |
| $ 85,805.24 | $ 86,190.89 | $ | 385.65 |
| $ 34,001.65 | $ 34,445.87 | $ | 444.22 |
| | | $ | **1,144.02** |

| Year | Correct FSD Rate | Weekly Wage |
|------|------|------|
| February 2011 - June 2011 | $ 26.8645 | $ 1,074.5801 |
| July 2011 - June 2012 | $ 27.8048 | $ 1,112.1904 |
| July 2012 - June 2013 | $ 28.7779 | $ 1,151.11704 |
| July 2013 - June 2014 | $ 29.9290 | $ 1,197.16172 |
| July 2014 - June 2015 | $ 31.1262 | $ 1,245.04819 |
| July 2015 - June 2016 | $ 32.3713 | $ 1,294.85012 |
| July 2016 - June 2017 | $ 33.5042 | $ 1,340.16988 |
| July 2017 - June 2018 | $ 34.6769 | $ 1,387.07582 |
| July 2018 - June 2019 | $ 35.8906 | $ 1,435.62347 |
| July 2019 - January 2020 | $ 36.8776 | $ 1,475.10312 |
| Jul-20 | $ 37.8659 | $ 1,514.63588 |

| Name |
|------|
|  |
| Royston Haley |
| Terrell Morgan |
| Julian Biba |
| Edgar Paulino |
| Joseph Johnson |
| Carl Jenkins |
| Darlene Smith |
| Darren Wilkerson |
| Salustino Bonet |
| Isaac Oppong |
| Ralph Nunez |

**Nunez, Raferlis**

| | Regular & Benefit Hours Worked | OT Hours Worked | Hourly Amount Paid | OT Amount Paid |
|------|------|------|------|------|
| July 2017 - June 2018 | 1986 | 184.9 | 34.53 | 51.795 |
| July 2018 - June 2019 | 1896.38 | 138.13 | 35.73 | 53.595 |
| July 2019 - January 2020 | 1145.7 | 131.92 | 36.402 | 54.603 |

| Date of Hire | FSD Issuance | FSD Experation | |
|---|---|---|---|
| | | | |
| 1/13/2003 | 1/27/2005 | TFLSD | 11/5/2021 |
| 5/19/2003 | 3/7/2005 | | 3/3/2020 |
| 9/7/2004 | 7/27/2009 | | 7/16/2020 |
| 9/20/2004 | 12/5/2006 | TFLSD | 6/26/2022 |
| 7/17/2002 | 8/30/2005 | TFLSD | 2/28/2022 |
| 7/30/2006 | 11/28/2006 | TFLSD | 2/4/2022 |
| 12/25/2008 | 2/5/2008 | TFLSD | 03/25/2022 |
| 2/25/2008 | 9/4/2008 | | 2/20/2020 |
| 4/18/2011 | 1/29/2013 | TFLSD | 6/25/2022 |
| 9/8/2011 | 4/26/2012 | TFLSD | 2/25/2022 |
| 8/30/2011 | 9/9/2013 | TFLSD | 2/26/2022 |

| Gross Amount Paid | Correct Gross Amount | Amount Owed | |
|---|---|---|---|
| $ 78,153.48 | $ 78,485.95 | $ | 332.48 |
| $ 75,160.73 | $ 75,498.54 | $ | 337.81 |
| $ 48,909.00 | $ 49,547.98 | $ | 638.98 |
| | | $ | **1,309.26** |

| Year | FSD increase amount | OT Amount | total rate 100% with FSD | Current wages | OT Diff |
|---|---|---|---|---|---|
| 2007 | $1.00 | $1.00 | $24.11 | $24.11 | 0 |
| Jul-08 | $1.04 | $1.56 | $25.07 | $25.03 | 0.06 |
| Jul-09 | $1.08 | $1.62 | $25.95 | $25.87 | 0.12 |
| Jul-10 | $1.11 | $1.66 | $26.86 | $26.74 | 0.16 |
| Jul-11 | $1.15 | $1.73 | $27.80 | N/AP | 0.23 |

Hours worked for FSD associates:
        1/23/2011

| Officer | July 2008-June 2009 | amount owed | 2008-2009 OT | OT $ | July 2009 - June2010 | Amount owed | 2009-2010 OT | OT $ |
|---|---|---|---|---|---|---|---|---|
| BIBA   5/31/2009 | 159.71 | $6.39 | 0 | $0.00 | 2067.71 | $165.42 | 32.87 | $3.94 |
| CAMPBELL | 2213.6 | $88.54 | 966.36 | $57.98 | 2128.51 | $170.28 | 597.34 | $71.68 |
| COLON | 2033.37 | $81.33 | 18.63 | $1.12 | 258.22 | $20.66 | 1.64 | $0.20 |
| FENFERT | 1764.33 | $70.57 | 3.41 | $0.20 | 1329.83 | $106.39 | 5.54 | $0.66 |
| HALEY | 2253.16 | $90.13 | 267.5 | $16.05 | 2197.75 | $175.82 | 78.33 | $9.40 |
| JENKINS | 2016.02 | $80.64 | 77.35 | $4.64 | 1907.87 | $152.63 | 39.98 | $4.80 |
| JOHNSON | 2155.44 | $86.22 | 65.08 | $3.90 | 2199.98 | $176.00 | 61.46 | $7.38 |
| MAXIME | 1945.93 | $77.84 | 188.93 | $11.34 | 2042.64 | $163.41 | 102.24 | $12.27 |
| MORGAN | 1993.03 | $79.72 | 179.75 | $10.79 | 2087.1 | $166.97 | 116.79 | $14.01 |
| PAULINO | 2098.57 | $83.94 | 66.84 | $4.01 | 2094.49 | $167.56 | 33.03 | $3.96 |
| PRINCE | 2119.12 | $84.76 | 29.84 | $1.79 | 2049.34 | $163.95 | 22.49 | $2.70 |
| SMITH | 2152.71 | $86.11 | 29.57 | $1.77 | 2200.88 | $176.07 | 40.3 | $4.84 |
| WILKERSON | 2086.13 | $83.45 | 54.22 | $3.25 | 2141.93 | $171.35 | 24.97 | $3.00 |
| YOUNG   10/24/2009 | 0 | $0.00 | 0 | $0.00 | 1428 | $114.24 | 52.36 | $6.28 |
|  | 24991.12 |  | 1947.48 |  | 26134.25 |  | 1209.34 |  |
|  |  | $999.64 |  | $116.85 |  | $2,090.74 |  | $145.12 |

| 2010-2011 | Amount owed | 2010-2011 OT | OT $ | Total owed |
|---|---|---|---|---|
| 1,200.32 | $132.04 | 16.47 | $2.64 | **$310.42** |
| 1,285.75 | $141.43 | 269.46 | $43.11 | **$573.03** |
| 0.00 | $0.00 | 0.00 | $0.00 | **$103.31** |
| 1,063.88 | $117.03 | 8.01 | $1.28 | **$296.14** |
| 1,294.18 | $142.36 | 19.79 | $3.17 | **$436.92** |
| 1,083.04 | $119.13 | 8.83 | $1.41 | **$363.26** |
| 1,278.84 | $140.67 | 27.67 | $4.43 | **$418.60** |
| 1,192.26 | $131.15 | 107.23 | $17.16 | **$413.16** |
| 1,181.93 | $130.01 | 80.95 | $12.95 | **$414.45** |
| 1,221.55 | $134.37 | 12.5 | $2.00 | **$395.85** |
| 1,275.84 | $140.34 | 0.5 | $0.08 | **$393.62** |
| 1,226.79 | $134.95 | 29.38 | $4.70 | **$408.44** |
| 1,041.37 | $114.55 | 8 | $1.28 | **$376.88** |
| 1,227.42 | $135.02 | 23.6 | $3.78 | **$259.32** |
| 15,573.17 | | 612.39 | | |
| | **$1,713.05** | | **$97.98** | **$5,163.39** |

STARWOOD
Hotels & Resorts Worldwide, Inc.

## VIOLENCE IN THE WORKPLACE PREVENTION POLICY



**Policy Statement**

**Starwood has a policy of zero tolerance for violence. The purpose of this policy is to provide a safe workplace free from aggressive, threatening, or violent act. Starwood expressly prohibits any acts or threats of violence (verbal or physical) by any Starwood Associate, former Associate, or person affiliated or related to a current or former Associate, against any other person on any Starwood property, including other Associates, guests, vendors or visitors. If an Associate engages in any acts of violence, including threats of violence, as described below, employment will be terminated immediately for cause.**

### Acts or Threats of Violence Defined

For purposes of this policy, "violence" includes threats or threatening behavior or conduct against persons or property that is sufficiently severe, offensive or intimidating to alter the employment conditions at Starwood and/or creates a hostile, abusive or intimidating work environment for one or more Starwood Associates. The following definitions are intended to provide further guidance:

"Threat" includes a communicated intent to inflict physical or other harm on any person or property.

"Threatening Behavior" is any behavior that is provoking and unsafe, which by its very nature could cause physical or other harm to any person or property. It may or may not include an actual physical attack.



"Physical Attack" – Aggression resulting in a physical assault with or without the use of a weapon.

### Specific Example of Prohibited Conduct

Specific examples of conduct that may be considered "threats or acts of violence" prohibited under this policy include, but are not limited to, the following:

- Hitting or shoving an individual;
- Threatening to harm an individual or his family, friends, Associates, or their property;
- The intentional destruction or threat of destruction of property owned, operated or controlled by Starwood;
- Making harassing or threatening telephone calls, letters, e-mail messages, or other forms of written or electronic communications;

1

Joseph Johnson

'51 Country Club Ln

Tomona NY

10970

Nov-6-2015

C-201-240-0134

<u>INCIDENT DATE  NOVEMBER 5, 2015.</u> (AROUND 4PM or AFTER

HR: I WAS DISPATCH ON opposite computer. ACROSS From the
Dispatcher Terrell MorgaN.

I WAS TOLD TO PATROL the Service Area's of the meeting Room Floors
and check for Banquet tables or Stewardry Racks in the stair
Cases and I MADE REPORT FOR SECURITY MANAGER PETER YOUNG
AND REPORTED those conditions to HIM.

- Shortly After: MORGAN APPROACHED THE DISPATCH DOOR: OPENED (:
+ WAS STRUCK BY THE DOOR: SITTING IN CHAIR) I SAID EXCUSE ME
CONSIDERING I WAS TOO CLOSE TO THE DOOR, I PROCEEDED
TO MOVE AWAY FROM THE DOOR.

MORGAN USED HEAVY FORCE) PUSHING THE DOOR NOT GIVING ME CHANCE
TO GET IN A POSITION AWAY FROM THE DOOR. HE WALKED OUT. I
INITIALLY WANTED TO REPORT TO WANDA IMMEDIATELY. I CONSIDERED
IT WAS ONLY (3) HOUSE OFFICERS & A MID-SHIFT WORKER. BECAUS.
3 to 11pm Shift was short staffed To MAKE CLAIM. I FEEL TERRY
MORGAN IS DOING ALL HE CAN TO (PROVOKE ME) TO USE FORCE TO M
ME LOOSE MY JOB & BE ESCORTED OUT BY (NYPD)

I HAVE UNFORTUNATELY DISCOVERED THE AMOUNT IT'S GOING TO COST ME I
APPELEATE COURT AND THE LEVEL OF WORK I HAVE TO DO. I WILL DO MY BE
IF I TOLD HIM EXCUSE ME AND PROCEEDED AND TRIED TO MOVE OUT O
HIS WAY: WHY HE IMPLIED HEAVY FORCE PUSHING THE DOOR ON M
LIKE THAT: COMPLETELY UN CAUSED FOR. HR" I AM NOT HIS
FRIEND. I WORK WITH HIM ON BUSINESS RELATED JOBS. WORK.
RELATED ONLY. I DID NOT LIKE THAT.

VIOLATION: U.S.C. Section: 1607.11
Disparate treatment

 Gmail

Babylon Doom.12 Tribes. <joel.j669@gmail.com>

---

## Hello" friendly" reminder follow up"
2 messages

---

**Babylon Doom.12 Tribes. <joel.j669@gmail.com>**                     Fri, Jun 10, 2022 at 12:15 PM
To: "Ruiz, Miriam" <Miriam.Ruiz1@westin.com>

Thank you for allowing myself & the Delegate; to have short meeting yesterday:

I'm hoping for a NEUTRAL ENDING: because you have Authority to have the Sunday schedule remain: the same: I'm pleading you do with the D.O.S.

The 3 to 11pm Sunday workers: Felix, Oliveri, JJ, & Julian, mid-shift: from late December 2021 to June 2022. PAST PRACTICE was already established. This is a UNION CONTRACT RULE: DOS amid" she error " recently when updating the schedule:

"PAST PRACTICE" is already established "

Miriam I want be as comfortable as I can doing my job" obviously I've grown comfortable with regular Sunday Schedule" please keep the regular schedule & tell Cheryl to update the schedule "

DISPARATE TREATMENT & FAVORITISM is something the DOS allows" I stated example
Yesterday " U.S.C. Section 1607.11. DISPARATE
TREATMENT is a violation of law" it's ILLEGAL.

I believe this is argued in my HR file" the DOS can't have favoritism; for 1 house officer & treat others differently" I know for certain if members: would have reported me for abandoning the Fire Command post" I doubt" I'll have job" the Hotel is a business & business is the number 1 Priority" check the MS-SHIFT & do a quick patrol search: see if it's equal: it's (not") leadership starts at the top.

She was EXTREMELY ADIMIT on changing Sunday schedule: but if It was Morgan" she wouldn't do it to him: I have nothing against him: I didn't report the FSD incident about abandoned post: but if she can consistently" have favorite in security: she can quickly" agree to leave the Sunday Schedule the same:

All the 3 to 11 H/O are comfortable working the way we have been working to start the week: PAST PRACTICE ESTABLISHED:

I stated yesterday: Upper management inherit an active on going law-suit that was appealed & I'm still being mistreated by the DOS" the scar is INTERNAL & it's so bad only (God) can heal it" I tried my hardest to make peace " even after the trial" but my file only grows " so I have to legally  protect my self: how would you feel to work & be bullied as I have experience " to the point of COURT LITIGATION: very discomforting feeling: the most recent incidents: reported" I feel (uncomfortable) & I feel

THREATENED: it's my right to go: outside the union:
Because the contract: unfortunately don't cover what's been going on in this email" I'm sorry" legally I will protect my self. I'm sorry" please see that Corporate HR: Chris Elko" is coming for next week.

---

**Babylon Doom.12 Tribes. <joel.j669@gmail.com>**                     Sun, Jun 12, 2022 at 6:16 PM
To: "julianTVF@gmail.com" <julianTVF@gmail.com>

[Quoted text hidden]

**§ 1607.10  Employment agencies and employment services.**

A. *Where selection procedures are devised by agency.* An employment agency, including private employment agencies and State employment agencies, which agrees to a request by an employer or labor organization to devise and utilize a selection procedure should follow the standards in these guidelines for determining adverse impact. If adverse impact exists the agency should comply with these guidelines. An employment agency is not relieved of its obligation herein because the user did not request such validation or has requested the use of some lesser standard of validation than is provided in these guidelines. The use of an employment agency does not relieve an employer or labor organization or other user of its responsibilities under Federal law to provide equal employment opportunity or its obligations as a user under these guidelines.

B. *Where selection procedures are devised elsewhere.* Where an employment agency or service is requested to administer a selection procedure which has been devised elsewhere and to make referrals pursuant to the results, the employment agency or service should maintain and have available evidence of the impact of the selection and referral procedures which it administers. If adverse impact results the agency or service should comply with these guidelines. If the agency or service seeks to comply with these guidelines by reliance upon validity studies or other data in the possession of the employer, it should obtain and have available such information.

**§ 1607.11  Disparate treatment.**

The principles of disparate or unequal treatment must be distinguished from the concepts of validation. A selection procedure—even though validated against job performance in accordance with these guidelines—cannot be imposed upon members of a race, sex, or ethnic group where other employees, applicants, or members have not been subjected to that standard. Disparate treatment occurs where members of a race, sex, or ethnic group have been denied the same employment, promotion, membership, or other employment opportunities as have been available to other employees or applicants. Those employees or applicants who have been denied equal treatment, because of prior discriminatory practices or policies, must at least be afforded the same opportunities as had existed for other employees or applicants during the period of discrimination. Thus, the persons who were in the class of persons discriminated against during the period the user followed the discriminatory practices should be allowed the opportunity to qualify under less stringent selection procedures previously followed, unless the user demonstrates that the increased standards are required by business necessity. This section does not prohibit a user who has not previously followed merit standards from adopting merit standards which are in compliance with these guidelines; nor does it preclude a user who has previously used invalid or unvalidated selection procedures from developing and using procedures which are in accord with these guidelines.

**§ 1607.12  Retesting of applicants.**

Users should provide a reasonable opportunity for retesting and reconsideration. Where examinations are administered periodically with public notice, such reasonable opportunity exists, unless persons who have previously been tested are precluded from retesting. The user may however take reasonable steps to preserve the security of its procedures.

**§ 1607.13  Affirmative action.**

A. *Affirmative action obligations.* The use of selection procedures which have been validated pursuant to these guidelines does not relieve users of any obligations they may have to undertake affirmative action to assure equal employment opportunity. Nothing in these guidelines is intended to preclude the use of lawful selection procedures which assist in remedying the effects of prior discriminatory practices, or the achievement of affirmative action objectives.

B. *Encouragement of voluntary affirmative action programs.* These guidelines are also intended to encourage the

_____   _____
_____   _____

06/30/2022

{NYPD} HARASSMENT REPORT FILED AGAINST HOTEL.

{NYPD} DETECTIVES WILL LOOK INTO HARASSMENT CLAIM.

From: 2017 when I appeal court case; to current unfortunate on going conditions.

# POLICE MATTER KNOW.

Employment Lawyer will get copy of full report and what's being investigated.

_____   _____
_____   _____



**INCIDENT INFORMATION SLIP**

Date: _6|30|22_

Welcome to:

_MTS_____ _357 West 35 Street_____ _212 239 9811_
(Command)                  (Address)                        (Telephone #)

We hope that your business with us was handled satisfactorily.  Your particular matter has been assigned the following numbers:

COMPLAINT REPORT # _2022014007578°_  ACCIDENT REPORT # _____  AIDED REPORT # _____

Reported to: _Po_  _Peeters_  _478_  Date of Occurrence: _7|10|17_  Time: _1:200_
(Rank) (Name)    (Shield #)

Location of Occurrence: _270 West 43 Street_____

Crime: _Hair Harassment_____

Please keep this report should you have to refer to this matter in the future.  If you need any further assistance, feel free to contact us at telephone #:  (212) 239-9819 or (212) 239- 9847.  Please, let us know if you have any suggestions on how we can better serve you.  As you may already know, we will provide you with a crime prevention survey of your residence or business.  Please, ask for more information on this and other crime prevention initiatives.  Our goal is to make you and your property safe.

**COURTESY  –  PROFESSIONALISM  -  RESPECT**

**REMEMBER:  CALL "911" FOR EMERGENCIES ONLY!**

To obtain a copy of an AIDED REPORT, submit Police Department form REQUEST FOR COPY OF AIDED RECORD (PD 304-161).  The copy of an AIDED REPORT is free of charge.

To obtain a copy of a POLICE ACCIDENT REPORT, which is available at precincts of occurrence for thirty (30) days from date of report, submit REQUEST FOR COPY OF COLLSION RECORD (PD 301-165).  The copy of a POLICE ACCIDENT REPORT is free of charge.  Requests beyond thirty (30) days MUST be directed to: N.Y.S. DEPT. OF MOTOR VEHICLES, PUBLIC SERVICES BUREAU, EMPIRE STATE PLAZA, ALBANY, NY 12226 UTILIZING New York State Department of Motor Vehicles form REQUEST FOR COPY OF ACCIDENT REPORT.

To obtain information on LOST PROPERTY or property that was LOST AS A RESULTL OF A CRIME, submit Police Department form VERIFICATION OF CRIME / LOST PROPERTY (PD 542-061) accompanied with a $15 search and service fee.  Crime victims will be entitled to be a FREE COPY of this report.



NYPD
**CRIMEstoppers**

https://nypdcrimestoppers.nypd.org
1-800-577-TIPS

REWARD for information leading to the arrest of anyone who possesses an ILLEGAL HANDGUN call 1-866-GUN-STOP (486-7867)



**INCIDENT INFORMATION SLIP**

Date: _6/30/22_

Welcome to:

_M T S_ _357 West 35 street_ _212 239 9811_
(Command)                        (Address)                       (Telephone #)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following numbers:

COMPLAINT REPORT # _____ ACCIDENT REPORT # _____ AIDED REPORT # _____

Reported to: _PO_ _Peeters_ _478_ Date of Occurrence: _7/10/17_ Time: _1:200_
(Rank)  (Name)     (Shield #)

Location of Occurrence: _270 West 43 Street_

Crime: _Hair Harassment_

Please keep this report should you have to refer to this matter in the future. If you need any further assistance, feel free to contact us at telephone #: (212) 239-9819 or (212) 239- 9847. Please, let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business. Please, ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

**COURTESY — PROFESSIONALISM - RESPECT**

**REMEMBER: CALL "911" FOR EMERGENCIES ONLY!**

To obtain a copy of an AIDED REPORT, submit Police Department form REQUEST FOR COPY OF AIDED RECORD (PD 304-161). The copy of an AIDED REPORT is free of charge.

To obtain a copy of a POLICE ACCIDENT REPORT, which is available at precincts of occurrence for thirty (30) days from date of report, submit REQUEST FOR COPY OF COLLSION RECORD (PD 301-165). The copy of a POLICE ACCIDENT REPORT is free of charge. Requests beyond thirty (30) days MUST be directed to: N.Y.S DEPT. OF MOTOR VEHICLES, PUBLIC SERVICES BUREAU, EMPIRE STATE PLAZA, ALBANY, NY 12226 UTILIZING New York State Department of Motor Vehicles form REQUEST FOR COPY OF ACCIDENT REPORT.

To obtain information on LOST PROPERTY or property that was LOST AS A RESULTL OF A CRIME, submit Police Department form VERIFICATION OF CRIME / LOST PROPERTY (PD 542-061) accompanied with a $15 search and service fee. Crime victims will be entitled to be a FREE COPY of this report.



https://nypdcrimestoppers.nypd.org
**1-800-577-TIPS**

REWARD for information leading to the arrest of anyone who possesses an ILLEGAL HANDGUN call 1-866-GUN-STOP (486-7867)

**NYC PENAL LAW SECTION 240.30  AGGRAVATED HARASSMENT: IT'S A CRIME.**

I tried to avoid a police report: but it was HR director that made employment THREAT.

Can't play games with law enforcement: Detectives gone request that Confidentially file

That file with all them Associate Statements dating back to 2017 or into 2015.

It's a POLICE INVESTIGATION: and there are many UN-LAWFUL findings:

When this investigation is completed by NYPD: my hopes is it's presented to the

NYC SUPREME COURT: APPELLATE. It will be a very fitting place considering

Upper management didn't give a damn anyways: except protect a hostile manager.

