UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH JOHNSON,

                    Plaintiff,                    23-cv-1156 (JGK)

        - against -                               ORDER

THE WESTIN NY AT TIMES
SQUARE/MARRIOTT INTERNATIONAL,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and

complaint is extended to **June 15, 2023.** If the plaintiff fails

to serve the summons and complaint by that date, the case will

be dismissed without prejudice for failure to prosecute pursuant

to Federal Rule of Civil Procedure 4(m).

    The Clerk is directed to mail a copy of this order to the

pro se plaintiff at the address listed on the docket.

SO ORDERED.

Dated:    New York, New York
          May 16, 2023

                                        John G. Koeltl
                                    United States District Judge