UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH JOHNSON,

        Plaintiff,

- against -

THE WESTIN NY AT TIMES SQUARE/MARRIOTT INTERNATIONAL,

        Defendant.

23-cv-1156 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time for the defendant to respond to the complaint is extended to **July 5, 2023**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **July 19, 2023**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           June 20, 2023

                                      John G. Koeltl
                                  United States District Judge