COPY OF ORIGINAL
WITH PROOF OF SERVICE

*To Be Argued By*:
JOSEPH JOHNSON

New York County Clerk's Index No. 100342/15

# New York Supreme Court

## APPELLATE DIVISION—FIRST DEPARTMENT

JOSEPH JOHNSON,

*Petitioner-Appellant,*

—against—

WESTIN NEW YORK AT TIMES SQUARE, DIVISION OF HUMAN RIGHTS,

*Respondents-Respondents.*

## BRIEF FOR PETITIONER-APPELLANT

JOSEPH JOHNSON
151 Country Club Lane
Pomona, New York 10970
(201) 240-0134
joel.669@gmail.com

*Petitioner-Appellant Pro Se*

FILED

JUL 10 2017

SUP COURT, APP. DIV.
FIRST DEPT.

REPRODUCED ON RECYCLED PAPER

NYC PENAL LAW SECTION 240.30  AGGRAVATED HARASSMENT: IT'S A CRIME.

I tried to avoid a police report: but it was HR director that made employment THREAT.

Can't play games with law enforcement: Detectives gone request that Confidentially file

That file with all them Associate Statements dating back to 2017 or into 2015.

It's a POLICE INVESTIGATION: and there are many UN-LAWFUL findings:

When this investigation is completed by NYPD: my hopes is it's presented to the

NYC SUPREME COURT: APPELLATE. It will be a very fitting place considering

Upper management didn't give a damn anyways: except protect a hostile manager.

Legislation

Search OpenLegislation Statutes

The Laws of New York (/legislation/laws/all)  >  Consolidated Laws of New York (/legislation/laws/CONSOLIDATED)
CHAPTER 40 Penal (/legislation/laws/PEN/-CH40)  >  PART 3 Specific Offenses (/legislation/laws/PEN/P3)  >
TITLE N Offenses Against Public Order, Public Sensibilities and the Right to Privacy (/legislation/laws/PEN/P3TN)  >
ARTICLE 240 Offenses Against Public Order (/legislation/laws/PEN/P3TNA240)

PREVIOUS
SECTION 240.26
Harassment in the second degree
(/legislation/laws/PEN/240.26)

UP
ARTICLE 240
Offenses Against Public Order
(/legislation/laws/PEN/P3TNA240)

NEXT
SECTION 240.31
Aggravated harassment in the first
degree
(/legislation/laws/240.31)

THIS ENTRY WAS PUBLISHED ON 2022-01-28  ⓘ

SEE MOST RECENT VERSION BEFORE OR ON:    2022-01-28

SHARE

# SECTION 240.30

## Aggravated harassment in the second degree

Penal (PEN) CHAPTER 40, PART 3, TITLE N, ARTICLE 240

§ 240.30 Aggravated harassment in the second degree.

A person is guilty of aggravated harassment in the second degree when:

1. With intent to harass another person, the actor either:

## CONFIRMED: UNLAWFUL DISPARATE TREATMENT HUMAN RESOURCES.

Monday" June 13, 2022

Hearing held with HR Director; Miriam Ruiz & Corporate HR: Chris Elko"

It was brought to their attention: an ASSAULT: that happened under Director of Security:
Attached is a report that was submitted in 2015: when I was attacked; and when reported to
H/R and DOS: they alleged the camera was not working and the person that committed the
CRIME: was not legally guilty of fined while working.

APRIL 2022:

The same person abandon the Fire Command post: departing the building: 4 members of
Security department reported the condition to HR Director: she alleged an investigation
Was done with no findings: but suspended another for doing the same thing: for 6 Days.

Before a concil: "CHris ELKo" stated if an error was
made; investigation of incident would be conducted.
It's very clear " HR Director: covered up: abandon
Fire Command Post: & was Disparate in Judgement.

Violation: USC Section 1607.11

1.

101 County [...]
Pomona NY [...]
10970

( 201-240-0134

_INCIDENT DATE NOVEMBER 5, 2015. (AROUND 4PM or AFTER

HR: I was Dispatched on opposite computer. Across from the
Dispatcher Terrell Morgan.

I was told to Patrol the Service Area's of the meeting Room Floors
and check for Banquet tables or stewardry Racks in the Stair
cases and I made Report FOR SECURITY MANAGER PETER YOUNG
AND REPORTED those conditions to Him.

- Shortly After: MORGAN APPROACHED THE DISPATCH DOOR: OPENED IT
I WAS STRUCK BY THE DOOR: SITTING IN CHAIR) I SAID EXCUSE ME
CONSIDERING I WAS TOO CLOSE TO THE DOOR. I PROCEEDED
TO MOVE AWAY FROM THE DOOR.

MORGAN USED HEAVY FORCE) PUSHING THE DOOR NOT GIVING ME CHANCE
. GET IN A POSITION AWAY FROM THE DOOR. HE WALKED OUT. I
INITIALLY WANTED TO REPORT TO WANDA IMMEDIATELY. I CONSIDERED
IT WAS ONLY (3) HOUSE OFFICERS & A MID-SHIFT WORKER. BECAUSE
3 to 11pm Shift was short staffed To make claim. I FEEL TERRE
MORGAN IS DOING ALL HE CAN TO (PROVOKE ME) TO USE FORCE TO M
ME LOOSE MY JOB & Be ESCORTED OUT BY (NYPD)

I HAVE UNFORTUNATELY DISCOVERED THE AMOUNT IT'S GOING TO COST ME IN
APPELLATE COURT AND THE LEVEL OF WORK I HAVE TO DO. I WILL DO MY BE
IF I TOLD HIM EXCUSE ME AND PROCEEDED AND TRIED TO MOVE OUT OF
HIS WAY: WHY HE IMPLIED HEAVY FORCE PUSHING THE DOOR ON M
LIKE THAT: COMPLETELY UN CAUSED FOR. HR" I AM NOT HIS
FRIEND. I WORK WITH HIM ON BUSINESS RELATED JOBS. WORK.
RELATED ONLY. I DID NOT LIKE THAT.

VIOLATION: U.S.C. Section: 1607.11
Disparate treatment

# CONFIDENTIALITY FILE

File contains Associate statements: sent to Human Resources: this is **not** the complete File: this is a generated file:

SUBPEONA: The Westin Ny at Times Square for Completed file: Evidence of on-going harassment from The initial Court date in 2015 to 2022.

Exempt C19yr: Lockdown year: slow business due to Pandemic; globally.

41 CFR & 60-20.8 Harassment/Hostile W. Environment.

ᵗᴱ WESTIN NEW YORK

**Associate Statement**    Date: JUNE 20, 2019

Associate Name: JOSEPH JOHNSON

Department: SECURITY Dpt.    Department Manager: _____

Subject: HARASSMENT & SABOTAGE: HR DANIEL / FD MANAGERS

Statement: ADDITION: TO YESTERDAY's WRONGFULL HEARING WITH HR
DANIEL. IN REGARDS TO INCIDENT. OBVIOUSLY I WAS REPORTED BY F/D
REGARDING MATTER OF NON-GUEST. FRONT DESK MANAGER JESSIE &
FRONT DESK MANAGER TREVOR. THE INCIDENT COULD HAVE BEEN
DISCUSSED AT LEAST A WEEK AFTERWARDS. DANIEL FROM HR IS CONTENT
I WAS WRONG-FOR DOING MY JOB EVEN AFTER TELLING HIM BEFORE
A DELEGATE WHAT OCCURED. IF FRONT DESK MANAGERS JESSIE AND
TREVOR MADE A REPORT IN DEFENSE OF A NON-GUEST: WHICH
OBVIOUSLY I WAS REPORTED: I WILL ASK THE UNION FOR A
SUBPEONA OF THE REPORT. 6/19/2019 HR MANAGER DANIEL.
FRONT DESK MANAGERS JESSIE AND TREVOR: CONSPIRED
TO TERMINATE MY JOB. I WILL ARGUE TO THE BUSINESS
AGENT OR ARBITRATOR. THIS IS ALSO RACIAL DISCRIMINATION
AGAINST A WORKER OF COLOR. I WILL REMIND THE UNION, IT
WAS I THAT HAD A ONE ON ONE WITH HR DANIEL ABOUT OFFENSIVE
PICTURE OF HUMAN TRAFFICING POSTERS ON THE CELLAR & 6th FLOIR.
I ASKED HR DANIEL TO EMAIL MARRIOTT ABOUT IMAGE POSTED. I RESPECT
THE MESSAGE NOT THE MOCKERY OF THE IMAGE.

Signature of writer: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

Signature of Delegate if applicable: _____    Date: _____

4/17/2019

**THE WESTIN NEW YORK**
AT TIMES SQUARE

**Associate Statement**

House Officer Joseph Johnson is requesting Follow up from 2108. Incident 19-IR-193.

I'm asking upper management to have "Marriott JR" come to explain before his upper management team & his security staff. How are guest and staff members safe when your daily security staff is (3) and mid-shift?

"How" are why the security department is using wi-fi base cell phones with a radio app; that's only good when you have a connection to wi-fi? After the incident on 21st flr previously reported. I will do my best, but after this incident, one can argue the security staff really need radio's. Past practice the security team historically have used radio's in the past & this is effective & protects staff and guest. Without proper communication; how can the security team be accurate when our current cell-phone-radio with app is only good; if wi-fi is strong; what happened on 21st floor was an emergency and I had no back up.

Signature of writer: _____      Date: _____

Signature of Delegate if applicable: _____      Date: _____

USE OTHER SIDE IF NECESSARY

PL 2.

4/17/19

## THE WESTIN NEW YORK
### AT TIMES SQUARE

**Associate Statement**

To SECURE BUSINESS ON A CONVENTION SCALE, LIKE THIS HOTEL. YOU NEED PROPER STAFF IN SECURITY. AND PROPER (OVERSIGHT) FROM MANAGEMENT. I HAVE BEEN HERE FOR YEARS & PREVIOUS MANAGEMENT TEAMS HAVE SEEN AT LEAST (5) UNITS OF HOUSE OFFICERS PER-SHIFT.

NONTHING WILL CHANGE WITH THIS NEW PRACTICE IN SECURITY. WITH (3) HOUSE OFFICERS AND A MID-SHIFT. NO ONE IN THE FACILITY IS SAFE. THIS IS A "DANGEROUS PRACTICE" & BEING "CHEAP." "NOT" PROTECTING ASSOCIATES AND GUEST. ]

MARRIOTT PUSHES A SERVICE CULTURE AGENDA AND KNOW SECURITY TRAINING: TO WHAT AFFECT IS THIS? WHEN YOU HAVE NO SAFETY OR SECURITY PER SHIFT. (1 DISPATCHER) (1 PATROL OFFICER) AND (A FSD OFFICER)" WHO IS FORCED TO COVER THE LOWER LOBBY & NOT THE UPPER LOBBY WHICH IS THE BIGGEST. THEIR IS NOTHING (SAFE) ABOUT THIS & HOW IT'S CURRENTLY BEING MANAGED. THEN IF THERE IS AN INCIDENT AND SOME THING GOES WRONG. MANAGEMENT WILL HOLD A WORKER RESPONSIBLE AND EVEN, TERMINATE A WORKER. NOT CONSIDERING THE CONDITION MARRIOTT; MANAGMENT HAVE CREATED. (DOUBLE STANDARD).

Signature of writer: _____    Date: _____

Signature of Delegate if applicable: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

PL 2|

4/17/19

## THE WESTIN NEW YORK
### AT TIMES SQUARE

**Associate Statement**

"HISTORICALLY" DISORDERLY GUEST ARE TOO BE ESCORTED OUT.
WHEN THIS TYPE OF INCIDENT HAPPENS. I DON'T KNOW IF
THE AUTO SHOW FOLLOWED UP WITH THEIR CLIENT. I DO KNOW
WHEN IM THREATEND. SADLY WHEN. I CALLED FOR BACK UP
I HAD NO SUPPORT. THATS THE ISSUE AT HAND.
THE CURRENT COMMUNICATION DEVICES MUST BE REPLACED
WITH REAL RADIO'S, THAT WILL WORK WITHOUT WI-FI CONNECTION.

LAST: "IS THIS MARRIOTT SECURITY TRAINING MANDATORY?
IF IT'S NOT. I DO NOT WISH TO PART TAKE IN IT.

I WILL DO MY BEST, AS I DO. IF MARRIOTT HAS FOUND
COMFORT IN SAVING MONEY AND (NOT) PROTECTING GUEST
AND ASSOCIATES. THIS DANGEROUS PRACTICE CAN
ONLY LEAD TO MORE UNFORTUNATE INCIDENTS.
THIS PRACTICE JEOPARDIZE LIFE: THE SAFETY OF
THE FACILITY IS SUPPOSE TO BE A TOP PRIORITY.

Signature of writer: _____    Date: _____

Signature of Delegate if applicable: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

PG. 3

# THE WESTIN NEW YORK
## AT TIMES SQUARE

4/17/2019

**Associate Statement**

THE FIRE DIRECTOR POST / FIRE SAFETY DIRECTOR POST. FIRE SAFETY DIRECTOR'S ARE SUPPOSE TO TO BE BY THE FIRE COMMAND CENTER. AT ALL TIME. YOU HAVE UNITS THAT RECENTLY PASS THERE FLSD COMPUTER TEST # FDNY.

IT'S DANGEROUS TO FORCE UNITS TO COVER THE LOWER LOBBY, INSTEAD OF BEING BY THE COMMAND CENTER. IF THERE'S ALARM & IM TRYING TO ACKNOWLEDGE ALARM BEFORE IT GOES INTO GENERAL. MARRIOTT WILL TAKE ACTION AGAINST THE FSD! THAT'S "HOW IT LOOKS." BUT IT'S YOU "MARRIOTT" THAT IS FORCING FIRE SAFETY DIRECTORS TO STAY IN LOWER LOBBY AND NOT THE FIRE COMMAND STATION ON 2ND FLOOR. "ANOTHER" (DANGEROUS PRACTICE) BY MARRIOTT MANAGEMENT. IF THE ESCALATOR IS FULL OF GUEST WHILE ALARM IS ACTIVATED THE ENTIRE HOTEL WILL GO INTO GENERAL ALARM. I PROTEST BEING FORCED TO WATCH 1st FLOOR & STAND 1st FLR INSTEAD of STANDING BY THE FIRE COMMAND WHICH I'M LICENSE BY FDNY. TO BE CLOSE TO PANEL AT ALL TIMES. AND PROTECT FRONT DESK WORKERS BEST WE CAN.

Signature of writer: _Johnson_    Date: _____

Signature of Delegate if applicable: _____    Date: _____

USE OTHER SIDE IF NECESSARY

PG. 4



THE WESTIN NEW YORK

**Associate Statement**                    Date: _June 19, 2019_

Associate Name: _Joseph Johnson_

Department: _Security House Officer._    Department Manager: _HR. Daniel._

Subject: _HARASSMENT BY HUMAN RESOURCES._

Statement: _ON WEDNESDAY JUNE 19, 2019: AROUND 5:15PM_
_HUMAN RESOURCES MANAGER: DANIEL SUMMON ME WITH_
_A DELEGATE TO SECURITY OFFICER REGARDING INCIDENT._
_UPON ARRIVAL DANIEL {INTERROGATED ME} ON MATTER_
_INVOLVING A NON-GUEST THAT WAS RUDE AT LOWER LOBBY_
_WHEN CHECKING KEYS AFTER 11 PM. DANIEL STATED BEFORE A_
_DELEGATE I WAS WRONG TO TRY & PULL FRONT DESK MGR_
_JESSIE OVER, WHEN I WAS TRYING TO EXIT TO MEZZ TO LEAVE_
_FROM DUTY. THE SAME NON-GUEST SAW ME & BEGIN TO YELL OUT_
_AT ME. I QUIETLY TRIED TO CALL JESSIE OVER TO FRONT_
_OFFICE TO EXPLAIN THE NON-GUEST WAS NOT WELCOMING. JESSIE_
_RUDELY SAID I CANNOT TALK WITH YOU RIGHT NOW. BASICALLY_
_BRUSHING ME AWAY, IN A VERY UNPROFESSIONAL & DISRESPECTFUL_
_MANNER. HR. DANIEL SAID " I WAS WRONG TO QUIETLY TRY_
_TO INFORM F/D MANAGER OF INCIDENT: STATING BEFORE A DELEGATE_
_I WAS WRONG: WHILE THE SAME NON-GUEST WAS EXTREMELY_
_RUDE TO ME, FOR CHECKING ROOM KEY. THIS IS HARASSMENT_
_DANIEL SIDED WITH JESSIE, BASICALLY POINTING THE FINGER AT._

Signature of writer: _____     Date: _____
_ME FOR A RECOGNIZATION. I WAS TRYING TO CLARIFY_       | USE OTHER |
_IN BUSINESS MANNER_                                     | SIDE IF |



THE WESTIN NEW YORK

**Associate Statement**

Date: _____

THIS IS THE 2ND TIME DANIEL FROM HR: HAS SUMMON ME FOR WRONGFUL QUESTIONING. HE SAID BEFORE A DELEGATE MY QUIET APPROACH TO JESSIE WAS WRONG. YET JESSIE WAS LOUD WHEN HE BRUSHED ME AWAY IN HIS TONGUE & DANIEL WAS CONTENT ABOUT MY APPROACH BEING INC.. HARASSMENT AGAIN FROM DANIEL HR. HE SUMMON ME S? I CAN DO SOMETHING INCORRECT & HIDES BEHIND HE WAS QUESTIONING WHAT HAPPENED. I WARNED HIM I AM THE ONE THAT HAS A HARASSMENT CASE IN THE NYS APPEALS COURT INVOLVING MANAGER & CO-WORKER HARASSMENT. DANIEL IS DESPERATELLY TRYING TO GET ME FIRED. I DID NOTHING WRONG & EXPLAIN THE INCIDENT BEFORE A DELEGATE. NOT COMFORTABLE WITH DANIEL FROM HR. HE CAN PULL BULLY TACTICS AT WILL & GET AWAY WITH IT. THIS IS WRONG. I DEMAND THE UNION HAVE MEETING REGARDING HR DANIEL & REQUEST HIS REMOVAL FROM THE HOTEL AND TAKE HIS BULLING ACT ELSE WHERE. THIS IS HARASSMENT & ITS HR DANIEL THAT WRONG TOO SUMMON ME FOR DOING MY JOB.

Signature of writer: _____    Date: _____

USE OTHER SIDE IF

**Ⅱ WESTIN NEW YORK**
AT TIMES SQUARE

**Associate Statement**

Date: _____

Associate Name: MIRIAM ALLEDGES THIS WAS QUESTIONING. IT WAS ANOTHER ATTEMPT TO GET ME TO SLIP UP. HARASSMENT 101. I WAS JUST IN HR FOR REPORTING DANIEL FOR SABOTAGE, HARASSMENT, & RACE DISCRIMINATION &

Department: _____    Department Manager: _____

Subject: _____

Statement:

CALLED FOR QUESTIONING 2 WEEKS AFTER HEARING IN HR: RETALIATION: IM REPORTING TO THE UNION MARRIOTT IS BASICALLY USING NON-GUEST. FOOD, DELIVERY CONTRACTORS & GUEST COMPLAINTS OR EVEN HOMELESS PERSON COMPLAINTS TO MAKE IMINANT ACTIONS AGAINST ME (THIS IS VERY CLEAR) SO EVERY TIME I DO MY JOB MARRIOTT WILL QUESTION OR INTEROGATE ME AT WILL! IT MAKES SENSE IF THERE IS A TIME & ATTENDANCE. ISSUE OR IF IM CAUGHT IN VIOLATION OF POLICY PROCEDURE. THAT WAS NOT THE CASE. I WILL REQUEST THE UNION INVESTIGATE THESE MANDATORY COMPUTER COMPANY PROCEDURE MARRIOTT FORCE US TO DO AFTER WE TAKE TEST WE CAN PRINT COPY OF TRAINING COURSE. I PROTEST ALL OF THEM. MANY OF THESE TRAININGS ARE NOT UNION SECURITY BASE. MEANING WHEN WE PASS. IT CAN BE HELD AGAINST US. TRAP TESTS. I WILL ASK THE UNION TO SET UP MEETING WITH HR OR THE 8th FLOOR GM TO SEE WHO IS BEHIND THIS DELIBERATE ACTION.

Signature of writer: _____    Date: _____

Signature of Delegate if applicable: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

PG 3.

THE WESTIN NEW YORK

**Associate Statement**

Date: _____

"THERE IS NO WAY" I'M GOING TO BELIEVE H/R WAS SINCERE ABOUT TODAY'S INVESTIGATION. MARRIOTT/ WESTIN NY AT TIMES SQ. HAS MADE IT VERY CLEAR, THERE TRYING TO MAKE ME HOMELESS? WHAT EVER IT TAKES. THIS IS HARASSMENT EVEN IF MARRIOTT SAYS IT WAS QUESTIONING.

THIS WILL GO TO THE UNIONS. I WILL DO MY BEST AT THIS PROPERTY. VERY OBVIOUS THIS PLACE IS TRYING TO GET RID OF ME FOR DOING MY JOB. NON THING NEUTRAL ABOUT THIS UPPER MANAGEMENT TEAM. BIGGEST BULLIES ON THE PLANET & THERE PROVING IT. WILL SEE THAT UNION INVESTIGATE THE UPPER MANAGEMENT. IF ALL FAILS THE APPEALS COURT NYS WILL GET REPORT AS WELL. THE DIVISION OF HUMAN RIGHTS. & THE EEOC. IT IS HARASSMENT. MIRIAM SAYS SHE IS FURTHERING INVESTIGATION AFTER I EXPLAIN. MANAGER WAS PRESENT

Signature of writer: _____

Date: July 9.2019

Signature of Delegate if applicable: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

DP. 4

WESTIN NEW YORK

**Associate Statement**

Date:

I DON'T WON'T NO APOLOGY FROM HR DANIEL: I ASK THE
UNION, TO MOVE HIM AWAY FROM THIS BUILDING, IT'S THE
2ND TIME HE DO THIS & FOR THE 2ND TIME HE WAS
WRONG. "YES" I FEEL THREATNED BY HIS ACTIONS
BE CAUSE HIS SINCERE CONTENT. I WILL SEE THAT
BOTH UNION AGENTS GET THIS REPORT: AS I SAID
IN THAT HEARING" I HAVE THE OPTION TO FILE
MOTIONS IN THE APPEALS COURT N.Y.S. WHEN I
CHOOSE. 11K I SPEND TO PROTECT MYSELF IN THIS
FACILITY. WHERE MANAGEMENT IS SO BAD" WORDS
CAN'T EXPLAIN HOW BAD IT IS. YET" DANIEL CAN
HARASS WHEN HE SEE'S FIT. ON RECORD: THAT
HARASSMENT CASE AGAINST THE WESTIN NY AT TIMES
SQUARE: THAT SITS IN THE APPEALS COURT. IS A
RACIALL DISCRIMINATION/: CASE.
DANIEL IS A SO-CALLED WHITE MAN THAT'S DEFENDING
ANOTHER SO-CALLED WHITEMAN. IT WAS A SO-CALLED
WHITEMAN THAT WAS REPORTED FOR RACE JOKING: THAT SPARKED I
FYI.

Signature of writer:                          Date:

## THE WESTIN NEW YORK
AT TIMES SQUARE

**Associate Statement**    Date Feb 11, 2020

Associate Name: Joseph Johnson

Department: Security    Department Manager: N/A.

Subject: I WAS HARASSED BY (HR DANIEL) WHICH LEAD TO A PETITION /B...

Statement: THREATENED BY HIS OVERSIGHT & THREATENED BY HIM.
STATEMENT: IT'S 2020 I HAVE A HARASSMENT CASE ON

FILE REGARDING THIS HR. I HAVE BEEN BRIEFED BY

BUSINESS AGENTS & THE UNION PRESIDENT. IN

REGARDS TO INVESTIGATION & THE PETITION SIGNATURES

FROM 2019 MOST RECENT. ED SECURITY MANAGER STATED

DANIEL ALL QUESTION REGARDING HOUSE OFFICER ASSIGNMENTS

AFTER THE HELL DANIEL HAS PERSONALLY PUT ME THROUGH

IN 2019 AFTER ALL THE REPORTS & A UNION INVESTIGATION

DANIEL B. SHOULD NOT BE ON THIS PROPERTY.

GIVE THIS TO: ROMINA, HOWLAND OR MARRIOTT JR.

I'M CONSIDERING ALARMING HARASSMENT CASE AGAINST HR DANIEL

IT'S DISTURBING AND EXTREMELY

UNCOMFORTABLE FOR ME WHILE WORKING AFTER WHAT HE PUT

ME THROUGH.

Signature of writer:    Date: 2/11/2020

**USE OTHER SIDE IF NECESSARY**

Signature of Delegate if applicable:    Date:

# THE WESTIN NEW YORK
## AT TIMES SQUARE

**Associate Statement**

Date: FEB-13-2020

Associate Name: Joseph Johnson

Department: Security DpT          Department Manager: _____

Subject: SECURITY MANAGER: ED. HAHN  HARASSMENT

Statement: 3PM ROLE CALL: MR. HAHN STATED BEFORE THE EVENING SHIFT: I J: JOHNSON: CREATED A WRONG DESCRETION OR SCENE FOR (PROTECTING) HOUSE OFFICER ROYSTON H. AROUND 230PM: A STOCKY YOUNG MAN WAS TALKING VERY CLOSE TO "ROY" WHOM WAS ASKING HIM TO LEAVE. THE SUBJECT WAS GETTING CLOSER TO ROY. I (SHIELDED) ROYSTON. TILL THE SUBJECT DEPARTED E-WALK AREA.

ED. ACCUSE ME BEFORE A STAFF FOR DOING MY JOB I WALKED OUT THE BRIEFING & TOLD ED I'M REPORTING HIM TO (HR) AND STATED I WANT TO KNOW WHO COMPLAIN ABOUT ME PROTECTING A HOUSE OFFICER. THE DOS HAS BEEN CONSISTENTLY BRIEFING THE HOUSE OFFICER'S TO PROTECT EACH OTHER WHEN BACK UP IS NEEDED. I BELIEVE THE GUY WAS GOING TO MAKE A MOVE ON ROY: THATS WHY I SHIELDED HIM.

Signature of writer: _____          Date: 2/13/2020

USE OTHER
SIDE IF
NECESSARY

Signature of Delegate if applicable: _____          Date: _____

THE WESTIN NEW YORK
AT TIMES SQUARE

**Associate Statement**

Date: JUNE 20, 2019

Associate Name: JOSEPH JOHNSON

Department: SECURITY Dpt.          Department Manager: _____

Subject: HARASSMENT & SABOTAGE: HR DANIEL/FD MANAGERS

Statement: ADDITION: TO YESTERDAY'S WRONGFULL HEARING WITH HR DANIEL. IN REGARDS TO INCIDENT. OBVIOUSLY I WAS REPORTED BY F/D REGARDING MATTER OF NON-GUEST. FRONT DESK MANAGER JESSIE & FRONT DESK MANAGER TREVOR. THE INCIDENT COULD HAVE BEEN DISCUSSED AT LEAST A WEEK AFTERWARDS. DANIEL FROM HR IS CONTENT I WAS WRONG FOR DOING MY JOB EVEN AFTER TELLING HIM BEFORE A DELEGATE WHAT OCCURED. IF FRONT DESK MANAGERS JESSIE AND TREVOR MADE A REPORT IN DEFENSE OF A NON-GUEST: WHICH OBVIOUSLY I WAS REPORTED: I WILL ASK THE UNION FOR A SUBPEONA OF THE REPORT. 6/19/2019 HR MANAGER DANIEL. FRONT DESK MANAGERS. JESSIE AND TREVOR: CONSPIRED TO TERMINATE MY JOB. I WILL ARGUE TO THE BUSINESS AGENT OR ARBITRATOR. THIS IS ALSO RACIAL DISCRIMINATION AGAINST A WORKER OF COLOR. I WILL REMIND THE UNION, IT WAS I THAT HAD A ONE ON ONE WITH HR DANIEL ABOUT OFFENSIVE PICTURE OF HUMAN TRAFFICING POSTERS ON THE CELLAR & 6th FLOOR. I ASKED HR DANIEL TO EMAIL MARRIOTT ABOUT IMAGE POSTED. I RESPECT THE MESSAGE, NOT THE MOCKERY OF THE IMAGE.

Signature of writer: _____          Date: _____

Signature of Delegate if applicable: _____     Date: _____

USE OTHER
SIDE IF
NECESSARY

THE WESTIN NEW YORK
AT TIMES SQUARE

**Associate Statement**

Date: _____

Associate Name: I GRIEVED WITH HR: HARASSMENT FROM MANAGERS, BEFORE

Department: DELEGATES. I GRIEVED THE WORK CONDITION: NO RADIO. WITH Department Manager: _____

Subject: CELL PHONE RADIO APP; THAT SHUTS OFF IN CERTAIN AREA'S WHEN

Statement: WI-FI. DENIED RADIOS FROM MARRIOTT: & THIS MANAGEMENT TEAM

I ARGUED THE STAFF OF SECURITY: 3 AND A MID-HOUSE OFFICER

FOR 5+ MONTHS. IN MID-TOWN MANHATTAN. WE ARE NOT

SAFE HERE. THE HOTELS ARE SUPPOSE TO FOLLOW NYS

CONSOLIDATED/CULPABILITY LAW: 3 AND A MID. VIOLATES EVERY

THING. I GRIEVED SHORT STAFF MATTERS & LACK OF

MANAGER OVER SIGHT. THE GM STATED IN LAST SECURITY

MEETING OTHER MANAGERS CAN ASSIST SECURITY DPT. WITH NO

PROOF WORKERS FROM THESE DEPARTMENTS ARE LICENSE BY NYS

TO HELP SECURITY. EVEN IF THEY WERE; ACCORDING TO

CONTRACT THE HOTEL WOULD BE IN VIOLATION, I'VE SAID

IN PAST STATEMENTS & WILL SAY IT AGAIN. THE CULTURE

OF THE WORK ENVIRONMENT IS TOXIC AND UNWELCOMING:

EXTREMELLY HOSTILE. IT WAS GETTING BAD UNDERSTANDOOD

AND SEEMS UN-CUREABLE UNDER MARRIOTT. MUCH WORSER THAN

STARWOOD IN A CATASTROPHIC WAY. A MASSIVE DOUBLE

STANDARD REGARDING POLICY.

Signature of writer: _____        Date: _____

Signature of Delegate if applicable: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

PG 2.

THE WESTIN NEW YORK
AT TIMES SQUARE

**Associate Statement**

Date: _____

Associate Name: ~~Associate Name~~ AFTER THE EVENTS OF 6/19/2019: THE HEARING: WHAT IS

~~Department:~~ MARRIOTT TAKE ON THE SECURITY AND DOING OUR JOB? ~~Department Manager:~~

~~Subject:~~ IT WAS A NON-GUEST THAT WENT BERSERK VERBALLY

~~Statement~~ ON THE 1st LEVEL THEN 2ND FLOOR. I DISCREETLY TRIED TO

INFORM JESSIE & WAS RUDELY DISMISSED BY HIM. THEN

DISCOVERED I WAS REPORTED FOR INCIDENT. BEFORE A

DELEGATE HR DANIEL WAS CONTENT: I WAS WRONG AND

MY ACTIONS WAS WRONG!!! I WAS DOING MY JOB. I'M

CONTENT A SABOTAGE ATTEMPT WAS MADE AGAINST ME

BY MARRIOTT MANAGERS. INCLUDING HR DANIEL.

I'M NO LONGER COMFORTABLE WORKING WITH HR DANIEL

AND HE IS A THREAT TO MY EMPLOYMENT. I DEMAND

MARRIOTT JR HAVE SOMEONE REPLACE HIM." ASAP " TWICE

HE HAVE WRONGFULLY QUESTION ME IN HEARINGS. THIS IS A

PERSONAL VENDETTA AGAINST ME. DANIEL WANTS ME FIRED: FOR

NO REASON AT ALL. 100 % PERCENT THREAT TO MY JOB &

WELL BEING. DESPARATE TO FIRE ME. HE NEEDS TO GO.

I'M DOING MY BEST TO LEAVE HOTELS AND HOPEFULLY SOON. I

WILL NOT BE HARASSED WHILE I'M DOING MY JOB. I'M A

VICTIM OF WORKPLACE HARASSMENT AND DISCRIMINATION

DISPARATE TREATMENT & RACE DISCRIMINATION.

Signature of writer: _____

Date: _____

Signature of Delegate if applicable: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

P2.

THE WESTIN NEW YORK
AT TIMES SQUARE

**Associate Statement**

Date: _____

Associate Name: THINK THE OWNER OF THE FACILITY & PREVIOUS MANAGEMENT

Department: FOR SEEING THAT THE COURT HAD MY CASE LOCKED IN THE

Subject: APPEALS COURT NYS. IF NYS OBVIOUSLY MADE LAWS

Statement: TO PREVENT HARASSMENT & OTHER HARASSMENT LAWS LIKE

AGGRAVATED HARASSMENT IN THE 2nd DEGREE. ITS THE

MANAGEMENT THAT ALLOWS IT IN THE WORK PLACE. NYS

DON'T EVER HALF TO REVERSE MY CASE. BUT I WILL NOT

BE HARASSED WHILE I'M WORKING AND DOING MY JOB.

I HAVE RIGHT TO FILE MOTION IN APPEALS COURT

WHEN THIS BEHAVIOR IS COMING FROM MANAGERS.


I WILL CONTINUE TO BE IN ORDER AND DO MY BEST

WORKING AT THIS FACILITY FOR TIME BEING. IT'S A

DOUBLE STANDARD TO RUN THE HOTEL ITS CURRENTLY

RUN & HAVE MANAGERS LIKE HR DANIEL: SUDDENLY CALL

FOR MEETINGS WRONGFULLY ACCUSING ME OF JOB

ACTIONS REGARDING A NON-GUEST.


HR DANIEL IS A THREAT TO MY WORK PLACE &

WELL BEING. I DID NT DO HIM ANYTHING: FOR HIM TO

KEEP HARASSING ME.

Signature of writer: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

Signature of Delegate if applicable: _____    Date: _____

PG 5

THE WESTIN NEW YORK
AT TIMES SQUARE

4/17/2019

Associate Statement

HOUSE Officer: JOSEPH JOHNSON IS REQUESTING FOLLOW UP FROM 2108. INCIDENT 19-IR-193.

I'M ASKING UPPER MANAGEMENT TO HAVE "MARRIOTT JR" COME TO EXPLAIN BEFORE HIS UPPER MANAGEMENT TEAM & HIS SECURITY STAFF. HOW ARE GUEST AND STAFF MEMBERS SAFE WHEN YOUR DAILY SECURITY STAFF IS (3) AND MID-SHIFT?

"HOW" ARE WHY THE SECURITY DEPARTMENT IS USING WI-FI BASE CELL PHONES WITH A RADIO APP: THAT'S ONLY GOOD WHEN YOU HAVE A CONNECTION TO WI-FI? AFTER THE INCIDENT ON 21st FLR PREVIOUSLY REPORTED. I WILL DO MY BEST, BUT AFTER THIS INCIDENT, ONE CAN ARGUE THE SECURITY STAFF REALLY NEED RADIO'S. PAST PRACTICE THE SECURITY TEAM HISTORICALLY HAVE USED RADIO'S IN THE PAST & THIS IS EFFECTIVE & PROTECTS STAFF AND GUEST. WITHOUT PROPER COMMUNICATION: HOW CAN THE SECURITY TEAM BE ACCURATE WHEN OUR CURRENT CELL-PHONE-RADIO WITH APP IS ONLY GOOD! IF WI-FI IS STRONG: WHAT HAPPENED ON 21st FLOOR WAS AN EMERGENCY AND I HAD NO BACK UP.

Signature of writer: _____    Date: _____

Signature of Delegate if applicable: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

4/17/2019

**THE WESTIN NEW YORK**
AT TIMES SQUARE

Associate Statement

THE FIRE DIRECTOR POST / FIRE SAFETY DIRECTOR
POST. FIRE SAFETY DIRECTOR'S ARE SUPPOSE TO
TO BE BY THE FIRE COMMAND CENTER : AT ALL
TIME. YOU HAVE UNITS THAT RECENTLY PASS
THERE FLSD COMPUTER TEST @ FDNY.

IT'S DANGEROUS TO FORCE UNITS TO COVER THE
LOWER LOBBY, INSTEAD OF BEING BY THE COMMAND
CENTER. IF THERE'S ALARM & IM TRYING TO
ACKNOWLEDGE ALARM BEFORE IT GOES INTO GENERAL.
MARRIOTT WILL TAKE ACTION AGAINST THE FSD! THAT'S
" HOW IT LOOKS." BUT IT'S YOU "MARRIOTT" THAT IS FORCING
FIRE SAFETY DIRECTORS TO STAY IN LOWER LOBBY AND NOT
THE FIRE COMMAND STATION ON 2ND FLOOR.
"ANOTHER (DANGEROUS PRACTICE) BY MARRIOTT MANAGEMENT.
IF THE ESCALATOR IS FULL OF GUEST : WHILE ALARM IS ACTIVATED
THE ENTIRE HOTEL WILL GO INTO GENERAL ALARM.
I PROTEST BEING FORCED TO WATCH 1st Floor & STAND 1st F/R
INSTEAD OF STANDING BY THE FIRE COMMAND WHICH I'M
LICENSE BY FDNY, TO BE CLOSE TO PANEL AT ALL TIMES.
AND PROTECT FRONT DESK WORKERS BEST WE CAN.

Signature of writer: J. Johnson                Date: _____

                                        USE OTHER
                                        SIDE IF
                                        NECESSARY    PG.1

                                        Date: _____

# THE WESTIN NEW YORK
### AT TIMES SQUARE

**Associate Statement**

Date: FEB-13-2020

Associate Name: Joseph Johnson

Department: Security DPT          Department Manager: _____

Subject: SECURITY MANAGER: E.D. HAHN  HARASSMENT

Statement: 3PM ROLE CALL: MR. HAHN STATED BEFORE THE EVENING SHIFT: I J. JOHNSON: CREATED A WRONG DESCRETION OR SCENE FOR (PROTECTING) HOUSE OFFICER ROYSTON H. AROUND 230PM: A STOCKY YOUNG MAN WAS TALKING VERY CLOSE TO "ROY." WHOM WAS ASKING HIM TO LEAVE. THE SUBJECT WAS GETTING CLOSER TO ROY. I (SHIELDED) ROYSTON. TILL THE SUBJECT DEPARTED E-WALK AREA.

ED. ACCUSE ME BEFORE A STAFF FOR DOING MY JOB. I WALKED OUT THE BRIEFING & TOLD ED I'M REPORTING HIM TO (HR) AND STATED I WANT TO KNOW WHO COMPLAIN ABOUT ME PROTECTING A HOUSE OFFICER. THE DOS HAS BEEN CONSISTENTLY BRIEFING THE HOUSE OFFICER'S TO PROTECT EACH OTHER WHEN BACK UP IS NEEDED. I BELIEVE THE GUY WAS GOING TO MAKE A MOVE ON ROY: THATS WHY I SHIELDED HIM.

Signature of writer: _____          Date: 2/13/2020

USE OTHER SIDE IF NECESSARY

Signature of Delegate if applicable: _____          Date: _____

# THE WESTIN NEW YORK
## AT TIMES SQUARE

ED: HAVE NO RIGHT TO PERSECUTE OR POINT BLAME
AT ME FOR DOING MY JOB. ED NEED TO BE
CORRECTED. (NO BIAS RULE) IS OUT THE DOOR
WHEN A CO-WORKER IS BEING THREATEN.
THE SUBJECT WAS VERY, VERY, CLOSE TO ROYSTON.
ED IS SAYING I SHOULD NOT HAVE
SHIELDED ROY.

WHAT WOULD HAVE HAPPEN IF HE STRIKE ROY?
THE SECURITY WOULD BE RESPONSIBLE: I'D IMAGINE.

I HAVE A TRACK RECORD FOR BEING CALLED FOR
QUESTIONING. FOR DOING MY JOB: ON GOING
WORK PLACE HARASSMENT.

I DIDN'T TOUCH THAT GUY: I PROCTECTED
MY CO-WORKER THAT'S IT. WHEN THE
SUBJECT BEGIN TO QUESTION ROY: ED DIDN'T
STEP IN. HE STOOD THERE LOOKING ON.
I BELIEVE THE SUBJECT WAS GOING TO MAKE
A MOVE.

2.

# THE WESTIN NEW YORK
## AT TIMES SQUARE

WHAT ARE WE TO DO? IN THE FUTURE? ED
COMPLAINED IT WAS TOO MANY HOUSE OFFICER'S!
MY IMMEDIATE CONCERN WAS MY CO-WORKER
PROTECTION.

HOW WAS I WRONG? SHIELDING ROY IS BAD
BODY LANGUAGE? DAMNED FOR DOING THE
RIGHT THING? DAMNED IF YOU DON'T?
WHAT ARE WE TO DO? ED SINGLED ME OUT LIKE
I DID SOMETHING WRONG. NOT THE 1st time:
-Y+)
- MAYBE 2 MONTH'S AGO WHEN CONTRACTOR'S WAS
INSTALLING TV'S. I WORKED 1 AM SHIFT. PRIOR I
TOLD THE HEAD OF ENGINEERING AND THE FOREMAN
IT WAS SAFE TO ACCESS (1) GUEST ROOM AT A
TIME TO AVOID GUEST COMPLAINTS! THE REQUEST WAS (3)
DAVE TOLD THE (DOS) IT WAS OK TO ACCESS
(MULTIPLE ROOMS) I CAN'T BE IN 3 PLACES AT
ONCE.

# THE WESTIN NEW YORK
### AT TIMES SQUARE

LATER THAT DAY: ED APPROACHED ME AND SAID I LEFT A ROOM OPEN: ON A FLOOR WHICH THE CONTRACTORS WAS WORKING AND WHICH I WAS GIVEN ORDER TO ACCESS. AFTER EXPLAINING TO ED: IT CAME FROM THE TOP.

ED THEN MAKES MOCKERY OF ME TELLING THE OVERNIGHT CREW I FAIL TO DO MY JOB: AFTER FOREMAN GIVES ME THE OK FROM DANE TO ACCESS MULTIPLE ROOMS. IT'S IMPOSSIBLE TO BE 3 PLACES AT 1 TIME.

ED WAS RIGHT TO ATTACK ME IN THIS MANNER? IT'S SHOW OF BAD MANAGEMENT.

I'M DOING MY JOB. "

# THE WESTIN NEW YORK
## AT TIMES SQUARE

**Associate Statement**

Date: Feb 11, 2020

Associate Name: Joseph Johnson

Department: SECURITY

Department Manager: N/A.

*STATUS?*

Subject: I WAS HARASSED BY (HR: DANIEL) WHICH LEAD TO A PETITION /2021

Statement: THREATENED BY HIS OVERSIGHT & THREATENED BY HIM.

STATEMENT: IT'S 2020 I HAVE A HARASSMENT CASE ON
FILE REGARDING THIS HR. I HAVE BEEN BRIEFED BY
BUSINESS AGENTS & THE UNION PRESIDENT; IN
REGARDS TO INVESTIGATION & THE PETITION SIGNATURES
FROM 2019 MOST RECENT.  ED SECURITY MANAGER STATED
DANIEL ASK QUESTION REGARDING HOUSE OFFICER ASSIGNMENTS

AFTER THE HELL DANIEL HAS PERSONALLY PUT ME THROUGH
IN 2019, AFTER ALL THE REPORTS & A UNION INVESTIGATION
DANIEL B. SHOULD NOT BE ON THIS PROPERTY.
GIVE THIS TO ROMONA. HOWLAND. OR MARRIOTT JR.
I'M CONSIDERING MAKING HARASSMENT CASE AGAINST HR DANIEL
IT'S DISTURBING AND EXTREMELY
UNCOMFORTABLE FOR ME WHILE WORKING AFTER WHAT HE PUT
ME THROUGH.

Signature of writer: _____ Date: 2/11/2020

Signature of Delegate if applicable: _____ Date: _____

USE OTHER
SIDE IF
NECESSARY

# THE WESTIN NEW YORK
## AT TIMES SQUARE

MARRIOTT: YOU DON'T KNOW WHAT IT MEANS TO BE 3 FIFTH's OF A HUMAN BEING. IN THIS CONSTITUTION, IT MEANS IF YOUR A SO-CALLED AFRICAN AMERICAN CITIZEN. YOUR WALKING [LIVE STOCK] OR LIVE PROPERTY OF THIS GOVERNMENT. THAT WAS PROVEN WITH CASE AGAINST THIS PROPERTY:

JOSEPH JENNEN V THE WESTIN NY AT TIMES SQUARE INDEX NO. 100342/15

THANK GOD) I MANAGED TO GET IT TO COURT OF APPEALS NYS. ITS HARASSMENT & RACE DISCRIMINATION CASE.

IF DANIEL MAKES CASE AGAINST ME THE COURTS WOULD GRANT HIM SWIFTLY. THERE IS SOMETHING CALLED (WHITE PRIVILEGE) IN THIS COUNTRY BUILT ON THE BACKS OF SO CALLED BLACK FOLK. BY DEFAULT HE HAS A MASSIVE EDGE. MARRIOTT.

DOES IT GIVE HIM THE RIGHT OR MAKE HIM RIGHT TO GET AWAY WITH THE DISPLAY OF HATRED DISPLAYED AT ME? THIS IS UNFINISHED BUSINESS

PG 2

THE WESTIN NEW YORK
AT TIMES SQUARE

WITH THE REPORTS ALONE PRESENTED IN 2019: IT'S
SAD NO SIGNIFICANT CHANGE WAS MADE.
THIS IS WHITE SUPREMACY AT IT'S FINEST &
IT'S VERY SAD. DANIEL HAS THREATENED MY
WORK SPACE. MOCKED ME BEFORE A
DELEGATE, THE ENTIRE FILE IS IN HR &
HE IS ALLOWED TO WORK AT THIS PROPERTY?
BECAUSE HE IS A SO-CALLED WHITE MAN?
MARRIOTT? WHAT HAPPENED TO A FAIR AND BALANCED
WORK ENVIRONMENT. DOUBLE-STANDARD.
THE FILE SPEAKS FOR IT SELF:
I'M NOT FORGIVING HIM. NOT ON ANY OF MY
HEART BEATS. HE DISPLAY PERFECT HATRED
THREATENED MY LIVELY HOOD, MY RUN,
MY SIDE BUSINESS, WHAT LITTLE BLESSING I
HAVE IN THIS CAPTIVITY. STARTED A
WAR AGAINST ME. IT IS A DIPLOMATIC
WAR. I'M KEEPING IT CIVIL & KEEPING THE LAWS OF
THIS JOB. I WANT HIM AWAY FROM THIS FACILITY
ASAP. FOR WHAT HE HAS DONE.

P. 2

THE WESTIN NEW YORK
AT TIMES SQUARE

I WILL DO MY BEST. PRAYING I GET HALF A MILLION BUYERS FROM SIDE BUSINESS AND I WILL BE OUT OF HERE. I HISTORICALLY DO MY JOB & HAVE HISTORY OF BEING HARASSED IN THIS PROPERTY.

WHAT I WAS SUPPOSE TO GIVE UP & FOLD BECAUSE OF INCIDENTS. NONE OF THESE VESSELES WILL PAY MY BILLS, I'M DOING MY JOB.

I WILL SEE THAT THE BUSINESS AGENTS GET COPY'S OF THIS. JUST ADDITION TO THE FILE FROM 2019. "MARRIOTT" 1st IMPRESSION ARE EVER LASTING. IT WILL NEVER WORKOUT WITH DANIEL PRESENCE AND OVER SIGHT FOR SECURITY.

IT'S LIKE ASKING THE GOVERNMENT TO AMID WHO AFRICAN AMERICANS REALLY ARE !!! 400+Yrs OF OPPRESSION AND ON GOING RIGHT HERE AT THE WESTIN NY AT TIMES SQ. FROM HR DANIEL: WHO HAS AN UNPRESENTED FILE OF HARASSMENT (JJ)

# THE WESTIN NEW YORK
### AT TIMES SQUARE

**Associate Statement**

Date: 7/9/2019

Associate Name: Joseph Johnson

Department: SECURITY DPT.        Department Manager: _____

Subject: HARASSMENT / RETALIATION. HR DIRECTOR.

Statement: ON TUESDAY. JULY 9 AT 4PM DIRECTOR OF SECURITY
CHERYL DANCY CALLED ME FOR HUMAN RESOURCES & TO
BRING A DELEGATE. TO START INVESTIGATION & HR DIREC
RESURFACE INCIDENT. I BELIEVE HAPPEN JUNE 30, 2019.
REPORT WAS RECIEVE JULY 4th, ACCORDING TO HR. I REQUEST
BOTH UNION BUSINESS AGENTS TOO SUBPEONA: THE
MINUTES OF INVESTIGATION HELD 7/9/2019.
THE REPORT FROM A GUEST TO MARRIOTT. WAS A. GUEST
WAS ANGRY, HE HAD TO COME DOWN FOR FOOD DELIVER
BEFORE A DELEGATE: GEORGE LEE. H/R. DIRECTOR MIRIA.
QUESTION ME ON THE DIALOG WITH FOOD DELIVERY
GUY. I EXPLAIN, HE DIDN'T SPEAK ENGLISH, ATTEMPTS WA
MADE WITH HOTEL PHONE TO GUEST. FOOD DELIVERY GU!
WAS ADVISED TO CONTACT GUEST TO COME DOWN.
THIS IS HOTEL POLICY FOR 3+ YEARS. THE GUEST
GRIEVED HE HEARD SOMEONE SAY ITS NOT MY JOB
THROUGH FOOD DELIVERY GUY CELL PHONE. & MAKE
COMPLAINT. I WILL REQUEST THE UNIONS SUBPEONA THE REPOR;
MADE BY THE GUEST.

Signature of writer: _____    Date: _____

Signature of Delegate if applicable: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

THE WESTIN NEW YORK
AT TIMES SQUARE

Associate Statement

Date: _____

Associate Name: _____

Department: _____    Department Manager: _____

Subject: _____

Statement:

" GENERALLY SAYING." IF IT WAS SAID ITS NOT SECURITY'S JOB TO DO FOOD DELIVERY. THAT WAS ESTABLISHED BY STARWOOD & MARRIOTT FOLLOW / CONTINUED THE POLICY. I EXPLAIN TO MIRIAM: A MANAGER WAS PRESENT DURING INCIDENT & EXPLAIN TO THE GUEST, FOOD DELIVERY POLICY. I ADDRE THAT AT LEAST 3 TIMES BEFORE A DELEGATE. MIRIAM CONTINUED TO QUESTION WHAT WAS SAID TO DELIVERY GUY. I ALREADY ANSWERED HER QUESTION. SAME BULLY TACTICS AS DANIEL FROM HR: WHOM I REPORTED TWI & NOT COMFORTABLE WORKING WITH HIM. THAT WILL NEVE CHANGE. BEFORE A UNION DELEGATE. THE INFORMATION WAS GIVEN TO HR DIRECTOR & DOS WAS HER WITNESS. IF POLICY AND PROCEDURE WAS ENFORCED & A MANAGER WE PRESENT TO FURTHER IN DIALOG WITH THE GUEST. HOU OR WHY WAS I BROUGHT DOWN FOR QUESTIONING? I DIDN'T HAVE WORDS WITH THE GUEST. MIRIAM SAYS IT WAS FOR GUEST RELATED MATTER. THE CONFUSION WAS THE DELIVERY GUY PROBABLY DELIVER MESSAGE INCORRECT TO GUEST. IF THE GUEST WAS TOLD TO COME DOWN. WHY I WAS CALLED FOR QUESTION. IT WAS ANOTHER (HARASSMENT) HEARING TO SEE IF I SAY SOMETHING WRONG SO MARRIOT, CAN MAKE ME HOMELESS. I DID POLICY.

Signature of writer: _____    Date: _____

Signature of Delegate if applicable: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

THE WESTIN NEW YORK
AT TIMES SQUARE

**Associate Statement**

Date: _____

Associate Name: MIRIAM ALLEDGES THIS WAS QUESTIONING. IT

Department: WAS ANOTHER ATTEMPT TO GET ME TO SLIP UP. HARASSMENT    Department Manager:

Subject: 101 I WAS JUST IN HR FOR REPORTING DANIEL FOR

SABOTAGE, HARASSMENT, & RACE DISCRIMINATION &

Statement: _____

CALLED FOR QUESTIONING 2 WEEKS AFTER HEARING IN

HR: RETALIATION: IM REPORTING TO THE UNION MARRIOTT

IS BASICALLY USING NON-GUEST. FOOD, DELIVERY CONTRACTOR

& GUEST COMPLAINTS OR EVEN HOMELESS PERSON COMPLAINTS

TO MAKE IMINANT ACTIONS AGAINST ME (THIS IS VERY CLEAR

SO EVERY TIME I DO MY JOB MARRIOTT WILL QUESTION OR

INTERROGATE ME AT WILL! IT MAKES SENSE IF THERE I

A TIME & ATTENDANCE. ISSUE OR IF IM CAUGHT IN

VIOLATION OF POLICY PROCEDURE. THAT WAS NOT THE CASE

I WILL REQUEST THE UNION INVESTIGATE THESE MANDATORY

COMPUTER COMPANY PROCEDURE MARRIOTT FORCE US TODO

AFTER WE TAKE TEST WE CAN PRINT COPY OF TRAINING COURSE

I PROTEST ALL OF THEM. MANY OF THESE TRAININGS

ARE NOT UNION SECURITY BASE. MEANING WHEN WE PASS.

IT CAN BE HELD AGAINST US. TRAP TESTS. I WILL ASK

THE UNION TO SET UP MEETING WITH HR OR THE 8th FLOOR

GM TO SEE WHO IS BEHIND THIS. DELIBERATE ACTION.

Signature of writer: _____    Date: _____

Signature of Delegate if applicable: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

PG 3.

THE WESTIN NEW YORK
AT TIMES SQUARE

Associate Statement

Date: _____

Associate Name: "THERE IS NO WAY" I'M GOING TO BELIEVE H/R WAS

Department: SINCERE ABOUT TODAY'S INVESTIGATION. MARRIOTT/

Department Manager:

Subject: WESTIN NY AT TIMES SQ. HAS MADE IT VERY

Statement: CLEAR, THERE TRYING TO MAKE ME HOMELESS?
WHAT EVER IT TAKES. THIS IS HARASSMENT
EVEN IF MARRIOTT SAYS IT WAS QUESTIONING.

THIS WILL GO TO THE UNIONS. I WILL DO MY
BEST AT THIS PROPERTY. VERY OBVIOUS THIS
PLACE IS TRYING TO GET RID OF ME FOR
DOING MY JOB. NON THING NEUTRAL ABOUT
THIS UPPER MANAGEMENT TEAM. BIGGEST
BULLIES ON THE PLANET & THERE PROVING
IT. WILL SEE THAT UNION INVESTIGATE
THE UPPER MANAGEMENT. IF ALL FAILS THE
APPEALS COURT NYS WILL GET REPORT AS
WELL, THE DIVISION OF HUMAN RIGHTS, & THE EEOC.
IT IS HARASSMENT. MIRIAM SAYS SHE IS FURTHERING
INVESTIGATION AFTER I EXPLAIN; MANAGER WAS PRESENT

Signature of writer: _____    Date: July 9, 2019

Signature of Delegate if applicable: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

**Associate Statement**

House Officer: Joseph Johnson is Requesting Follow up from 2108. Incident 19-IR-193.

I'm asking upper management to have "Marriott JR" come to explain before his upper management team & his security staff. How are guest and staff members safe when your daily security staff is (3) and mid-shift?

"How" are why the security department is using Wi-Fi base cell phones with a radio app? That's only good when you have a connection to Wi-Fi? After the incident on 21st Flr previously reported. I will do my best, but after this incident, one can argue the security staff really need radio's. Past practice the security team historically have used radio's in the past & this is effective & protects staff and guest. Without proper communication: How can the security team be accurate when our current cell-phone-radio with app is only good: If Wi-Fi is strong: What happened on 21st floor was an emergency and I had no back up.

Signature of writer: _____   Date: _____

Signature of Delegate if applicable: _____   Date: _____

USE OTHER SIDE IF NECESSARY

PL 3

THE WESTIN NEW YORK
AT TIMES SQUARE

Associate Statement

To secure Business on a convention scale, like this Hotel. You need proper staff in security. And Proper (oversight) from management. I have been here for years & previous management teams have seen at least (5) units of House Officers per-shift.

Nonthing will change with this New Practice in Security. With (3) House Officers and a Mid-Shift. No one in the facility is safe. This is a "Dangerous Practice" & being cheap. "Not" protecting associates and guest.

Marriott pushes a service culture agenda and know security training: to what affect is this? When you have no safety or security per shift. (1 dispatcher) 1 patrol officer) and (a FSD officer)" who is forced to cover the lower lobby & not the upper lobby which is the biggest. Their is nothing (safe) about this & how it's currently being managed. Then if there is an incident and something goes wrong. Management will hold a worker responsible and even, terminate a worker. Not considering the condition Marriott: managment have created (double standard)

Signature of writer: _____  Date: _____

Signature of Delegate if applicable: _____  Date: _____

USE OTHER
SIDE IF
NECESSARY

Pg.

4/17/14

# THE WESTIN NEW YORK
### AT TIMES SQUARE

## Associate Statement

HISTORICALLY "DIS ORDERLY GUEST ARE TOO BE ESCORTED OUT. WHEN THIS TYPE OF INCIDENT HAPPENS. I DON'T KNOW IF THE AUTOSHOW FOLLOWED UP WITH THEIR CLIENT. I DO KNOW WHEN IM THREATEND. SADLY WHEN. I CALLED FOR BACK UP I HAD NO SUPPORT. THATS THE ISSUE AT HAND. THE CURRENT COMMUNICATION DEVICES MUST BE REPLACED WITH REAL RADIO'S, THAT WILL WORK WITHOUT WI-FI CONNECTION.

LAST! IS THIS MARRIOTT SECURITY TRAINING MANDATORY? IF IT'S NOT. I DO NOT WISH TO PART TAKE IN IT.

I WILL DO MY BEST, AS I DO. IF MARRIOTT HAS FOUND COMFORT IN SAVING MONEY AND (NOT) PROTECTING GUEST AND ASSOCIATES. THIS DANGEROUS PRACTICE CAN ONLY LEAD TO MORE UNFORTUNATE INCIDENTS. THIS PRACTICE JEOPARDIZE LIFE: THE SAFETY OF THE FACILITY IS SUPPOSE TO BE A TOP PRIORITY.

Signature of writer: _____     Date: _____

Signature of Delegate if applicable: _____     Date: _____

USE OTHER
SIDE IF
NECESSARY

PG.

4/17/2019

THE WESTIN NEW YORK
AT TIMES SQUARE

Associate Statement

THE FIRE DIRECTOR POST / FIRE SAFETY DIRECTOR POST. FIRE SAFETY DIRECTOR'S ARE SUPPOSE TO TO BE BY THE FIRE COMMAND CENTER: AT ALL TIME. YOU HAVE UNITS THAT RECENTLY PASS THERE FLSD COMPUTER TEST @ FDNY.

IT'S DANGEROUS TO FORCE UNITS TO COVER THE LOWER LOBBY, INSTEAD OF BEING BY THE COMMAND CENTER. IF THERE'S ALARM & IM TRYING TO ACKNOWLEDGE ALARM BEFORE IT GOES INTO GENERAL. MARRIOTT WILL TAKE ACTION AGAINST THE FSD! THAT'S "HOW IT LOOKS." BUT IT'S YOU "MARRIOTT" THAT IS FORCING FIRE SAFETY DIRECTORS TO STAY IN LOWER LOBBY AND NOT THE FIRE COMMAND STATION ON 2ND FLOOR. "ANOTHER" (DANGEROUS PRACTICE) BY MARRIOTT MANAGEMENT. IF THE ESCALATOR IS FULL OF GUEST WHILE ALARM IS ACTIVATED THE ENTIRE HOTEL WILL GO INTO GENERAL ALARM. I PROTEST BEING FORCED TO WATCH 1st Floor & STAND 1st F/R INSTEAD OF STANDING BY THE FIRE COMMAND WHICH I'M LICENSE BY FDNY, TO BE CLOSE TO PANEL AT ALL TIMES. AND PROTECT FRONT DESK WORKERS BEST WE CAN.

Signature of writer: _J. Johnson_          Date: _____

USE OTHER
SIDE IF
NECESSARY

pg. 6

Signature of Delegate if applicable: _____          Date: _____

If you cut the entire Security department staff and alter the scheduling of the security as this

current Upper management have approved; how are we safe? No one is safe in the

facility, no one and the GM cannot deny how busy the hotel truly is. But he made the

sound the decision to cut the Security staff and alter the department schedule, changing

House Officers schedule without given them 2 weeks in advance notice.

In the matter of the baseless hearing: recent  HR Director denied House Keeping Delegate

George Lee a copy of the complaint regarding the food delivery. I was eye witness to him

being denied a copy of the complaint.

Delegates are NOT suppose to be denied any complaints when trying to defend a union

member. God will punish the wicked; Marriott is on mission to destroy life and put people in

those extremely hard  streets. It is very sad how bad this upper management is and whats going

on. The GM had to be in the know; and he is no better than the HR Department. Needs

emergency changing, hopefully a Neutral team will come in. The current team is Savage

and Cold, they need to go.

Subpeona. HR for Incident. On 21st Flr. When Drunk guess
Try to ATTACK ME ON FLOOR. I called for Back up. &
NO ONE RESPONDED.

Subpeona: HR for Incident. WHEN Edgar Paulino was
PHYSICALLY ASSAULTED in upper lobby. He called
Back up. NO ONE responded, till after his legs were broken.
HE WAS OUT FOR 1 year.
Because the GM refuses to give us radio's. We
currently use a phone with Radio APP! THE WIFI
Turns OFF & ON EVERY DAY.

04/19/2011
WESTIN SECURITY HOUSE OFFICERS
REQUEST!

AS HOUSE OFFICERS WE ALL AGREE TO TAKING SECURITY RELATED
CALLS. FOR YEARS WE HAVE RESPONDED TO NOISE COMPLAINTS CALLS.
IF THE CALLS ARE UNFOUNDED, DISPATCHER LOGS IT INTO THE SECURITY
COMPUTER, AND IT'S DOCUMENTED BY THE DISPATCHER. IF WE
DISCOVER A NOISE COMPLAINT. GUEST IS GIVING FIRST WARNING.
DISPATCHER IS ADVISED. WE HAVE BEEN WORKING THIS WAY FOR
YEARS, AND WHICH TO CONTINUE TO WORK AT THIS PACE. WE' THE
HOUSE OFFICERS WOULD LIKE TO DO OUR PATROLS EFFICIENTLY. ITS
IMPOSSIBLE IF MANAGEMENT IS FORCING US TO TAKE NOISE
COMPLAINTS REPORTS FOR UNFOUNDED CALLS OR STANDARD NOISE
COMPLAINTS. WE CANNOT FINISH OUR PATROLS, OR STAND POST IF
LOBBY AND PATROL OFFICERS IS CALLED TO ASSIST ON NOISE
COMPLAINT CALLS! FSD'S CAN'T BE IN LOWER LOBBY HOLDING POST.
IF FIRE COMMAND GOES OFF, FSD MUST RESPOND TO ALARM. NO ONE
IS IN LOBBY' TO COVER IT. THESE ARE BAD WORKING CONDITIONS. PAST
DIRECTORS HAS NEVER INSIST WE TAKE NOISE COMPLAINTS FULL
REPORTS. CURRENT D.O.S HAS US WORKING IN THESE DIFICULT
POSITIONS. FULL STAFF OR MINIMUL STAFF THIS IS DISRUPTING HOW
WE WORK AND WE DESPERATELY NEEDS FOR THIS TO STOP,
IMMEDIATELY.

4-26-11  Darlene  Smith

Updated
signatures
4-24-11

*URGENT*: Petition to have the UNION remove the current Upper Management at the Westin NY at Times Square. 270 West 43rd NY NY 10036. HR manager Daniel Brauer was reported to the Union and reported before a counsel that involved 2 Business Agents. 3 Delegates and HR Director, most recently. Daniel was exposed for 'HARASSING' I Joseph Johnson. Marriott Corp, was given the full details of incident. This is the same upper management that TERMINATED the late Calvin D. former member of the Stewarding dpt. This Upper management had NO MERCY on the worker and a week in a half after Calvin was fired; he DIED from the stress and agony of the decision this current upper management and Human Resources. The Union Presidents Local 6 and 153 is aware of on-going investigation of incident." Unfortunately" this cannot be delayed. HR Daniel was exposed for SABOTAGE of a Union worker; and I also reported to the Union RACE DISCRIMINATION because 3 white men was involved with sabotage thats managers. The Current GM was reported for running the Hotel in UNCONSTITUTIONAL manner. He cut Security staff to 3 and a mid-shift for 7 months. VIOLATION of Penal Law. Article 15. THIS UPPER MANAGEMENT TEAM IS CORRUPT & MUST BE CHANGED "(ASAP)" When they catch you doing wrong they take disciplinary actions; with NO MERCY. HR Daniel has been reported many times with no actions taken against him. FYI" a week and a half later, HR Director RETALIATED in behalf of Daniel on a BASELESS CLAIM and the HR Director was reported for HARASSMENT. THIS HR IS CORRUPT. PLEASE SIGN THE PETITION SO THE UNION CAN REQUEST; HOPEFULLY" A neutral, manager team. A majority of signatures will be needed from ALL union members and will immediately be sent to the UNION Presidents.

The UNION workers at The Westin NY at Times Square have agreed to sign Urgent Petition. We demand a New Upper management at the hotel "ASAP" we will not stand idle and allow a CORRUPT upper management run this facility, we are tired of being harassed and bullied by this current administration and demand a Neutral GM and Human resources team; Enough is a enough and the current team MUST LEAVE. Gathering the signatures, I discover many of the Union workers are Devastated by the current HR administration: for the most part Daniel and Estella, Obviously for the handling of the late Calvin D. from Stewarding dpt. I will give the detail list of the current Upper management; that just need to leave the facility ASAP.

Human Resources manager: Daniel Brauer; I personally demand his resignation from this hotel.

Human Resources Director: Miriam Ruiz, for that RETALIATION stunt she pulled.

Human Resource manager: Estella. Guilty by Association.

Hotel Manager; David B. Guilty by Association.

The General Manager Micheal V. For cutting the hotel security to 3 and a mid for 8 months. It's a VIOLATION of PENAL LAW 15. New York State and a violation of Company policy. The GM is running the Hotel in UNCONSTITUTIONAL manner putting everyone life at risk. 1st GM ever to CUT THE SECURITY STAFF for almost a whole year; the facility is in Mid-town Manhattan in the center of NYC, completely unacceptable operation. Mike is concerned about his pockets and not the operation; obviously, so he can take that joker smile to hell and away from the Union. It's the type of operation that cause the whole facility to be SHUTDOWN by the state, I will give the details.

1.

August 18, 2019

It was brought to the attention of the 3 to 11pm; Security dpt at role call. 1 of the am Room Attendants was a victim of ATTEMPTED ROBBERY at the hotel. Not surprisingly" the incident happened when the Hotel Security AM shift was [3 & a Mid-shift]. A NYPD police report was filed at the hotel & thank GOD the room attendant was not assaulted or sexually assaulted;

The Hotel have all accounts; of related incidents on file. Recently House Officer Edgar Paulino return to duty after being ASSAULTED on the job 1 year ago. Paulino called for back up and no one showed up to help him: I have argued and continue to argue; we don't use a real radio; we use out dated cell phones with a radio app: that cuts off every day all year around and the hotel is too cheap to purchase real radios. The Communication is a breach and yet to be fixed.

The Hotel have a report I put in there system regarding a drunk guest from the 21st floor that approach me as if he was ready to Strike me: I called back up; and NO ONE SHOWED UP. The GM instead of helping the security staff he cut the entire department to 3 and a mid basically for all of 2019. This is illegal, Unconstitutional, and a violation of State and federal regulations. He should be arrested by law enforcement; in my honest opinion for CORRUPTION.

Under this GM: I have been consistently harassed by his Human Resources team for doing my job, the Union have all accounts. Miriam stated Daniel launched investigation against me; I believe it was half of the Truth; I firmly believe it was the GM that was a major part of that vicious sting to have me wrongfully investigated both Micheal and the Hotel Manager, I strongly believe that.

2.

The expectations are Unconstitutional, and the way the hotel is currently run under this current administration. The GM told us in the last department hearing Marriott numbers was low, and he stated the Owners numbers was low; and that was the reason for cutting staff. My argument to the GM in-front of a counsel was; the hotel business at 270 West 43rd street is always busy, I also told him in front of the counsel this give the hotel right to break penal laws and regulations? Subpoena the Hotel for the Large amount of groups that been checking in this year. The GM made excuse to save him self plenty of money so he can personally keep it at the end of the year. The GM and his whole corrupt upper management; since the time they have arrived cut the operation, and goes from department to department watching over the workers like were in Rikers Island while they have created a very unsafe, and unconstitutional place of work. From drunk rewards members to Regiments of SECRET SHOPPERS reporting the union workers for no reason at all. Enough is Enough. It's time for change. ASAP"

The UNION has had it with this corruption running the facility. We demand a Neutral Upper Management, not Predators and Terrorist managers looking to devastate the workers as they continue to do. HR Daniel has been a personal terror to my life. My pressure rises with his presence around me and for what he has done HARASSING ME. He have no business being there, very THREATENED by him and that entire upper management. Pack of Criminals getting away with crimes. Calvin was thrown to the WOLVES and that brother DIED after his termination. This upper management is responsible for the Death of Calvin; the late Stewarding worker. A pack of soulless MONSTERS.

3.

In the matter of the UNION 153 and Local 6.

Collectively we have argued for years the managers not doing there jobs in the handling of matters. Generally at the hotel and the Union workers.

It's often Front Desk, Security, Bell-staff are often put in position to forced to stay because lack of staff or members on Vacation of VTO offered by managers.

Every year; HR works with the Union in regards to Banquet events for large groups. Every week Temp: banquet workers present BLUE CARD to security so they can report to HR for assignment. If Banquets have help and support for there events? Why have Security and other union groups don't receive the same support? It's because the damn managers are not making the effort, this must change ASAP.

Aside from Fire Safety Directors; the State as of 2020 has made it mandatory for all security to become FSD'S, that will happen in season. Managers FORCING workers to stay with out attempting a temp union worker for the staffs; thats got to change. Banquets have been doing this for years, Security have history of bringing in Temp-contractors especially around New Years even and some-times conventions. It's URGENT this is immediately negotiated; it will end the running to HR because Senior Union members want to vacate; but Upper management disputes. It's been going on far too long and that needs to end. The managers intentionally DONT mange. They are to manage these matters as they do with Banquets all year around sending temp workers with BLUE CARDS TO HUMAN RESOURCES.

4.

If Managers offer VTO; they also must provide a Temp on call union worker .

The manager have intentionally been using VTO as advantage to shorten staff. SUPRESSING workers then if something goes wrong; they shoot emails to the GM, then interrogated by HR. Time to end CORRUPT management. The New administration have to work with the UNION and not be ABUSIVE; as this current administration that's of no use to the Union.

Please Negotiate this to agreement for the Westin Ny at Times Square Union.

If an FSD is stuck due to lack of Fire Safety Directors; thats fine for know because the other security members have to become FSD'S . It will happen in season. The other House Officers and members forced to stay; that have to change.

Do a call around.

See if the Senior members want the OT.

If members refuse OT. Have a Temp- Union security House Officer on call 24/7

In the event there is no Temp Union security H/O to report or Contract security H/O.

Then least senior officer should be advised of being stuck: if all fails. This should be applied to Front Desk, the Bell-staff and the Union as a whole. My argument is Banquets Annually get Temp-services Every Year; A Blue Card to Security and they are sent to HR for work all the time. The other Union members are no different; we are all Union. If they get support the rest should too.

5.

In the Matter of Door Edgar Colon: it was brought to my attention. A Valet worker has been physically bullying him. He told me this was brought to HR and they have yet to resolve the matter; this is to be resolved IMMEDIATELY. No Violent or Hostile work environment for UNION workers; from the report given this has been going on for sometime and nothing is resolved yet. If an outside vendor so much attack or harass a union member; the subject is to be moved away from a UNION member ASAP.

In the Matter of X-Delegate Ralph Nunez. Being forced to punch in and being Late afterwards with Disciplinary actions taken which lead to him being SUSPENDED after being a DELEGATE. My question is; did the Director of Security do this regarding any other House Officer being late in the Security department. That should be the question asked. Or was Ralph just heavily perused intentionally? To my knowledge X-Delegates are supposed to be protected from managers looking for retaliation against former Delegates. It's Arbitration Case for Ralph N.

In the Matter of Stewarding X-Delegate Manuel; it was brought to my attention he was called to HR for a baseless  charge regarding schedule or something to that effect. I didn't get all the details but he grieves the managers made mistake and some how he is being made the victim, being called to Human Resources.

6.

I was also given account other Stewarding workers are consistently called to HR and wrongfully

harassed by HR. My understanding is they are not given proper assignments and being forced

to do jobs that is not theres; and if refused they are forced to see Human Resources. I believe

they have a job description; they are not suppose to work outside there job description.

The account is from the Stewarding Delegates; I ask in behalf of Union and Investigate the

cases against Stewarding Union members.


Marriott Intentionally sending: AGGRESIVE SECRET SHOPPERS:

If we are encountered by a hostile guest that angry or just looking to report a union worker

for zero reasons: a union worker should not be called for question for doing there job.

If it's a case were the union worker was doing there job. Its the job of a Neutral HR

manager to review a Secret Shoppers; complaint or a angry guest complaint for that matter..

Union workers should not be forced to full investigations for doing there jobs correctly & a

Neutral HR should be able to make fair judgement, without calling us to HR for every little

complaint. The complaints also apply to Hostile non-guest as well.


7.

Because Marriott have been EXTREMELY AGGRESSIVE with the Union workers from the start;

The Union DEMANDS a Business Agent watcher for The Westin Union workers Mon thru Fri;

A Business Agent thats randomly stops by too check up on the union members;

Marriott is very aggressive in how they enforcing there way of management; so we want an even playing field.

In the Matter: of Ralph Nunez; This is case for Arbitration in regards of Ralph Suspension after being voted out as Delegate; Ralph was consistently harassed by HR. Late 2016 he was called to HR on a Thursday. To see Daniel from HR in regards to time and attendance, Ralph was able to prove, that time and attendance rule prohibited write ups to be valid and the rule was ignored by HR Daniel so he can terminate Ralph.

Mr. Nunez also reports; HR Daniel that he could no longer work in tell he receive mental evaluation Ralph reports HR Daniel told him he could not ever report for work after evaluation. A business Agent immediately responded and had to tell HR Daniel he was in no position to make a decision like that and was allowed to work. This is HARASSMENT.

8.

I had account of Union worker being harassed in the Foundry Bar and Grill; the member grieved she was being harassed by another union member: I made it clear Union members are not to go against each other. But if she grieved a condition to the Bar manager Sean and it was later grieved to HR Daniel. Reported with no follow up; the Union members can no longer have managers that use members to cause harm other union members. The current administration is known for that. Moving forward it must be agreed with Upper management to do full follow ups with Union members that grieve any form of work harassment.

I ask that the Union Leaders hold all union meetings with the Union workers; in regards to work force violence and Hostile Work environment while at work.
Management take advantage of these type of situations and use it to cause DIVISION among the Union Members. Under a new administration; any reports of Harassment is to be taken care of with follow ups after initial claims or grievances.

The Union demands in writing if any manager is reported for Harassing a Union member; HR is to act on the condition if there is base to the claim. In other words if the grievance is true. Immediate action is required of HR to resolve the matter. Hostile and provoking managers are not allowed among union members. They are to be removed ASAP; no more hostile managers moving forward. Neutral managers that know how to manage.

9.

In the matter of the Hotel Security Union; local 153/local 6.

We need proper staff on all 3 shifts. Past practice is 5 per shift.

Even with a Mid-shift 3 and a mid is not enough house officers to keep the hotel secure.

It's going to have to be negotiated that Security department is given staff or they will have to

implement an additional Mid-shift. Its a past practice for Security to have Late Night mid-shift

The post was 8pm to 4am. Ori" use to work the shift many years ago, something needs to be

done about the Security staff at the Hotel. That's Mid-town Manhattan NYC, very busy.

Upper management grieves nonsense like no double posting; or units hanging outside the hotel,

or we're not patrolling. The Security managers have to SUPERVISE and do there job as well.

What is the point of having a HELP ALERT in the facility when you have only 1 House Officer

doing all the jobs after the mid shift officer is gone. It make no since.

This is what 3 and a mid-looks like in writing. 1 Dispatcher- 1 FSD- 1 Mid officer and 1 lobby

officer. When the mid-shift is off duty. Literally there is only 1 patrol officer. & the FSD is

ignorantly told to cover the lower lobby and not the Fire Command Station.

COMMUNICATION- The current devise is good for patrolling purposes; its is NOT a radio.

Security department needs a real radio: it is going to have to be negotiated as addition to

cell-phone with WI-FI application, that TURNS OFF RANDOMLY everyday.

10.

In the Matter of the Marriott Human Trafficking Image; that I have been protesting:

I demand the UNION Presidents have that M O C K E R Y removed from the facility.

It's been 400 years for so called African American were forced into this country as slaves.

It also applies to a great majority of Hispanics from the 14th Century forced into slavery the same as African Americans. I have grieved before business agents: I understand the message and stand with the message. The image is a show of H A T R E D, RACISM, and the taunting of a people thats been stripped of there identity. Marriott has greatly benefited from slavery the wealth they have is a benefit from what slaves help build in regards to America this very day. I Demand the Union Presidents have the IMAGE of the Human Trafficking poster removed; ASAP. From Cellar level and the 6th floor of the hotel.

The Union demands a fair work environment; this is a Union worker facility.

This post Mormon CULT management; the Union is against this, White Supremacy Aggression.

A little history on this Mormon Cult Organization over the Union. Mormons started in the 18th Century under Joseph Smith. In there Racist Mormon Bible: Two of there verses read.

In the book of Moses; 7:22.for the seed of Cain were black and had not place among them.

Nephi 5:21. A sore cursing as they were white, & exceedingly fair and delightsome, that they might not be enticing unto my people the Lord God did cause a skin of blackness to come upon them. It's very clear they reversed the curse from leprosy in there FALSE doctrine to black.

KJV 1611 of the Byzantine Empire: for Marriott to read; so-called blacks ruled during this period, known as the Dark-ages. Marriott. God never changed. Malachi 3:6. Revelation 22:19. Marriott"

11.

Marriott" I'm sure you are aware of the European Renaissance; basically it was rebirth of power Revelation 20:7. One Kingdom and fell and another rise; thats all that happened. In this case you have started a WAR with me" and the UNION at this facility. You have sent this OPPRESIVE company to the Union and have been serious aggressors to the union workers, thats not nice. The Union don't wont no apology from this administration; as requested on page 1; they all must go "ASAP" no forgiving that type of bullying and TYRANICAL management. We are Union workers and demand the respect and co-operation from a "New" neutral team. ZERO-TOLERANCE from provoking & harassing managers and especially from HR. Marriott; its very personal. The agenda of this current administration, is clearly to break the union.

In the matter of House Officer Darren Wilkerson: I ask that his suspension from a year ago is granted fair review; by an Arbitration Union judge. Darren was allegedly reported for not paying attention to the Camera when Paulino was assaulted in the upper lobby. He was fired, and it was turned into a suspension; from the account given, he never dispatched Paulino. The argument I present is Paulino was calling for back up and no one showed up. It's very disturbing management was NOT accountable, yet Darren was suspended and it remains on his file. The managers are never held accountable for there miscues; but if a union workers makes the slightest mistake we are immediately thrown to HR & they already have case ready for there final judgement, this is wrong and borderline ABUSIVE. It's the main reason why the UNION wants this hateful administration away from us; nothing fair or neutral about them; from the GM down to HR.

12.

In the Matter of House keeper Houseman Jose; he grieved that they wanted to write him up for incident; I forget the details but he told me he have never been written up and had to explain to them if he is given any thing in writing he would take it to arbitration, from what I was told it was a very petty matter. This current administration is ruthless and desperate for prey.

Over sight & Supervision: we need proper managing.
During Lunch breaks; a manager have right to stand in the Lobby.
A proper manager to over see the operation; House keeping and Front Desk have a plenty of managers; the Security dpt; fails in the area of Oversight, that needs to be fixed.
I'm still late punching out to go home every Thursday; when I'm Mid-shift. This is the case for most Mid-shift workers, after 730pm it goes into the area of stealing time.

In the matter of House Officers handling Lost and Found items; for House keeper dpt returns.
Past practice: that is Security manager or Supervisor job to handle. NOT union House Officers.
When Marriott took over; they have consistently been creating there own rules. The Union contract has Past Practice in the agreement; it will be the New administration job to have proper personnel in play. That is the job of Security managers not Union House Officers; PAST PRACTICE. Contract rule.

13.

In the matter of Lost and Found and perishable items mainly food products left snacks candy bars & etc. For over 15 years; the policy has always been to hold for a minimum period if the guest calls back for items. If the guest fails to call back, in most cases the items would be of use to the finder; we don't log in food. Historically we have never just throw it away. Marriott has started this new policy to throw away all consumables!!! Past Practice; we are Union; we have option to keep or consume these items. For 15 years this has never been a problem. We are UNION workers and we play by the UNION CONTRACT. We demand the past practice to stay as rule originally as it needs to be.

In the matter of Food Delivery's; its been over 15 years of House Officers calling guest down for food pick ups from lower lobby. Most recently the front office director Sean Lagala has sent a memo to the DOS and left it this memo in security with his wording of how we need to handle food delivery's. I want that memo shredded and out of the security department. The Front Desk director needs to mind his damn business keep his nose out of Security Union. He is not our boss, he is front desk, tell him to worry about the front desk, and check his managers for having House Officers do lock outs for non-registered guest. There many occasions when H/O deny access because non-registered guest are waiting by guest rooms. If front desk managers and Service express managers fail to alarm; union members dispatching jobs for lock outs and it's a non-registered guest; thats on the managers not the Union agents.

14.

In the matter of the Security Department Leadership;

The active DOS has at times acted in manner as a Director of Security: as of late a no show, and no help provided by the DOS, the single fact of 3 & a mid-shift for 8 months what out questioning the GM or Ownership is suspect and a disturbing revelation.

I have worked Convention Center security, and worked at Starwood properties in New Orleans, Houston TX, and New York City. Never in the history of this field; the security staff have been cut.

This is Mid-town Manhattan; the most busiest area of NYC. In 2019" this hotel has been exceptionally BUSY. It's a shame the security department has been put at an all time time low. I'm not saying the DOS should be removed from the facility; she is well learned in the facility and an excellent lead for fire drills. Has great knowledge of the Fire Command and handling of emergencies. Very qualified for being in the department; but not qualified to lead the team. Reality check: she was the same DOS that used Union members to do harm to me and used other union members to try & Sabotage my employment.

My case remains in the Appeals Court in Manhattan NYC; it's caused me 11k & in counting because of how SERVERLLY I was HARASSED, that happened & I don't give a damn what the initial Judge verdict was or the 6 Judges verdict was in the appeals was over a year ago Marriott. That really happened, and if I have to wait for the Lords Wrath and Judgement; I will wait for the Judgement day. I will wait and do my best; still a target it's a shame.

15.

In the matter of Checking keys while the Bar remains open: currently we are told too put the Security sign up at 10pm. The management has ordered us not to check till 11pm.

Guest still show keys and some guest don't and it creates CONFLICT.

I ask the Union to have management change putting the security sign out at 11pm which is past practice or have the sign put out after the Bar is closed.

It's to much conflict still with current set up; it's no good.

In the matter of IBERIA wake up calls: We need for the Union to negotiate the handling of this job. Iberia Airlines has been with the hotel for at least 6+ years. If there is a issue with the crew the Captain always stops by Security and check status of crew member.

Since Iberia get contract with hotel; all crew members say the phone don't work.

Or Crew members tell me all the time they have been called 3 or more times and some crew members even yell in frustration due to the times they have been called.

Yet" we are given these Wake up calls. This needs to negotiated and corrected.

Note: The hotel phones was recently updated and nothing has changed in that regard.

Security do NOT have proper man power to consistently take these jobs; we should be given WELL-NESS checks" if the Captain has concern with his crew. NOT wake up calls.

In many cases I call from the dispatcher phone and crew answer the phone.

16.

In the Matter of Union workers schedule change: for over 15 years in my time working; never has members schedules been altered and changed due to lack of Security; It's this current admin; that started this radical change. The DOS did not even give the workers 2 weeks notice in advance.

This goes back to the negotiations requested in pages 4 & 5.

To negate workers being forced to stay; and denials of Vacation picks; a Union temp-worker per Union needs to be in play & it's the managers job to take action as they due when handling temporary Banquets helpers for Conventions in the hotel; this must be negotiated.

It will end all the denied vacations and workers being forced to stay.

As stated in page 4. FSD being forced unfortunately is something we have to deal with for know as of 2020 all Guards in NYS must have FSD and it is a state mandate. Eventually members that's not FSD will be Fire Safety Directors.

It's important that this is negotiated because it will end the miscues managers have been making as of late, this way there will be no room for error. & the managers can't say they didn't know. Generally this will create a smoother & comfortable work environment for the UNION as a whole.

As stated in page 5: Do a general call around, see if senior members want the OT. If not see that the hotel have temp-union worker on call or stand by as they due for banquet helpers all year around. For each Union department it should be seasoned temp-union worker for what ever function needed; it's a new thing but the managers will have to adjust through out the hotel for the UNION members; this is the right thing for all members moving forward.

17.

The negotiation of temp-union workers for the Union will put end; to members offered 4 days denied a day in the middle; on many occasions workers have been put in this position due to failed management, then grant rest of VAC:This FORCE workers to call out in many cases.

Many of the security members grieve the managers fail to post schedules; the Union members are not to be left in limbo; the Union demands manager co-operation.

In the matter of 3 & mid shift through out the Security;

It's a compromise to the entire Building.

No one is safe;

It's UNCONSTITUTIONAL and a violation of State and city Law; Article 15.

In the 15 years I've been working we have never worked in these conditions.

The current GM initiated this way on the security Union; he is the 1st GM to ever do this. Un-safe.

As stated in page 10; whats the point of a HELP ALERT when you have 1 patrol officer;

This is ILLEGAL ACTIVICTY; and show of how greedy this GM is; the worse GM on the planet and his only concern is his pockets. The Union demands a new GM.

As stated on page 1; he is putting the workers, the guest, the convention clients, even the Security at risk because what he have started; UNCONSTITUTIONAL behavior.

That's Mid-town Manhattan & that part of NYC is always occupied and busy; no excuses.

The Hotel is always busy; so he decide to limit the entire Security department; makes no since.

18.

Marriott and there attacking of the Union with SECRET SHOPPERS; I was given account that a
doorman was given coach and counsel in writing! Because a shopper made a complain;
The Union worker stated he was asked about the incident almost 4 weeks later then disciplined
for the incident:
Moving forward these complaints should be handled with neutral judgment: I believe incidents
get up to a week to be reported. Incidents reported 3+ weeks after incident need to be dismissed.

It is the job of a Neutral HR management team to properly review all Shopper complaints with
neutral judgement; they can review these with out calling members to HR. The UNION
no longer wants this AGGRESSIVE & BULLYING style of management, it's completely
unacceptable.

As stated in page 1: We DEMAND the current administration leave ASAP; we have
had enough of them terrorizing the UNION workers. No Apologies excepted.

In the matter of the Late Calvin D. I understand the brother was a bit slow or even troubled; I was
given many accounts to what laid to the wrongful decision to throwing the brother to the WOLVES
and to his DEATH; this administration caused Calvin his life. If the brother needed help, why
didn't this administration help him; basically this admin is responsible for the death of Calvin &
DESTROYED his life and family. As I stated in earlier: this is a soul-less pack of monsters. An
eminent threat to my lively hood and the UNION MEMBERS. The gathering of all member
signatures is to make sure this administration leave us. "ASAP" Don't want peace with them.

19.

This request is very important and the UNION demand this change for the better of work. I understand the Owners part of the operation; and negotiations can take some time. But the UNION at the Westin NY at Times Sq; will NOT be HARASSED by any management. The managers job is to over see the operation generally and see things are done in decency & order. The UNION do not want any form of managers that will create (division) among the union and start conflict among members.

We want to do our jobs best we can and go home to our families; we understand the hotel is a place a business and we are to do our jobs in respected work positions.

The Property is UNION worker based; we DO NOT want any part of these Marriott computer courses they have been FORCING on union members: These classes are not Union base and VIOLATIONS of the contract. Even if we pass the course it BINDS the members to what they have learned, in other words if something goes wrong, Marriott will hold Union members accountable. I PROTEST the ones I have taken because they compromise, the union contract.

Marriott can push this agenda on the members only if it's in the area of members job description that's the only way those training can hold for a good cause; if Marriott cannot set it up in that manner the UNION say's NO, regards of these computer courses, because it is a breach of the union contract.

I don't plan to be at the hotel for next contract negotiations; but making sure the Union workers at this property is treated with dignity and Respect, it's a UNION house with union workers Marriott.

20.

In the Matter of Audio Video; they grieve over load of work and little staffing; workers are being forced to work rather than 2 to 10; the mangers are demanding work extra hours and not providing the proper staffing; if the A/V workers are provided with help from union-temp AV workers it negates the conflict with there Union department and the Union workers; it's to be negotiated. They Also grieve they are NOT allowed to the hotel holiday party; or All associate meetings; they work in the same facility as the rest of the Union members; that needs to change.

In the matter of House Officers delivering Keys for ROOM MOVES:
The Security Union; demands negotiated change; H/O are to deliver keys for Lock Outs.
If front desk: register a guest; and the guest that is already in house request a room move, that is a BELL-MAN job.  OR PAY H/Officers 3$ per ROOM MOVE.

House Officers do guest lock outs: check ID's or Passports/ safe jobs reports etc.
As Union workers: we are trying to work in decency and orderly manner;

In the Matter of Security standing the Outer Perimeter:
It is the House Officer JOB; to deter and detect; and be of service for doorman that often may call for security to help with irate Taxi drivers or private Suburban motorist that some-time challenge the doorman with verbal aggression. It's security job to be out there from time to time.

21.

In the matter of Secret Shoppers and non-guest that send complaints to Corporate:
The UNION demands negotiated PROTECTION; from shoppers and non-guest that send
complaints to Marriott. The Union NO LONGER wants to be called to HR for
baseless complaints.

EXAMPLE; If a shopper walks by and says a union worker is not smiling; or his name
tag is tilted slightly; we should NOT be called to HR for such pettiness.

The only time a Union worker should be called to HR if there is a legitimate breach of policy
or the union contract.

I personally was questioned on multiple occasions for DOING MY JOB; the union wants an
end to these questioning by Marriott management; WE ARE UNION.
Not Marriott Marquis; were workers could be fired for non-sense. Non-Union property.
If a shopper is angry or a guest is angry and having a bad day and takes there frustration out
against a union member; that's too bad. If a member is doing there job, theres no foul play.

Shoppers LIE and non-guest cry and moan because security is just doing there job asking
tress-passers to leave the hotel. Foul-play is when HR calls members is for questioning
literally for DOING THERE JOB; this is to end. Moving forward upper management job
is to review these complaint in Neutral manner. No more harassment by HR and managers.

22.

Concluding this the UNION wants a fair work environment: moving forward we want managers that will do there respective jobs through out the facility and work in decency and order among the union members; no more DIVISONS created by corrupt managers.

The Union will do our best and work & expect the changes requested in fair Negotiations. The hotel is past due for this much needed change to create a more comfortable work environment for the union members.

In these doings; the hotel managers can't make any more excuses; there job is to manage and prepare for Scheduling for departments. Proper planning of Vacations for the members in fairness: Human resources can't deny TEMP banquet workers don't assist Banquets for convention events at the hotel; Banquet catering is UNION the same as the rest of the union-temp members. If they receive (union-temp support) the rest of the union needs the same support going forward. Especially the Security department; security is a 1st priority.

As stated in page 10; something needs to be done regarding the Security staff; 3 & a mid is NOT past practice: this current admin, started this UNCONSTITUTIONAL way that is not safe. It was a perpetual agenda started by the managers to offer VTO's to the members and {suppress} members then force members to stay due to call outs and switching. The temp union worker for all the departments must be negotiated. The changing of schedules was the GM agenda; no other GM in the hotel history did such acts. As stated in page 1. The GM & his upper management team listed must leave the hotel ASAP; that's a CORRUPT group.

23.

In the matter of Security and Clients protection.

Unattended luggage bags; members have right to call security for luggage items unattended & have option to call NYPD.

In the matter of {guest lockouts} it's to be negotiated the security dispatch computer have galaxy installed or some type of log on: so the members can know who is registered to the rooms & it will avoid non-register lockout calls, from front desk or service express.

In the matter of HELP-ALERT test; as of late we are called for help alert calls from Housekeeping managers when they do test; the computer will say for example room 0000 on arrival to the floor the room attendant want be in the room & it will be the floor above or below & I have called housekeeping on numerous occasions telling the room; its Malfunction that needs to be fixed.

In the matter of Stewarding dpt; The Delegate from Stewarding states from the month of August to early September.

The Stewarding manager have been forcing Bar Backs to pick up all glasses and deliver them to the 6th floor; in 2006 the Stewarding Union won BACK PAY for same incident; because the manager was forcing Bar Back to do Stewards job. I ask the Union to further the investigation; if this is TRUE: the entire Stewarding Union is due for BACK PAY for the month of August. More proof the managers are doing what they want to do & not support the UNION. The account was given by the Stewards delegate.

24.

In the matter of the Security Union BACK PAY 2019 & Renovations 2020.

The argument was presented to the business agent that Engineering Director Dave Zito had his staff escort contractors; into guest rooms act as H/O and have {updated CMD'S} installed in some of the guest rooms. That's security job. I already asked the UNION business agent SUBPEOPNA the hotel for jobs set up by the Engineering director David Zito.

The Security department UNION is due for that BACK PAY: That corrupt Upper management when 3 & a mid shift was implemented; I believe the initial report was sent in April or May of this year. The Delegates was informed to get a paper trail; the accounts was given by the H/Officer's patrolling the floors. David Z. have the paper trail.

I've been working there 15yrs; the security UNION have ALWAYS been given the OVERTIME 1st In regards to any (renovations in the hotel). The Future renovations that approaching for 2020.

The Security Union DEMANDS that the department over-time is posted and offered to Security 1st

The H/Officers would access rooms for contractors.

Stand Post on the Contractor floor.

Access rooms for Window service.

Access rooms for Cable wire installation.

Access rooms for Mirror installations.

Stand guard for guest rooms; for Carbon Monoxide wall installations.

PAST PRACTICE; the Security Union historically is offered O.T. 1st for all renovation and contractor guest room access not Engineering workers; acting in the behalf of security.

25.

In the matter of the UNION workers local 6 & local 153; regarding potential cutting of staff going into 2020 Renovations.

The UNION ask that Upper management handle this matter in fairness of the union members; we are very aware of conditions this will lead regarding the workers; as requested in previous pages our hope is that the members are not (suppressed) and forced into uncomfortable work conditions.

Union members affected more than likely; list includes.

Housekeeping.

Refreshment Center.

In-room dining.

Front Desk.

Security.

Bell-staff.

Door-men.

Engineering.

Moving forward we want negotiated that Marriott will agree to a fair work environment and they must agree to the terms moving forward with the UNION at The Westin NY Times Sq; no more (aggressive management) and no more managers creating (divisions) among the union members.

26.

To the UNION Presidents and it's Leadership; the Union members at the Westin NY at Times Square believe you will follow up and in act the changes, and the negotiations requested ASAP" that (trash) running it currently; MUST GO ASAP; we don't won't them fired or terminated, they need to get the hell away from us; immediately' and good writ tens on there exit.

For my own records I will keep a copy of these records for myself; I have NOT filed a motion with the Appeals Court in downtown NYC yet: because I want to see how the UNION will handle the request demanded by the UNION members. I didn't lie about being HARASSED then nor am I lying know. At least I have a huge body of supporters to aid me for once; it's the 1st time the UNION has gathered as 1 collective to combat this evil and aggressive management, laid by way of Marriott. It's an URGENT and much needed change for the members.

As I stated previous; I do NOT plan on being at that hotel around negotiations; my job is to help the UNION members and protect my self from (hostile hotel managers). Marriott lied about there whole agenda from the beginning. The word (devil) simply means to deceive; that is what Marriott have been to the UNION members and myself and they are the worse manager firm to inherit the union members with that much aggression and abuse to us. I have no problem warning Marriott; the so-called black man" aka the negro; is still considered 3 fifths of a human in the United States of America till this day in the Constitution. It does not mean a court judgement cannot be reversed. That's a huge file in Human Resources showing HR manager HARASSMENT. Absolutely a perfect addition to the Appendix that needs a fix & would be more than happy to add to the file and motion; for know I have decided NOT to file" for know Marriott.

27.

Marriott" the UNION will NOT be HARASSED; by provoking aggressive managers moving forward. The Union members are NOT having that. Marriott" and I will not be Harassed by your managers moving forward. I'm doing my job best I can and will continue to do so; I could care-less of your RACIST MORMON doctrine; and your oppressive way of management. If we we're not union; the entire staff would have been contracted out" which is your agenda anyway.

The UNION members will do there best & I will continue as long as I am there; hopefully I will be out soon and never return to hotel work God willing; I'm making the necessary moves to exit the industry. In season; I'm praying I'm delivered from this form of work.

Marriott" 1st impressions are everlasting; and your encore with dealing with UNION workers; is a TRAGEDY to the union members and I will never approve of you and the mockery you have post among us at this property.

The Westin New York at Times Square is a UNION-HOUSE and we the (union) demand the respect and proper work environment beginning with a New; neutral upper-management as requested.

28.

In the matter of Security dpt Union; DISPATCH post & Supervision:

Currently it is a circus ring: the Head of the Department has failed for years in regards to managing the House Officer. I have argued for many years and told the current DOS in many role calls it is not a Dispatcher job to Supervise other Union members.

Examples; Who is covering the Lower Lobby?

Where is the FSD?

Why there is no one in the lobby?

WE ARE UNION MEMBERS: it is the Security managers job to do there own Over-sight, not union members. It is a very bad practice under this current Director of Security and ALL of the security managers; said it over and over" the managers DON'T MANAGE, they leave us to one another; As managers they have right to stand in the lobby's and walk around; they are Security.

If it's Upper management intent; to have Union-members watch over one another! The Dispatch Post URGENTLY needs to be negotiated as {Supervisor} post. Each member working post is to receive additional 3USD dollars weekly per pay week when post Dispatch.

Or have Upper management bring specifically a Manager Supervisor for security department.

It's very ANNOYING when so-called managers are asking union members where is another H/O position and they are hired to do over-sight and supervise us; which they fail to do Annually.

The current DOS is great for training in Emergency's the Fire Command Center, & Fire Drills.

She is NOT qualified to lead the Security Union-members; she is NOT leading we have been compromised as of late with this 3 & a mid which failed to avert; were in Mid-town Manhattan.

In the matter of the Stewarding UNION members {backpay}

It was recently brought to my attention from there Delegates that HR Daniel created his own

negotiations; changing jobs from Bar back form foundry Bar and Grill to deliver dishes to

6th floor Stewarding to the Stewards washers; as stated earlier on page 24: a case was made

for the members in Stewards because management in 2006 VIOLATED the UNION CONTRACT.

The Stewarding Delegate stated it is Bar back job moving forward; the agreement was signed

by Business Agent Hazel H. from the account received by the Stewards delegate. HR Daniel

has no regards for the PAST PRACTICE rule in the Union contract.

Stewarding entire staff is due for BACK PAY; please negotiate the members back pay moving

forward.

If possible we would like for the Union President Peter Ward, Chris C, the entire Union leadership

to stop by and pay Human Resources a nice visit and let them know we are UNION and we stand

on the CONTRACT and not Daniel's phony rule and aggressiveness. As stated on page 1: we want

him out the building ASAP" it will just look better if the UNION administration stop by for a

quick visit and tell Daniel his days are numbered, & the rest listed on page 1.

Joseph Johnson

Jose' Taveras

Darin Wilkerson

Ralph Nunez

Pat Kelly

KARL James

Ferdinand U.

Emmanuel Césaire

M. Ahmed

MOHAMMED J. HOGUE

Sam AISTON

Pedro Vargas

John Hymm

Georg Lel

Rocio Velandia
Toni Vote.

M.V. Van Hooe

Fernando Soler

Sebastian Diate

Christopher W. Flecha
Christopher W. Flecha

L. CASANESE 8-25-2019.

Sammy chan

PG 3.

(Ricky Ferrao)

SHANKAR - TShatta

Joseph Johnson

Jose' Taveras

Darin Wilkerson

Ralph Nunez

Pat Kelly

Ferdinand le

Kudi

Emmanuel Césaire

m. Ahmed

KARL James

MOHAMMED   J. HOGUE

Sam AISTON

Pedro Vargas

John Mymir

# CONFIDENTIALITY FILE

File contains Associate statements: sent to Human Resources: this is **not** the complete File: this is a generated file:

SUBPEONA: The Westin Ny at Times Square for Completed file: Evidence of on-going harassment from The initial Court date in 2015 to 2022.

Exempt C19yr: Lockdown year: slow business due to Pandemic; globally.

41 CFR & 60-20.8 Harassment/Hostile W. Environment.

Joseph Johnson

151 Country Club Ln

Pomona NY 10970

201-240-0134

Attn: Union Business Agent and Hotel

Management; GM/HR Director:

The Westin NY at Times Square

New York NY 10036. 212-201-2700


The Vaccination Work place copy is from NYC: this's rule' Mark Collins: could have Emailed me this

alleged document saying I have to test 2 times; in a 5 day work period. I was briefed by HR director.

I was not told I had to take 2 test in a 5 day work period and a Delegate was present; I was told weekly

test according to the Mandate: and the HR Director was detailed about the Private Sector still under

mandate according to NYC Mayor past and present: I did not object; I agreed to take weekly test.

Friday past prior; to returning back to work: It was Mark Collins that called my cell phone and

tells me I have to take 2 test Sunday and Wednesday. I sent a PDF Vaccination Workplace

Religious Exemption accommodation; that from NYC Mayor mandate this Mandate Law:

I contended with Mark as fair as I could: but I told Mark in the text: It's not written in the PDF.

Mark Collins did not call nor did he send at least a letter; he didn't leave no pass on for HR Director

He left a message for the DOS; leaving no clarification: Cheryl was very professional and she was

doing her job. It's been 6 days and Mark Collins never came through with this alleged document and

tried to pass the buck to the DOS! 2 TEST in a 5 DAY work period is HARASSMENT on all levels

there is NO RESPECT in having Religious exemption if Marriott is FORCING 2 test in 5 days work

but the PDF does not say so" and Mark Collins is clearly showing a BIAS and I have personal

problem with this Behavior from Mark Collins.

1.

Is Mark Collins saying the NYC PDF is invalid? It's literally the rule according to MANDATE

on Private Sector businesses: This is a RACIST CRUEL BIAS directed at me personally

I agree to test weekly according to whats on the PDF that was sent  to his cell phone:

I see were he is going; Marriott and Mark Collins see me as a heath concern or health condition.

So BULLYING IS THE STRATEGY.

THIS IS EXTREME BULLYING DIRECTED AT ME AND the RELIGIOUS EXEMPTION

Again it's not in the PDF; Its clearly says (weekly PCR testing for covid19).

No were on that document; it says take 2 test in a 5 day work period.

Common sense; if I was getting paid every 2 weeks; it would be fair to TEST once a week.

I told him in the text fair and BALANCED for exempt workers; NOTHING FAIR ABOUT THIS.

100% HARASSMENT AND RACISM; that's what this is; and it's 100% BULLYING of a person

of color. THIS IS SLAVE TREATMENT: IT'S VERY UNCOMFORTABLE JUST taking 1 test

were is this 2nd rule coming from; I agreed to test; I didn't object.

I Object to taking 2 test and only working 5 days; that makes no since; HARASSMENT 100%

It's HARASSMENT coming from Mark Collins and Marriott Corporate; and this is very obvious.

On Record Marriott is a MORMON Organization and they hate people of color;

Its proven in there Book of the Mormon; in the of Book Alma 3:6-9.

Mark Collins was pretending when helping with FMLA condition; that's evident with this

stunning revelation that he and Marriott Corp is BULLYING me into taking 2 test while

working only 5 days; very OBVIOUS BECAUSE I'M A SO CALLED COLORED MAN;

Obviously this is what this is about; not religious exemption. There own rules" I see.

2.

Since Marriott is being RACIST AND BULLY'S while the PDF says weekly PCR test; and

there obviously adding there spin to it. Marriott Corporate: I demand a new H/R assistant

and not Mark Collins; he pretended and likely wishes me dead and my whole family.

I'm greatly disappointed with his actions regarding this and I'm no longer comfortable with

him at The Westin NY at Times Square as HR director; conscious-less and pushing this high

level demands; I believe in God and not men or sick scientist that robbed the poor of

trillions; Marriott Corporate is not being considerate nor is Mark Collins.

I agree to test weekly; every Sunday. It's only 5 days. Not 2 weeks of work.

If I was European I would not get this type of treatment; this is because I am a so-called

black person; so-called because my skin is brown; I'm not the color of my hair.

I have greatly been offended and demand Mark Collins EXIT off the property; since he

INTENTIONALLY IGNORED PDF NYC MANDATE RULE; AND DIS-RESPECT ME

LIKE THAT- MARRIOTT IS A DISGRACE AND THEY HATE SO CALLED PEOPLE

OF COLOR: THERE MORMON RELIGION SUPPORTS THAT.

BULLYING IS UNLAWFUL.

HARASSMENT IS UNLAWFUL.



To add insult to injury I'm a harassment victim already at this hotel and Marriott INTENTIONALLY

adding to the infliction; according to the Law I will do what; I need to do since Marriott is showing

BULLYING TACTICS; No corporation is exempt from Righteous Judgement; especially a racist 1

with racist white supremacist like Mark Collins; I want him out of the facility ASAP; the hell with

his apology; he can take that fake act elsewhere. UNLAWFUL BULLYING of a man of color;

what do you think I wasn't going to respond; it's going were it belongs.

This can go either way; ARBITRATION or an addition of whats already in the NYC

Supreme Court, Federal Court and the Appellate Court;  for already being of color

and being HARASSED AT THE WESTIN NY AT TIMES SQUARE; perfect addition

I've warned about this condition in the past and to INSULT ME; THE RELIGIOUS

EXEMPTION and demand two PCR test; which is (not) in the PDF that was given to

HR Mark Collins; this idea of 2 test in 1 week in un-president and stunning revelation out

of Marriott Corporate. THIS IS HARASSMENT and good entertainment for Marriott.

NOT GOING TO LET THIS FACILITY HARASS ME ANY MORE;

IT'S GOING WERE IT NEEDS TO GO.

I'M OBJECTING WHAT WILL BE PRESENTED BECAUSE THE ;PDF IS PLAIN in

the text; no way I'm going to believe whats presented.

Will be met with force much legal force; I wan't Mark Collins out of my sight and away from

the facility; a threat to my well being and my job; look at the treatment regarding the test.

 UNCONSTITUTIONAL TO THE LETTER: I WORK 5 DAYS.

HOW IT LOOK FOR HIM AND MARRIOTT TO ASK ME TO TEST ON WEDNESDAY; I

JUST TESTED 72HRS AGO.

HARASSMENT IS UNLAWFUL;  AND MARRIOTT CORPORATE PUSHING THIS;

If I agree to test every Sunday and already have; you can't accuse me of being insubordinate:

I intend to test as it's written according to Vaccinate NYC Mandate PDF; not in violation if I test

weekly. MARRIOTT IS IN VIOLATION; BEING BULLYS TO THE EMPLOYEE:

UNLAWFUL ACTIVITY FROM MARRIOTT CORPORATE; to a person of color.

4.

HARASSMENT: BY THE WESTIN NY AT TIMES SQ: UPPER MANAGEMENT

Regarding May 1 thru the 4th: D.O.S. Reports to the GM and HR regarding Vacation

Picks for Security department. Upper Management was aware I was on FMLA and

Already posted days before January 15 DEADLINE: They were in it together:

Choose not to grant me those days:

This is HARASSMENT from Upper management to a UNION member:

*BREACH of CONTRACT.*

_____
_____
_____

Attached is a copy of a letter that was given to management: dated 03/30/2022.

Of course I was out on FMLA for 2 months:

I submitted my vacation picks before: I left NYC to deal with family matter in Texas. FMLA:

According to Seniority I am: more senior than Carl Jenkins. He was granted May 1 thru 4th.

Management: DENIED me these days.

I submitted before January 15, 2022 Deadline:

With generosity' I gave management a letter in detail and made it clear there was no over-sight

regarding my Vacation days: DOS texted me on Friday March 04, 2022: regarding vacation picks.

I was called to the DOS office: at the end of March or early April with a Delegate:

Management only granted me the 20th of April 2022:

I returned to work in March 2022: DOS alleged I told her or I was OK with Carl Jenkins could have

those days: She posted him already having the days: I requested in advanced. I never agreed to her

vacation post: she told me take the case to HR: keep in mind I'm more SENIOR than Carl and posted

days before him. I was denied: seniority is a union rule and vacation rule that is attached.

HI" CHERYL" MY APOLOGY FOR NOT FOLLOWING UP AFTER: RETURNING FROM (FMLA) I WAS SUPPOSE TO GO OVER VACATION Picks & REVIEW. WE NEVER HAD CHANCE TO DO OVERSIGHT.

AFTER FURTHER REVIEW:

I REQUESTED APRIL 20, 2022 & 21st : RIGHTFULLY DENIED 21st Do to Seniority: APRIL 20th Should be granted FOR PASS-OVER CLOSING DUE to (Seniority)

MAY 1st 2022 thru MAY 6, 2022 DENIED MAY 5 & 6 RIGHTFULLY DUE TO (SENIORITY) OFF-DAY.

CARL JENKINS WAS GRANTED: I POSTED AHEAD OF JAN/15/2022 DEADLINE He's LESS SENIOR THAN I DUE TO SENIORITY I SHOULD HAVE AT LEAST MAY 1st 2022 thru the 4th of MAY OFF.

I'm asking that I can have May 3 and 4th OFF and management post O.T. due to the Seniority Rule:

If I cant have May 3rd I'm at least requesting May 4th off: chiefly because management has error

Management intentionally denied me these days: reasons unknown.

Please Call: The Westin NY at Times Square Human Resources:

212-201-2700

Human Resources: EXT: 2742. GM: EXT: 2742.

IF POSSIBLE! I WANT OFF FOR MONDAY AS WELL
"05/02/2022: UPPER MANAGEMENT INTENTIONALLY
DENY THE DAYS. BREACH of UNION CONTRACT. ⑪

Westin
At
Times Square

*Leave Entitlement Request Form*

| Employee ID | SSN | Badge Number | Date of Request 12/19/2021 |
|---|---|---|---|

**Personal Data**

| Name  Joseph Johnson | Position  Hora Officer |
|---|---|

Company Code / Personnel Area

1) MoRe Senior than Carl J.

| Employee Group | |

WESTIN
HOTELS & RESORTS

I Request MAY 1, 2022
THRU MAY (4) 2022

| Orig Hire Date | Starwood Hire Date | Benefits Adj |
|---|---|---|

**Leave Entitlements / Absences**

MADE REQUEST IN 1st
Pick GIVEN BEFORE 1/15/2022

Leave Type

| ☐ PTO (01) | ☐ Vacation (02) |
| ☐ Holiday | ☐ Personal |
| ☐ Jury Duty | ☐ Bereavement |
| ☐ PTO - Payout | ☐ Vacation - Payout |

Reason

Dates of Requested Time Off  ** IF USING A HOLIDA

MAY 1. 2022   thru MAY 6, 2022

| Type  05 PTO Vacation | Hours Available | Hours Requested | Hours Remaining |
|---|---|---|---|
| Type  06 PTO Hol/Sick | Hours Available | Hours Requested | Hours Remaining |
| Type | Hours Available | Hours Requested | Hours Remaining |

Request to "pre-issue" PTO/Vacation check    ☐ Yes    ☐ No

Pay period for which check is to be processed

**Additional Comments and Remarks**

Denied C. Joey

**Signatures**

All requests for time off must be pre-approved by the employee's department manager prior to the absence and submitted to Human Resources. Vacations and Paid Time Off will be granted according to the hotel's operational needs. Documentation may be required.

| Employee Name  Joseph Joh | Signature | Date  12/18/2021 |
|---|---|---|
| Manager Name | Signature | Date |
| Human Resources Name | Signature | Date |

Form P16.01

Yeshiva NY @ James Square

# Memo

**To:**            Security Staff

**From:**          Cheryl Dancy

**Date:**          April 25, 2022

**Subject:**       Shift Coverage

---

**Sunday**              May 1, 2022              2300 X 0730

1._____    2._____    3._____

**Monday**              May 2, 2022              2300 X 0730

1._____    2._____    3._____

**Tuesday**             May 3, 2022              2300 X 0730

1._____    2._____    3._____

**Wednesday**           May 4, 2022              1500 X 2330

1._____    2._____    3._____

THE WESTIN
NEW YORK
AT TIMES SQUARE

THE WESTIN NEW YORK
AT TIMES SQUARE

270 WEST 43RD STREET
NEW YORK, NEW YORK 10036
UNITED STATES

T  212-201-2700
F  212-201-2799

westinny.com

Hello,

As we look forward to the New Year, it is time to begin planning for your 2019 vacation; a time when you can relax and unwind.

The following is the timeline for vacation submissions:

**1st Deadline for submission:   Tuesday, January 15, 2019:**

Vacations submitted during this time period will be approved / denied **no later than January 29, 2019** based on seniority and the number of team members by classification as established by the hotel who may take vacation in each week of 2019.

**2nd Deadline for submission:  Wednesday, May 1, 2019:**

Vacation submitted during this time period will be approved / denied **no later than May 15, 2019** based on seniority and the number of team members by classification by the hotel who may take vacation in each week of 2019.

**After the May 1st deadline, all requests for vacation will be approved / denied based on availability and first come, first serve basis.**

The following are some helpful hints to make this process smooth as well as give you a better chance to receive your choices:

1. Give 3 requests per form for dates of vacation (1st choice, 2nd choice, 3rd choice).
2. If you are going to split your vacation into separate weeks the requests **MUST** be submitted on separate forms.
3. Please complete the form completely and accurately – print your name, check off if you want vacation paid in advance.
4. Make sure you get your request form in by the due dates.
5. Remember – the initial submission is only a request. You will receive a copy of your form returned to you that will have the approved or denied stamp.

You are entitled to the following vacation if you have worked with the Company:

- One year but less than two years  =  1 week (5 days)
- Two years but less than five years  =  2 weeks (10 days)
- Five years but less than seven  =  12 days
- Seven years but less than fifteen  =  3 weeks (15 days)
- Fifteen years but less than twenty  =  4 weeks (20 days)
- Twenty or more years  =  5 weeks (25 days)

**VERY IMPORTANT: Do not make travel plans unless you receive written approval of your vacation requests.**

| Employee ID | SSN | Badge Number | Date of Request |
| --- | --- | --- | --- |
| | | | 12/19/2021 |

**Personal Data**

Name: Joseph Johnson    Position: Horse Officer

Company Code · Personnel Area

Employee Group

① More Senior than Carl J.

Orig Hire Date | Starwood Hire Date | Benefits Adj

WESTIN
HOTELS & RESORTS

**Leave Entitlements / Absences**

Leave Type

☐ PTO (01)      ☐ Vacation (02)
☐ Holiday       ☐ Personal
☐ Jury Duty     ☐ Bereavement
☐ PTO - Payout  ☐ Vacation - Payout

Reason

I Request MAY 1, 2022
THRU MAY ④ 2022

MADE REQUEST IN 1st
PICK GIVEN BEFORE 1/15/2022

Dates of Requested Time Off ** IF USING A HOLIDA

MAY 1. 2022   thru MAY 6, 2022

| Type 05 PTO Vacation | Hours Available | Hours Requested | Hours Remaining |
| --- | --- | --- | --- |
| Type 06 PTO Hol/Sick | Hours Available | Hours Requested | Hours Remaining |
| Type | Hours Available | Hours Requested | Hours Remaining |

Request for "pre-issue" PTO Vacation check   ☐ Yes   ☐ No

Pay period for which check is to be processed

**Additional Comments and Remarks**

Denied C. Daly

**Signatures**

All requests for time off must be pre-approved by the employee's department manager prior to the absence and submitted to Human Resources. Vacations and Paid Time Off will be granted according to the hotel's operational needs. Documentation may be required.

| Employee Name Joseph John | Signature | Date 12/19/2021 |
| --- | --- | --- |
| Manager Name | Signature | Date |
| Human Resources Name | Signature | Date |

Form P16.01                          Human Resources—July 2017

ON GOING HARASSMENT- UNCONSTITUTIONAL WORK CONDITION.

Monday; May 2, 2022.

After calling out on May 1, 2022: I Grieved with the union business agent regarding
Vacation remaining days. May 2nd thru May 4th.

Marriott upper management only agreed: to give me Monday and Tuesday off: the business
Agents never followed up: I'm the most senior regarding Vacation days that was posted and
The union did not follow-up as they were suppose too leaving a compromise to my days off:

D.O.S.' Intentionally denied my days: compromised my off period due to her on going
Unconstitutional way of management and upper management: upper management covered
For D.O.S. INTENTIONALLY posting me scheduled to work and know they only grant me
2 days after I called out for Feast Day. Union did not follow up: This is Harassment and an
On-going un-constitutional work environment: Marriott upper management was given
Before January 15, 2022 to set up temp workers: to make up for members taking vacation
Based on Seniority: Unconstitutional management by Marriott they are responsible need to
be held accountable: they are NOT doing there job. Unconstitutional work environment.

## MAY

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| 1<br>Carl J.<br>May Day<br>Labor Day (Mexico) | 2<br>Carl J.<br>(Eid al Fitr<br>begins at sundown) | 3<br>Carl J. | 4<br>Carl J. | 5<br>National Day of Prayer<br>Battle of Puebla Day<br>(Mexico) | 6 | 7 |
| 8<br>Mother's Day | 9<br>Carl J. | 10<br>Carl J.<br>Mother's Day (Mexico) | 11<br>Carl J. | 12<br>Sal B. | 13 | 14 |
| 15 | 16<br>Full Moon | 17 | 18 | 19 | 20 | 21<br>Armed Forces Day |
| 22 | 23<br>Victoria Day (Canada) | 24 | 25 | 26 | 27 | 28 |
| 29 | 30<br>Memorial Day | 31 | | | | |

## AUGUST

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |

# URGENT LETTER TO HR & GM.

House Officer

Joseph Johnson

270 West 43rd St.

New York NY

10036.

THURSDAY' JUNE 23RD 2022: Hearing held in GM Office with Delegate present:

That evening before leaving: DOS HARASS me" over report for broken lamp top:

Question me over 3 photo's sent in THREATENING manner with training manager.

I explain to her I sent 3 photos because I didn't know how to attach pics to MS-Shift

Nor have (DOS) TRAINED staff in this regard.

THURSDAY: Approach was NOT caused for' there was no reason for that: attached is Associate

statement: to support argument: {DOS} approach was RETALIATION act: over a small report

& 3 photo's? It made no since. I gave the GM copy of **U.S.C Article 1607.11 Disparate Treatment**:

THIS IS ILLEGAL: & the {DOS} have been managing in this vibration. Current Investigation of

ABANDONED FIRE COMMAND POST: She can't violate law: recently had worker terminated

for **wrongful entry of room allegedly**: if that was fair and just: the FSD that abandon the facility

can't get a pass: it's a VIOLATION of LAW and would be Disparate Treatment allowed by

management. This would be grounds for EEOC Disparate treatment Law-Suit: too many witnesses

within the security department grieve this condition.

THURSDAY: DOS: **SABOTAGE ATTEMPT OF EMPLOYMENT** WHILE IN DISPATCH:

She passed by dispatched and inquire Van that was in loading: she accuse me of letting van in

question items on loading dock & tells me not too let them go: It was Morgan that let them on

Loading Dock: It wasn't me: she THREATEN my job with Sabotage attempt: it's attached on

Associate Statement. HARASSED on {2}occasions: DOS needs to be held accountable.

1.

**I'll attach NYC Appellate Court document:** the DOS continue to move in negative Vibration:

**She is RUDE.**

**UNPROFESSIONAL** in speech and approach.

**ZERO MORAL**    or Principals.

**10 Years of Disparate Treatment and Favoritism. VIOLATION OF LAW**

On all Memo's she fails to have meetings are tell officers in advance.

Check the **confidentially file** check the accounts of HARASSMENTS claims against her; most recent THURSDAY June 23, 2022: GM has access or can at least review this file: I was unable to get this file & will inquire a **Employment Lawyer** to get this file in my behalf.

**Supreme Court case: Index no: 10034/15. Appellate 1st Department:**

I Appeal; because condition only worsened under; current (DOS).

She is THREAT to my work and Job.

HYPERTENSION; is a curse " Biblically ": it's not listed in there literally: read Deuteronomy 28:15-68 end-less curses on the children of the diaspora till deliverance day: Ezekiel 20:34-38. Luke 1:68-71.

She is not fit for Director of Security: DEMOTE HER: to Security Secretary: and lead LSFD: give her New title: after all" she is seasoned on key making and lock interrogations, fire drills etc.

I'm tired of her HARASSING ME for no damn reason: give her a new title and try to make work place less hostile. I have hypertension: If pressure immediately rises: I can die instantly: it's a curse and punishment from **TMH;** I'm off spring of diaspora" **3rd Generation Slave descendant:** Num:14:18. Exodus 34:7.

2.

THE WESTIN NEW YORK
AT TIMES SQUARE

**Associate Statement**

Date: THUR. JUN 23/22

Associate Name: Joseph Johnson

HARASSMENT

Department: SECURITY MGNT          Department Manager: _____

Subject: D.O.S. HARASSMENT

Statement: 6 PM OR AROUND THAT TIME: I BREAK
T. MORGAN: AFTER MORGAN GO FOR MEAL
DANCY CHECKS ME FOR VAN THAT WAS ON
LOADING DOCK:

MORGAN DID (NOT) BRIEF ME. I TOLD DOS
IT WAS PROBABLY WITH (GMS) PRIDE GROUP
SHE SAYS NOT TO LET THEM LEAVE. I WAS'NT
WORKING DISPATCH AT THE TIME: IT WAS
MORGAN

AROUND 10 MINUTES AFTER 7PM: SHE HARASSESS
ME ABOUT A COMPLETED (REPORT) Regard
(ING) DAMAGED LAMP. I SENT HER (3) IMAGES
I PUT THAT IN THE REPORT: IF YOU CHECK "
: LAST WEEK REPORT: SHE TOLD ME TO ADD PIC'S
FROM DAMAGED JEANS FROM ESCALATOR's: IT WAS
THE SAME FOR DAMAGED LAMP. I DON'T

Signature of writer: _____    Date: _____

KNOW WHY SHE QUESTION WHY I SENT

USE OTHER
SIDE IF
NECESSARY

Signature of Delegate if applicable: _____    Date: _____

3 IMAGES: I DID IT WITH PREVIOUS REPORT,

CONT

# THE WESTIN NEW YORK
### AT TIMES SQUARE

**Associate Statement**

Date: _____

Associate Name: THIS ACT IS RETAILATORY

Department: _____    Department Manager: _____

Subject:
ON RECORD I HAD JUST REPORT D.O.S ON

Statement:
FAVORITISM & DESPARATE TREATMENT SHE
ALLOWS FOR (10) YRS AS D.O.S. U.S.C. 1607.11
UNLAW-FUL & ILLEGALL : AND SHE JUST
HARASS ME FOR DOING MY DANN JOB.

I GRIEVE TO HER FAIRLY : I DIDNT DO ANYTHING
WRONG OUT OF SPITE FULNESS & WICKEDNESS
SHE STILL CONTINUE TO HARASS ME: EVEN
FOR DOING MY JOB.

APPELATE SUPREME COURT CASE
INDEX NO 100034/15 : IT'S TIME TO
"CHANGE THE (DOS) SHE IS THE PROBLEM.

I STAND CORRECT IN APPELATE COURT
& INITIAL PROCEEDINGS: DANCY, INTENTIONAL
KEEPS HARASSING ME"

Signature of writer: _____    Date: _____

Signature of Delegate if applicable: _____    Date: _____

USE OTHER
SIDE IF
NECESSARY

# URGENT LETTER TO HR & GM. PT 2.

FILINGS CLASS ACTION CIVIL LAW-SUIT: AGAINST FACILITY; AGAIN

MY EMPLOYMENT IS THREATENED:

READ ATTACHMENTS: SUSPECT ALLEGATIONS:

UNFORTUNATELY: IT APPEARS {DOS} CAN GET AWAY WITH WRONGS

AND THERE IS NO CORRECTION: BUT I'M UNDER INVESTIGATION "

THERE OTHER LEGAL VIOLATIONS NOT MENTIONED: THAT'S PART

OF NEW CLAIM: IGNORING A HOSTILE WORK ENVIRONMENT IS A

CIVIL CRIME. PROTECTING A HOSTILE MANAGER IS A CIVIL CRIME

IN ITSELF.

Article 42 U.S.C. # 1981 Hostile Work Environment: Violation of Law.

18 U.S.C. Section 241: Conspiracy Against Rights: Violation of Law.

U.S.C. Section 1607.11 Disparate Treatment. Violation of Law.

Wednesday' June 29, 2022:                    2nd Meeting in GM office:

Around 330pm: GM & HR Director basically tried to create ways to fix the communication condition within the Security after report that was submitted: doc' will Be attached: from last Thursday 6/23/2022.

After initial proceedings: HR Director introduced 2 Allegations (Threatening my job)

1st Allegation: a member that is on leave of absence (LOA): grieved I threatened him In a text that was dealing with End time Prophecy: there was no threat made in text docs. I made it clear to HR: 1st off, it was a private text between myself and a friend & the body of text had nothing to do with the job: this investigation; in itself is

:HARASSMENT: for HR to alleged: company policy was compromised.

2nd Allegation:

HR Director says: the {DOS} says I violated company policy when putting my name in

Fire Command Log for myself and FSD I switched with on Sunday prior to schedule changed indefinitely to permanently Sunday FSD. Per {DOS}

I was Security Delegate for 2007 to 2011 or 2012. {DOS} Gave the verbal Decree: that we can sign off on fire command and cover each other: she also said in recent hearing in DOS office: we can work things out among each other: she denied the verbal decree some weeks ago: but she was content on us working things out among each other: those were exact words before a {Delegate} in the hearing. I made it very clear: if FDNY checks the log and see in-accuracy's in the fire log book: hotel can get heavy fines. (HR) pushed that it was violation: how is a violation for taking orders from{DOS}? The initial proceedings was ways to create a comfortable work place and it turned to HR INTERROGATION: of Joseph Johnson for doing what I: was told to from Director of Security: on record: I believe this to be SABOTAGE ATTEMPT of my job for reporting the {DOS}& Marriott is protecting a HOSTILE MANAGER & furthering a Hostile Work Environment.

1.

---
---

After this stunning revelation: I made it clear for {HR}to investigate the {DOS} on Updating and correcting punches for associate who was late for many years; I demand HR audit the records from the time she became Director of Security to present:

The same Associate: abandoned the fire command; exit the facility with no FSD to watch the fire command or protect the property and guest: why management protecting a CRIME that happened with no outcome still this incident was very recent and Corp had to re-open that investigation and further investigation:

On the same-token I allegedly violated policy for taken orders from the {DOS} who verbally gave the decree- to work things out among each other before a delegate: A Direct order from the {DOS}: 10 years of failed management and HR is protecting the{DOS}.

HOSTILE WORK ENVIRONMENT. & Marriott Upper Management is endorsing this type of work environment: they're is no correction coming from this.

I want it in writing that a Work-place restraining order is given to the DOS & I will inquire Employment Lawyer that we can no longer interact with each other; an immediate Supervisor Post must be made to aid the Security department, ASAP.

---
---

Today's Revelation is most unfortunate:

.
---

THESE {ALLEGATIONS} IS AN IMMINENT THREAT TO MY JOB. THIS A CORPORATE SABOTAGE ATTEMPT OF MY EMPLOYMENT: I'll be reaching Out to many employment lawyers; regarding this unfortunate new allegations against me coming from Upper Management by way of HR and Marriott International.

---

.

2.

This is CORRUPTION: It is" and there is no way you can expect me to comfortable after the 2nd half of hearings: Marriott is trying to WRONGFULLY TERMINATE my job with these sketchy allegations and continuing to push new investigations to find the Slightest wrong to take action to terminate my job: while you protect an unfit DOS a Hostile {DOS} & extremely slow to correct a CRIME that was committed on the property: which was a clear breach of policy: protect that member but launch continued investigations against me: records show I'm clean, no write ups:

The signing of the FSD log is a direct order from the DOS: she denied before a delegate and know using that to terminate my employment.

The logging of fire command protects the hotel from HEAVY FINES.
The {DOS} is using this "goofy" allegation to take an action against my job.

I will make heavy attempt to get through to Employment Lawyer, this is demonic: and Wicked,Vicious attack and I'm the target that crystal clear and the 2nd half of this hearing was very telling and this agenda to EXTERMINATE a solid worker.

Today's hearing confirms: the case against my job and to protect the {DOS} a Hostile Manager and Marriott is working in her behalf and using HR and Corporate to protect A Hostile Work Environment. I'm forced to take Legal Action & will due so respectfully:

Miriam: made it clear she want's to investigate others on signing FSD log: the whole department under the {DOS} is without OVERSIGHT: it proves the DOS don't review Logs as a whole: but I'm under investigation.

THIS IS A THREAT: I'm taking legal action.

3.

_____

_____

A LEGAL MATTER know:

Before Delegate witnesses: in all proceeding; Upper Management IGNORED; all the HARASSMENT statements they never questioned {DOS} every hearing was to protect a very HOSTILE & RUDE manager and further a hostile work environment.

THIS A CLEAR DEFINITION OF A HOSTILE WORK ENVIRONMENT:

And Upper Management is protecting a hostile manager:

Management ignored U.S.C. Section 1607.11 Disparate Treatment coming from the DOS & her history managing as DOS: I'll see that'a subpoena issue to look at MS-SHIFT by a employment lawyer but in the DOS is being shielded by HR & Chris Elko but the same DOS I've reported for her 10yrs duration for being the worst DOS in the universe & threaten my job. It's a CIVIL CASE know: back to the Supreme Court again;

MHW"

Not playing this game: I'm GREATLY OFFENDED. Marriott launch as many investigations as you wish. Suing the hell out of this demonic RACIST Organization & yes" DISPARATE TREATMENT is a form of RACISM: chiefly when you favor a Corrupt {DOS} Ignore all harassment claims and protect her & target JJ with new Alleged allegations.    COVERING UP (DOS) WRONGS: and consistently attacking me: THIS IS CIVIL CRIME: & ON GOING HARASSMENT.

I'll see that this Confidentiality HR file is picked up from a Employment Lawyer ASAP' & see that it's added to a 300+ page Evidence Stack appendix with pending documents to add to it: I will be professional and do my best.

18. U.S.C. Section 241: Conspiracy Against Rights: Marriott ignored the article nor tried to discuss this condition.

MY RIGHTS ARE 100% VIOLATED AND MARRIOTT THREATENED MY JOB.

I'll take LEGAL ACTION & Litigate again.

THE WESTIN NEW YORK
AT TIMES SQUARE

**Associate Statement**

Date: 06/30/2022

Associate Name: Joseph Johnson

Department: Security Dpt                    Department Manager: _____

Subject: Restraining Order Request & conditions

Statement: _____

I DEMAND THAT THE "DOS" IS GIVEN A RESTRAINING ORDER TO STAY AWAY FROM ME: 5 to 10 YARDS AWAY FROM ME. SHE CAN NO LONGER APPROACH ME.

"DOS" MUST PRINT SHIFT BRIEFINGS IN MY-REGARD & LEAVE COPY FOR ME:

— MOVING FOWARD: DEPARTMENT MEETINGS. DOS IS TO MAKE COPY & LEAVE THE MINUTES FOR ME.

— LOCAL INTERROGATIONS & DOOR UPDATES: DOS MUST LEAVE AT Security DISPATCH.

— IN REGARDS TO FIRST AID TRAINING CPR: WHICH ARE HELD MOSTLY IN MEETING ROOMS: DOS MUST STAY 5 YARDS AWAY FROM ME: 5 to 10 YARDS FAR AWAY FROM ME.

THE ONLY TIME WE CAN ENGAGE IN BUSINESS: IF THERE IS AN EMERGENCY CONDITION:

I ALSO SEE THAT EMPLOYMENT LAWYER GET'S A COPY AS WELL: VERY SAD: UPPER MANAGEMENT IS SHIELDING THE DOS

Signature of Associate

Signature of Delegate if applicable

Date

Date

USE OTHER SIDE IF NECESSARY

THE WESTIN NEW YORK
AT TIMES SQUARE

## Associate Statement

Date: 06/30/2022

Associate Name: Joseph Johnson

Department: Security Dpt          Department Manager: _____

Subject: Extremely {HOT} In Dispatch. HEALTH Condition:

Statement: _____

Security Dispatch is HOT & HAVE BEEN THIS WHOLE WEEK: THIS IS UNHEALTHY, UNCONSTITUTIONAL & HAS CAUSED MY "THROATH" TO DRY DAMN-NEAR CAUSING ILL CONDITION: I HAD TO COMBAT WITH CONTINUAL MOUTH WASH & HALLS COUGH DROPS ETC.

CAN YOU PLEASE DO THE DEPARTMENT A FAVOR & QUICKLY FIX THIS A/C UNIT. I TOLD THE DELEGATE " I CAN NO LONGER SIT IN THERE: BECAUSE IT CAUSING MY THROAT TO DRY UP.

THIS IS A HEALTH CONDITION: THAT URGENTLY NEEDS TO BE FIXED.

Signature of writer: Joseph Johnson          Date: 06/30/2022

Signature of Delegate if applicable: _____     Date: _____

USE OTHER SIDE IF NECESSARY

Thank you for your cooperation.

Sincerely,
Daniel Brauer
Director of Human Resources Operations

_____
_____
_____

SUNDAY MAY 1, 2022. FORCED TO CALL OUT: IN SPITE OF SENIORITY.

_____
_____

Religious Discrimination and work place harassment is a crime: I have New Moon

Feast day to keep: the denial of the May 1 thru May 4th was INTENTIONAL; this

Is (concrete) proof of employment HARASSMENT: unlawful and unconstitutional.

_____
_____

VIOLATION THE 18. U.S.C. & 2331: COERCION.
VIOLATION: TITLE 18: U.S.C. Section 245

COPY OF ORIGINAL
WITH PROOF OF SERVICE

*To Be Argued By*:
JOSEPH JOHNSON

New York County Clerk's Index No. 100342/15

# New York Supreme Court

## APPELLATE DIVISION—FIRST DEPARTMENT

JOSEPH JOHNSON,

*Petitioner-Appellant,*

—against—

WESTIN NEW YORK AT TIMES SQUARE, DIVISION OF HUMAN RIGHTS,

*Respondents-Respondents.*

## BRIEF FOR PETITIONER-APPELLANT

JOSEPH JOHNSON
151 Country Club Lane
Pomona, New York 10970
(201) 240-0134
joel.669@gmail.com

*Petitioner-Appellant Pro Se*

FILED

JUL 1 0 2017

SUP COURT, APP. DIV.
FIRST DEPT.

REPRODUCED ON RECYCLED PAPER

LII > U.S. Code > Title 42 > CHAPTER 21 > SUBCHAPTER VI > **§ 2000e–2**

# 42 U.S. Code § 2000e–2 - Unlawful employment practices

U.S. Code    Notes

## (a) EMPLOYER PRACTICES

It shall be an unlawful employment practice for an employer—

**(1)** to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

**(2)** to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin.

## (b) EMPLOYMENT AGENCY PRACTICES

It shall be an unlawful employment practice for an employment agency to fail or refuse to refer for employment, or otherwise to discriminate against, any individual because of his race, color, religion, sex, or national origin, or to classify or refer for employment any individual on the basis of his race,

Ads by Google

Stop see...    Why this ad?

**(1)** to exclude or to expel from its membership, or otherwise to discriminate against, any individual because of his race, color, religion, sex, or national origin;

**(2)** to limit, segregate, or classify its membership or applicants for membership, or to classify or fail or refuse to refer for employment any individual, in any way which would deprive or tend to deprive any individual of employment opportunities, or would limit such employment opportunities or otherwise adversely affect his status as an employee or as an applicant for employment, because of such individual's race, color, religion, sex, or national origin; or

**(3)** to cause or attempt to cause an employer to discriminate against an individual in violation of this section.

**(d) TRAINING PROGRAMS**
It shall be an unlawful employment practice for any employer, labor organization, or joint labor-management committee controlling apprenticeship or other training or retraining, including on-the-job training programs to discriminate against any individual because of his race, color, religion, sex, or national origin in admission to, or employment in, any program established to provide apprenticeship or other training.

**(e) BUSINESSES OR ENTERPRISES WITH PERSONNEL QUALIFIED ON BASIS OF RELIGION, SEX, OR NATIONAL ORIGIN; EDUCATIONAL INSTITUTIONS WITH PERSONNEL OF PARTICULAR RELIGION**
Notwithstanding any other provision of this subchapter, (1) it shall not be an unlawful employment practice for an employer to hire and employ employees, for an employment agency to classify, or refer for employment any individual, for a labor organization to classify its membership or to classify or refer for employment any individual, or for an employer, labor organization, or joint labor-management committee controlling apprenticeship or other training or retraining programs to admit or employ any individual in any such program, on the basis of his religion, sex, or national origin in those certain instances where religion, sex, or national origin is a bona fide occupational qualification reasonably necessary to the normal operation of that particular business or enterprise, and (2) it shall

Ads by Google

Stop seeing this ad    Why this ad?

religion or by a particular religious corporation, association, or society, or if the curriculum of such school, college, university, or other educational institution or institution of learning is directed toward the propagation of a particular religion.

**(f) MEMBERS OF COMMUNIST PARTY OR COMMUNIST-ACTION OR COMMUNIST-FRONT ORGANIZATIONS**

As used in this subchapter, the phrase "unlawful employment practice" shall not be deemed to include any action or measure taken by an employer, labor organization, joint labor-management committee, or employment agency with respect to an individual who is a member of the Communist Party of the United States or of any other organization required to register as a Communist-action or Communist-front organization by final order of the Subversive Activities Control Board pursuant to the Subversive Activities Control Act of 1950 [50 U.S.C. 781 et seq.].

**(g) NATIONAL SECURITY**

Notwithstanding any other provision of this subchapter, it shall not be an unlawful employment practice for an employer to fail or refuse to hire and employ any individual for any position, for an employer to discharge any individual from any position, or for an employment agency to fail or refuse to refer any individual for employment in any position, or for a labor organization to fail or refuse to refer any individual for employment in any position, if—

**(1)** the occupancy of such position, or access to the premises in or upon which any part of the duties of such position is performed or is to be performed, is subject to any requirement imposed in the interest of the national security of the United States under any security program in effect pursuant to or administered under any statute of the United States or any Executive order of the President; and

**(2)** such individual has not fulfilled or has ceased to fulfill that requirement.

**(h) SENIORITY OR MERIT SYSTEM; QUANTITY OR QUALITY OF PRODUCTION; ABILITY TESTS; COMPENSATION BASED ON SEX AND**

Ads by Google

S'o·see r· ·· ac    Why this ad?

which measures earnings by quantity or quality of production or to employees who work in different locations, provided that such differences are not the result of an intention to discriminate because of race, color, religion, sex, or national origin, nor shall it be an unlawful employment practice for an employer to give and to act upon the results of any professionally developed ability test provided that such test, its administration or action upon the results is not designed, intended or used to discriminate because of race, color, religion, sex or national origin. It shall not be an unlawful employment practice under this subchapter for any employer to differentiate upon the basis of sex in determining the amount of the wages or compensation paid or to be paid to employees of such employer if such differentiation is authorized by the provisions of section 206(d) of title 29.

### (i) Businesses or enterprises extending preferential treatment to Indians

Nothing contained in this subchapter shall apply to any business or enterprise on or near an Indian reservation with respect to any publicly announced employment practice of such business or enterprise under which a preferential treatment is given to any individual because he is an Indian living on or near a reservation.

### (j) Preferential treatment not to be granted on account of existing number or percentage imbalance

Nothing contained in this subchapter shall be interpreted to require any employer, employment agency, labor organization, or joint labor-management committee subject to this subchapter to grant preferential treatment to any individual or to any group because of the race, color, religion, sex, or national origin of such individual or group on account of an imbalance which may exist with respect to the total number or percentage of persons of any race, color, religion, sex, or national origin employed by any employer, referred or classified for employment by any employment agency or labor organization, admitted to membership or classified by any labor organization, or admitted to, or employed in, any apprenticeship or other training program, in comparison with the total number or percentage of persons of such race, color, religion, sex, or national origin in any

Ad by Google

Stop seeing this ad    Why this ad?

**(A)** An unlawful employment practice based on disparate impact is established under this subchapter only if—

> **(i)** a complaining party demonstrates that a respondent uses a particular employment practice that causes a disparate impact on the basis of race, color, religion, sex, or national origin and the respondent fails to demonstrate that the challenged practice is job related for the position in question and consistent with business necessity; or

> **(ii)** the complaining party makes the demonstration described in subparagraph (C) with respect to an alternative employment practice and the respondent refuses to adopt such alternative employment practice.

**(B)**

> **(i)** With respect to demonstrating that a particular employment practice causes a disparate impact as described in subparagraph (A)(i), the complaining party shall demonstrate that each particular challenged employment practice causes a disparate impact, except that if the complaining party can demonstrate to the court that the elements of a respondent's decisionmaking process are not capable of separation for analysis, the decisionmaking process may be analyzed as one employment practice.

> **(ii)** If the respondent demonstrates that a specific employment practice does not cause the disparate impact, the respondent shall not be required to demonstrate that such practice is required by business necessity.

**(C)** The demonstration referred to by subparagraph (A)(ii) shall be in accordance with the law as it existed on June 4, 1989, with respect to the concept of "alternative employment practice".

**(2)** A demonstration that an employment practice is required by business necessity may not be used as a defense against a claim of

Ads by Google

Stop seeing this ad    Why this ad?

II of section 102(6) of the <u>Controlled Substances Act</u> (<u>21 U.S.C.</u>
<u>802(6)</u>), other than the use or possession of a drug taken under the
supervision of a licensed health care professional, or any other use or
possession authorized by the <u>Controlled Substances Act</u> [<u>21 U.S.C. 801</u>
et seq.] or any other provision of Federal law, shall be considered an
unlawful employment practice under this subchapter only if such rule is
adopted or applied with an intent to discriminate because of race, color,
<u>religion,</u> sex, or national origin.

**(l) PROHIBITION OF DISCRIMINATORY USE OF TEST SCORES**

It shall be an unlawful employment practice for a <u>respondent</u>, in
connection with the selection or referral of applicants or candidates for
employment or promotion, to adjust the scores of, use different cutoff
scores for, or otherwise alter the results of, employment related tests on
the basis of race, color, <u>religion,</u> sex, or national origin.

**(m) IMPERMISSIBLE CONSIDERATION OF RACE, COLOR, RELIGION, SEX, OR
NATIONAL ORIGIN IN EMPLOYMENT PRACTICES**

Except as otherwise provided in this subchapter, an unlawful employment
practice is established when the <u>complaining party demonstrates</u> that race,
color, <u>religion,</u> sex, or national origin was a motivating factor for any
employment practice, even though other factors also motivated the
practice.

**(n) RESOLUTION OF CHALLENGES TO EMPLOYMENT PRACTICES
IMPLEMENTING LITIGATED OR CONSENT JUDGMENTS OR ORDERS**

**(1)**

**(A)** Notwithstanding any other provision of law, and except as
provided in paragraph (2), an employment practice that implements
and is within the scope of a litigated or consent judgment or order
that resolves a claim of employment discrimination under the
Constitution or Federal civil rights laws may not be challenged
under the circumstances described in subparagraph (B).

**(B)** A practice described in subparagraph (A) may not be
challenged in a claim under the Constitution or Federal civil rights

Ads by Google

Stop seeing this ad    Why this ad?

**(I)** actual notice of the proposed judgment or order sufficient to apprise such person that such judgment or order might adversely affect the interests and legal rights of such person and that an opportunity was available to present objections to such judgment or order by a future date certain; and

**(II)** a reasonable opportunity to present objections to such judgment or order; or

**(ii)** by a person whose interests were adequately represented by another person who had previously challenged the judgment or order on the same legal grounds and with a similar factual situation, unless there has been an intervening change in law or fact.

**(2)** Nothing in this subsection shall be construed to—

**(A)** alter the standards for intervention under rule 24 of the Federal Rules of Civil Procedure or apply to the rights of parties who have successfully intervened pursuant to such rule in the proceeding in which the parties intervened;

**(B)** apply to the rights of parties to the action in which a litigated or consent judgment or order was entered, or of members of a class represented or sought to be represented in such action, or of members of a group on whose behalf relief was sought in such action by the Federal Government;

**(C)** prevent challenges to a litigated or consent judgment or order on the ground that such judgment or order was obtained through collusion or fraud, or is transparently invalid or was entered by a court lacking subject matter jurisdiction; or

**(D)** authorize or permit the denial to any person of the due process of law required by the Constitution.

**(3)** Any action not precluded under this subsection that challenges an

Ad by Google

Stop seeing this ad   Why this ad?

(Pub. L. 88–352, title VII, § 703, July 2, 1964, 78 Stat. 255; Pub. L. 92–261, § 8(a), (b), Mar. 24, 1972, 86 Stat. 109; Pub. L. 102–166, title I, §§ 105(a), 106, 107(a), 108, Nov. 21, 1991, 105 Stat. 1074–1076.)

## 💼 U.S. Code Toolbox

Law about... Articles from Wex
Table of Popular Names
Parallel Table of Authorities
How current is this?

100

Acs by Google

Stop seeing this ad     Why this ad?

**ACCESSIBILITY**

**ABOUT LII**

**CONTACT US**

**ADVERTISE HERE**

**HELP**

**TERMS OF USE**

**PRIVACY**

Ads by Google

Stop seeing this ad     Why this ad? ▷

# ON GOING CIVIL

# CRIMES BY; HRD

THE WESTIN NY AT TIMES SQUARE IS GUILTY OF COMMITTING CIVIL CRIMES:

270 West 43rd St New York Ny 10036.

212-201-2700.

## HUMAN RESOURCES SABOTAGE:

On June 30, 2022: HR Director presented a text sent from a H/O on Leave of absence: LOA"

She alleged the text was a threat: due to a image of fire sent in text:

HRD: before 2 witnesses and a manager & stated image was threat from worker on LOA"

Basically aiding the worker on LOA: no threats was made; it was private & off duty.

I have the text sent from worker on LOA which lead to my text sent to him.

THE TEXT FROM WORKER ON {LOA} TEXT BODY is loaded with Religious Discrimination:

**RELIGIOUS DISCRIMINATION IS A CIVIL OFFENSE.**

**RELIGIOUS DISCRIMINATION** on the job; **from HRD: is a major Civil Offense.**

## SABOTAGE OF AN ASSOCIATE: IS A CIVIL OFFENSE:

The Confidentiality file in HR shows the history of harassment & associates statements sent to HR:

THIS IS AN EMPLOYMENT LAWYER CONDITION: the Union business agent has been informed.

Confidentiality file shows management harassment dating from 2015 to 2022.

Exception of 2020: due to the C19 LOCKDOWN. No records obviously that year.

Confidentiality also shows HR Director: REPORTED: for harassing me in Associate statements.

1.

**SABOTAGE OF AN ASSOCIATE: CIVIL CRIMES COMMITTED AT HOTEL.**

THE CONFIDENTIALITY FILE PROVES YEARS OF ON GOING HARASSMENT.

41 CFR & 60-20.8 HARASSMENT & HOSTILE WORK ENVIRONMENT

FOR MANY YEARS. CIVIL CRIME.

June 30, 2022: HRD Harassment: NYC Penal Law Section 240.30 Aggrevated harassment: Civil Crime & HR Director retaliated in behalf of Security Director.

15 US Code 2087 Whistleblower Protection: VIOLATED. File shows on going harassing.

**CIVIL CRIMES: COMMITTED AT THE WESTIN NY AT TIMES SQ.**

**U.S.C. Section 1607.11. DISPARATE  TREATMENT: DISCRIMINATION.**

HRD Threaten my employment on 2 Baseless claims: June 30, 2022.

DOS & HRD: Recently shielded a FSD that abandoned the fire command & slow to take action.

DOS Fired: Rey Lopez many years for being in the GYM: while other FSD'S were in the bldg.

HRD & DOS Most recently fired a member for wrongful entry after he was forced; on O.T.

The members was forced to sign a VSA: to keep his job. {Voluntary Signature Agreement}.

**THESE ARE CIVIL CRIMES BEING COMMITTED AT 270 West 43rd ST: CORRUPTION**

2.



Ralph

I can't do this with you, until you can admit and speak with no lies. We have spoken in the pass where you have admitted to me about the things that were done to me. Not only that but you are one of the ppl that thought that I had something to do with Allan jr, I know how you was siding with them to sabotage me. I only went to you yesterday to see if you were able to tell me the truth but your not, cause you already have been played by them and you have allowed them to use you. The fact that you have done things outside the Israelites belief I can't trust you. My journey cannot have any lies and no evil intentions, I don't believe that you are clean from that. If you want to get right with me you need to write what you know with the truth no lies, get it notarized and then give it to me. If you don't want to help in this manner then let me fight my own battle, cause at the end of the day I stood alone while getting harassed even tho I stood by you from the beginning when you was getting harassed and unfairly called an active shooter. The fact that you

SUBJECT: MOCK'S ME WITH MY RELIGIOUS FOLLOWING IN TEXT

SUBJECT: THEN TEXT TO ME: I'M NOT CLEAN FROM PREVIOUS WAY.

THIS IS RELIGIOUS DISCRIMINATION FROM A FELLOW CO-WORKER THAT I WORK WITH:

CURRENTLY ON LEAVE:

HR DIRECTOR USED HIS TEXT TO TRY & SABOTAGE MY EMPLOYMENT 6/30/22

I don't believe that you are clean from that. If you want to get right with me you need to write what you know with the truth no lies, get it notarized and then give it to me. If you don't want to help in this manner then let me fight my own battle, cause at the end of the day I stood alone while getting harassed even tho I stood by you from the beginning when you was getting harassed and unfairly called an active shooter. The fact that you didn't share the signatures until you felt it was beneficial

To you. Let's me know that I have be careful with you



Understand your threat about Israelites coming to the corners and insinuating Like I had something to do with Allan jr will not be ignored. Good luck! And May the most high forgive you

SUBJECT: TELLS ME IN TEXT I'M THREAT ON CORNER: BLAMING HIM FOR A CONDITION INVOLVING ANOTHER H/O: THE GUY IS OUT OF HIS MIND WITH THESE INSULTING TEXT



## Ralph

Sat, Jan 1, 2:30 PM

So they gave you a full pension..the most high must be so proud of you right now making deals with the devil..I told you I was going to find out

" 1st off " THIS
IS A LIE: I
NEVER Struck
A DEAL WITH
ANY ONE:

2ND THIS IS Religious SLANDER &
MOCHERY OF MY Religious Following
FOR THE POST 7 years: keeping THE
TORAH.

HR DIRECTOR IS PROTECTING A HOSTILE
CO-WORKER & USED HIS TEXT TO THREATEN
MY JOB.

History of Bad management under {DOS} from 2008 to 2022:

13+ years of CORRUPT MANAGEMENT:

Summary under {DOS} guilty of creating TOXIC WORK ENVIRONMENTS

Jimmy Reyes: assisted the {DOS} & under his watch aiding the {DOS} he as manager

practiced sending House Officers home running late: making other House officers stay"

Disparate Treatment: DISCRIMINATION: FAVORITISM is an on going practice.

Violation: U.S.C Section 1607.11 DOS continually protects a specific H/O.

Most recently as FSD H/O abandoned the facility and both the DOS & HR Directors

shielded this particular worker: Nov 06, 2015 this worker ASSAULTED me on the job:

Report is the Confidentiality file: I have copy of it: current DOS still protects him &

HR Director:

06/30/2022: NYPD Police report was filed against HR Director for threatening my job & aiding a

Hostile disgruntled worker on Leave of absence: the act was SABOTAGE & violation of policy.

It was the 2nd time HR Director made threat of employment on baseless accusations.

1.

The current {DOS} is unfit: most recent report proves it:

Weeks leading into June 30, 2022: The {DOS} retaliated after I reported her: to the GM

ON FAVORITISM: & DISPARATE TREATMENT & how she shields a co-worker:

 Read' URGENT LETTER TO THE GM PT1.


The following THURSDAY: Read URGENT LETTER TO THE GM PT2.

HR Director IMMEDIATELY **RETALIATED**: with 2 Baseless false accusations:

2nd time HR Director THREATENED my job on Baseless accusations:


The Horror of working with the current (DOS):

VERY RUDE.

UNPROFESSIONAL.

UNAPPROACHABLE.

ZERO MORALS.

HAVE  FAVORITES:

NOT EQUAL TO ALL House Officers.

DISPARATE.

UN-FIT TO BE A SECURITY DIRECTOR.

A **gross** error was made by Supreme Court in 2015: the Division of Human

Rights, & an **on-going** threats and **HARASSMENT** from the DOS & her

favorite friend she protects: **Confidentiality file** proves they both tried to

sabotage my employment. June 30, 2022 HR Director did the exact same

as DOS; sabotaging my employment: protecting a hostile co-worker on

LOA: on top of that the worker mocked, slandered, & displayed

RELIGIOUS DISCRIMINATION in the text: but used a text I sent to him

in response after LOA worker: slandered     religious beliefs.

HR Director protected LOA co-worker & threaten my job on text response;

that was private, off duty, no threats was made & 2 witnesses review the

text.  It was image of fire & dialog was about end times.

---

# FILE PROVES HOTEL CONSISTENTLY RETALIATED

---

Records prove The Westin NY at Times Square: kept a HOSTILE WORK ENVIRONMENT
:Kept an on going TOXIC WORK ENVIRONMENT: kept an unconstitutional practices: The
hotel continued in unlawful employment practices even after the condition was grieved before
The Supreme Court in separate claim 7yrs ago: that was a race discrimination case: that was
pushed to the Appellate 1st the department. CIVIL CRIMES continued at the facility.
HARASSMENT NEVER STOPPED: IT CONTINUED under the DOS & corrupt HR lead
by Miriam Ruiz: recently reported to the NYPD for harassing me & threatening my job.

3.

# EEOC VIOLATIONS: & CCHR VIOLATIONS

HUMAN RESOURCES DIRECTOR: MADE CONTINUAL THREATS TO MY JOB.

**DEFAMATION** HAPPENED UNDER CURRENT DOS: FALSE ACCUSATIONS

STAINING MY CHARACTER: IT WAS INSIDERS IN SECURITY:

CHIEFLY THE DOS:

CHRIS ELKO; CONDUCTED INVESTIGATION CLAIMING I WAS AN ACTIVE

TERRORIST & WANTED TO EXECUTE CO-WORKERS:

**RELIGIOUS DISCRIMINATION 3 ACCOUNTS.**

**HR DIRECTOR RETALIATED IN BEHALF OF THE DOS; MOST RECENT.**

MUCH **VERBAL ABUSE** FROM HR DIRECTOR.

# ON GOING HARASSMENT: violation

4.

 **U.S. Equal Employment Opportunity Commission**

# Enforcement Guidance: Unlawful Disparate Treatment of Workers with Caregiving Responsibilities

This guidance document was issued upon approval by vote of the U.S. Equal Employment Opportunity Commission.

**OLC Control Number:**

EEOC-CVG-2007-1

**Concise Display Name:**

Enforcement Guidance: Unlawful Disparate Treatment of Workers with Caregiving Responsibilities

**Issue Date:**

05-23-2007

**General Topics:**

*See Example (9)*

Harassment, Sexual Harassment, Sex

**Summary:**

This document addresses unlawful disparate treatment under the federal EEO laws of workers with caregiving responsibilities.

**Citation:**

Title VII, Rehabilitation Act, ADA, 29 CFR Part 1604, 29 CFR Part 1630

**Document Applicant:**

Employers, Employees, Applicants, Attorneys and Practitioners, EEOC Staff

**Previous Revision:**

No

The contents of this document do not have the force and effect of law and are not meant to bind the public in any way. This document is intended only to provide clarity to the public regarding existing requirements under the law or agency policies.

---

**Notice Concerning The Americans With Disabilities Act Amendments Act Of 2008**

This document was issued prior to enactment of the Americans with Disabilities Act Amendments Act of 2008 (ADAAA), which took effect on January 1, 2009. The ADAAA broadened the statutory definition of disability, as summarized in this **list of specific changes. (https://www.eeoc.gov/statutes/notice-concerning-americans-disabilities-act-ada-amendments-act-2008)**

---

| EEOC | NOTICE | Number |
|------|--------|--------|
|      |        | 915.002 |
|      |        | Date |
|      |        | 5/23/07 |

The contents of this document do not have the force and effect of law and are not meant to bind the public in any way. This document is intended only to provide clarity to the public regarding existing requirements under the law or agency policies.

**SUBJECT**: Enforcement Guidance: Unlawful Disparate Treatment of Workers with Caregiving Responsibilities

**PURPOSE:** This document provides guidance regarding unlawful disparate treatment under the federal EEO laws of workers with caregiving responsibilities .

**EFFECTIVE DATE**: Upon receipt.

**EXPIRATION DATE**: As an exception to EEOC Order 205.001, Appendix B, Attachment, § a(5), this Notice will remain in effect until rescinded or superseded.

**ORIGINATOR**: Title VII/EPA/ADEA Division, Office of Legal Counsel

**SUBJECT MATTER**: File after Section 615 of Volume II of the Compliance Manual.

Naomi C. Earp
 Chair

_See Also:_

- **Employer Best Practices for Workers with Caregiving Responsibilities**

- **Questions and Answers about EEOC's Enforcement Guidance on Unlawful Disparate Treatment of Workers with Caregiving Responsibi... (https://www.eeoc.gov/questions-and-answers-about-eeocs-enforcement-guidance-unlawful-disparate-treatment-workers)**

# ENFORCEMENT GUIDANCE: UNLAWFUL DISPARATE TREATMENT OF WORKERS WITH CAREGIVING RESPONSIBILITIES

# Table of Contents

I. **Background and Introduction**

    A. **Caregiving Responsibilities of Workers**

    B. **Work-Family Conflicts**

II. **Unlawful Disparate Treatment of Caregivers**

    A. **Sex-based Disparate Treatment of Female Caregivers**

        1. **Analysis of Evidence**

        2. **Unlawful Disparate Treatment of Female Caregivers as Compared with Male Caregivers**

        3. **Unlawful Gender Role Stereotyping of Working Women**

            ■ **Gender-based Assumptions About Future Caregiving Responsibilities**

            ■ **Mixed-motives Cases**

            ■ **Assumptions About the Work Performance of Female Caregivers**

            ■ **"Benevolent" Stereotyping**

        4. **Effects of Stereotyping on Subjective Assessments of Work Performance**

    B. **Pregnancy Discrimination**

    C. **Discrimination Against Male Caregivers**

    D. **Discrimination Against Women of Color**

    E. **Unlawful Caregiver Stereotyping Under the Americans with Disabilities Act**

     F. **Hostile Work Environment** 

III. **Retaliation**

---

Although the federal EEO laws do not prohibit discrimination against caregivers per se, there are circumstances in which discrimination against caregivers might constitute unlawful disparate treatment. The purpose of this document is to assist investigators, employees, and employers in assessing whether a particular employment decision affecting a caregiver might unlawfully discriminate on the