UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America, | } | Civil case #: 23 CV 01156 |
| | } | |
| Plaintiff; | } | |
| | } | |
| Joseph Johnson: | } | |
| | } | |
| v. | } | |
| | } | |
| The Westin NY at Times Square/ | } | **MOTION FOR ENTRY:** |
| | } | |
| Marriott International | } | **DEFAULT; FINAL JUDGEMENT** |
| | } | |

Your Honor on behalf of the plaintiff, I ask the United States Federal Court of America; to move

this court entry of a default judgement: against the defendant The Westin Ny at Times Square -

Marriott International; upon the complaint filed and served upon the defendant, in accordance

with the provisions of {Rule 55} Federal rule of civil procedure, and in support there of shows

the following:

The Westin NY at Times Square-Marriott International; date to respond to the complaint expired.

I ask the Judges to BLOCK any {motion} regarding proceeding from the defendant:

The defendant alleges CT Corporation summons was rejected: the attached Email: show The Westin

Ny at Times Square [rejected] the service process: It is significant because The GM, HR Director &

Mark Collins who are all employed at the hotel refused summons. New York City Process Server:

made attempt by contacting Marriott International headquarters in Bethesda, MD.

1.

The attached email shows in March 07, 2023; that made attempt and there was no response from

Marriott International. Attached is an old envelop: from 2016, I personally tried to mail to

the Headquarters of Marriott and it was returned. The email shows they are waiting for a response:

Your Honor; no one responded: New York City Process Server: email clearly reads: as follows.

Before we delivered the documents to CT Corporation WE ASKED THEM" can you accept

process on behalf of the DEFENDANT? & the intake Officer answered YES".

Your Honor" New York City Process have been in business dating back to 2001 to 2023 current.

It is very obvious this false grievance from the defendant is BASELESS:

It make no since for CT Corporate to sign; then say there not part of Marriott or The Westin NY

there obviously in ties with each other: to further the argument I did'nt just use NYC Process;

I used Undisputed Legal as well which CT Corporate signed and served; there grievance is

BASELESS & they are lying about the connection.

---

The defendant time to respond EXPIRED: I ask that all the charges stand & that these additional

charges are added against the Westin NY at Times Square- Marriott International.

**Penal Law 190.26. Criminal Impersonation:**

**Penal Law 190.23. False Personation:**

**Penal Law 190.25. Criminal Impersonation in the 2nd Degree:**

Your Honor: the defendant claim is BASELESS: & the workplace never changed it is Toxic,

Unlawful, Unconstitutional, lawless, ongoing Hostile workplace, on going hostile work environment,

I had to make a NYPD report against the active HR director: the hotel with the Union even attempt

BLACKMAIL in-regards to backpay which they still owe me four thousand USD. It's a combination

of CRIMINAL & CIVIL offenses in the file. I ask the Court to charge the facility.

2.

Your Honor, the emails proves Marriott International staged the CT Corporation condition as a smoke screen: As stated on the previous pages, there grievance is baseless and **fraudulent**, the emails from New York City Process Server proves; it was Marriott HQ in Bethesda MD that arranged for CT Corporation: & try to use it as a defense. **{Violation} Penal Law 190.25.**

---

I ask the Federal Court to **Prosecute** The Westin Ny at Times Square by Marriott International: arrange the Default Judgement Proceedings scheduled for August 10, 2023 , at 10:30 a.m. by United States Magistrate Judge: Valerie Figueredo.

---

The defendant time to respond expired: and the email evidence prove Marriott International committed a crime using CT Corporation: V**iolation of Federal Law: 18 U.S.C. 1342**

---

18 U.S.C. 1342: makes it a federal crime to do either of the following to carry out a fraudulent scheme or "other unlawful business":

* Use of assuming any "Fictitious, False, or assumed title, name or address" in conjunction with sending or receiving mail.

* Or receive and collect any mail or package sent to said false name or address via USPS or other depositories:

* Knowingly and willfully used a fictitious name, address, or title;

Violation Title 18 U.S.C. Code 1342 carries significant criminal penalties. Upon conviction, an individual can face up to five years in federal prison, a fine up to $250,000, or both.

WHEREFORE, the plaintiff ask the Court to enter a judgement of default against the defendant, The Westin Ny at times square – Marriott International: and that the Federal Court block: any motion the defendant may attempt in Opposition to revelations; presented in closing argument for: Motion for Entry of Default Final Judgement.


PRO SE    Plaintiff


Joseph Johnson

7/24/23.

# EXHIBIT A

7/21/23, 3:41 PM

Case 1:23-cv-01156-AS-VF     Document 15     Filed 07/24/23     Page 6 of 37
Gmail - Johnson v. The Westin NY at Times Square, Southern District of NY, case no 1:23-cv-01156

 Gmail

Babylon Doom.12 Tribes. <joel.j669@gmail.com>

## Johnson v. The Westin NY at Times Square, Southern District of NY, case no 1:23-cv-01156

2 messages

**Laurie Belony** <Laurie.Belony@bclplaw.com>
To: "joel.j669@gmail.com" <joel.j669@gmail.com>

Wed, Jul 19, 2023 at 5:16 PM

Dear Mr. Johnson,

My firm has been retained to represent Starwood Hotels & Resorts Worldwide, LLC, your employer with respect to the lawsuit you filed related to your employment at the Westin NY at Times Square. As you are aware, the Summons and Complaint that your process server sent to CT Corporation was rejected. A notice of rejection of service of process dated March 9, 2023 ("rejection letter") was sent to you informing that the documents that you were attempting to serve would not be forwarded to any party. (A copy of the rejection letter is attached to this email.)

In an effort to resolve this issue, I have been authorized to make the following proposal:

1. We will accept service of the Summons and Complaint (via email) on behalf of your employer; and

2. A response to the Complaint will be filed on or before August 21, 2023.

If you agree, I will send a letter to the Court requesting approval of these terms.

Please let me know by Monday, July 24, 2023 if you agree to the proposal outlined in this email. If we do not receive your agreement by that date, we will be filing a motion with the Court.

If you have any questions or would like to have a conversation, I am available for a phone call this week.

Best regards,

LAURIE BELONY
Attorney
laurie.belony@bclplaw.com
T: +1 212 541 2135  F: +1 212 541 1335

BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas, New York, NY 10104-3300

bclplaw.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.

 **543378425  Rejection letter.pdf**
138K

**Babylon Doom.12 Tribes.** <joel.j669@gmail.com>                                  Wed, Jul 19, 2023 at 5:59 PM
To: Laurie Belony <Laurie.Belony@bclplaw.com>

It's a CRIMINAL OPERATION: the hell would I agree with the defense for? Your actually going to try & motion FELONIES: on record: the papers was 1st serviced to The Westin Ny at Times Square: it was rejected by the hotel:

CT Corporation: had no business taking claims to service: this is madness & CONFUSION: I know the penal laws on false address Penal Law & Federal code:

It's going to be very difficult to defend the FELONIES on trial against the hotel: that's a bunch of FELONIES.
[Quoted text hidden]

 Wolters Kluwer

March 09, 2023

**Notice of Rejected Service of Process – Log# 543378425**

Agent Served:   CT Corporation
Party Served:   Westin New York Hotel Company
Jurisdiction Served:   New York
Title of Action:   JOSEPH JOHNSON vs. THE WESTIN NY AT TIMES SQ, etc.
Case No.  23CV01156

Dear Sir/Madam:

We have received documents from you in the above-referenced matter, but we are not able to forward the documents to any party due to the reason indicated below.

☑ Not Agent: According to our records and/or the records of the Secretary of State, we are not the registered agent for the party you are attempting to serve.

☐ Documents Do Not Correctly Identify the Intended Recipient: The name of the party that you are trying to serve appears to be incomplete and/or there are other errors in how you have identified the party that you are trying to serve. Our company is the registered agent for service of process for hundreds of thousands of entities, and because of your errors in identifying the party that you are trying to serve, we are unable to determine the identity of the party that you are attempting to serve.

☐ Inactive Entity: The entity that you are attempting to serve is either discontinued on our records and/or inactive with the Secretary of State. Accordingly, we no longer have any active agreement with the entity to operate as its registered agent for service of process, and we no longer have current delivery instructions on file.

To be clear, for the aforementioned reason(s), we have not been able to forward the documents that you are attempting to serve to any party. We are writing this letter to you so that you can take action to address the problems that we have identified. If you do not correct the errors identified herein, the party you are trying to serve will not receive notice of these documents.

Please email SOPInquiries@wolterskluwer.com if you believe that you have received this letter in error or if you need further assistance.

Very truly yours,
C T Corporation System

**(Returned To)**

JOSEPH JOHNSON
151 Country Club Ln,
Pomona, NY  10970

The hotel will be charged in spite of this condition:



July 11, 2023

**Notice of Rejected Service of Process – Log# 546248104**

Agent Served:  CT Corporation
Party Served:  THE WESTIN NY AT TIMES SQUARE/MARRIOTT INTERNATIONAL
Jurisdiction Served:  New York
Title of Action:  Re: JOSEPH JOHNSON // To: THE WESTIN NY AT TIMES SQUARE/MARRIOTT
INTERNATIONAL
Case No.  23CV1156JGK

Dear Sir/Madam:

We have received documents from you in the above-referenced matter, but we are not able to forward the
documents to any party due to the reason indicated below.

☑ **Not Agent:** According to our records and/or the records of the Secretary of State, we are not the registered
agent for the party you are attempting to serve.

☐ **Documents Do Not Correctly Identify the Intended Recipient:** The name of the party that you are trying to
serve appears to be incomplete and/or there are other errors in how you have identified the party that you are trying
to serve. Our company is the registered agent for service of process for hundreds of thousands of entities, and
because of your errors in identifying the party that you are trying to serve, we are unable to determine the identity
of the party that you are attempting to serve.

☐ **Inactive Entity:** The entity that you are attempting to serve is either discontinued on our records and/or
inactive with the Secretary of State. Accordingly, we no longer have any active agreement with the entity to
operate as its registered agent for service of process, and we no longer have current delivery instructions on file.

To be clear, for the aforementioned reason(s), we have not been able to forward the documents that you are
attempting to serve to any party. We are writing this letter to you so that you can take action to address the
problems that we have identified. If you do not correct the errors identified herein, the party you are trying to serve
will not receive notice of these documents.

Please email SOPInquiries@wolterskluwer.com if you believe that you have received this letter in error or if you
need further assistance.

Very truly yours,
C T Corporation System

**(Returned To)**

Joseph Johnson
151 Country Club Ln,
Pomona, NY  10970

# EXHIBIT B

7/21/23, 3:13 PM     Gmail - Before we delivered the documents to CT Corporation we asked them "can you accept process on behalf of the defendant...

Case 1:23-cv-01156-AS-VF    Document 15    Filed 07/24/23    Page 11 of 37

 Gmail

**Babylon Doom.12 Tribes. <joel.j669@gmail.com>**

---

## Before we delivered the documents to CT Corporation we asked them "can you accept process on behalf of the defendant?" and the Intake Officer answered "yes",
2 messages

---

**Juan de los Santos** <takehimtocourt@aol.com>
Reply-To: Juan de los Santos <takehimtocourt@aol.com>
To: "Babylon Doom.12 Tribes." <joel.j669@gmail.com>

Wed, Jul 19, 2023 at 9:10 PM

July 19, 2023

To: Joseph Johnson

Subject: Service of process on The Westin NY at Times Square--

Dear Mr. Johnson:

Before we delivered the documents to CT Corporation we asked them "can you accept process on behalf of the defendant?" and the Intake Officer answered "yes", took the documents we brought, and provided a receipt. 

**If CT Corp System is not the agent as indicated in the letter, then you must find the "agent" and forward the documents to them.**

If you have questions about this email or if you need further information, please do not hesitate to call us at 718-277-2968 or email us at TakeHimToCourt@aol.com

Thank you,

For New York Process Service.

**Juan de los Santos**
New York City Licensed Process Server
Notary Public, State of New York
Email: takehimtocourt@aol.com
Email: takehertocourt@aol.com
Web: www.subpoenadelivery.com
Web: www.brooklynprocessserver.com
Web: www.newyorkprocessserver.org
Web: www.newyorkcityprocessservers.com
Phone: **718-277-2968**
Fax: 347-295-0244

**NOTICE 1: The information contained herein, including attachments and forwarded email content, may be an attorney-client privileged confidential email communication. If so, take care not to forward the content so as to preserve the privilege. This information is intended solely for the addressee and may contain confidential and/or privileged material. Any review, retransmission, dissemination, or other use of, or taking action in reliance upon this information by anyone other than the intended recipient(s) is prohibited. If you have received this e-mail in error, please contact the sender immediately and delete the material fully.**
**NOTICE 2: Please mark this email as "new" after you have read it if there is a possibility that you might need to contact us in the future.**

On Wednesday, July 19, 2023 at 01:46:16 PM EDT, Babylon Doom.12 Tribes. <joel.j669@gmail.com> wrote:

7/21/23, 3:42 PM
Gmail - Re: Civil Action No. 23CV01156-JGK—Joseph Johnson vs. The Westin NY At Times Square-Mariott International-- Below...

Case 1:23-cv-01156-AS-VF    Document 15    Filed 07/24/23    Page 12 of 37

M Gmail                                    Babylon Doom.12 Tribes. <joel.j669@gmail.com>

## Re: Civil Action No. 23CV01156-JGK—Joseph Johnson vs. The Westin NY At Times Square-Mariott International-- Below is the email we sent you regarding the defendant's refusal to accept process at 270 West 43rd Street, New York, NY 10036:
2 messages

**Juan de los Santos** <takehimtocourt@aol.com>                        Wed, Jul 19, 2023 at 9:02 PM
Reply-To: Juan de los Santos <takehimtocourt@aol.com>
To: "Babylon Doom.12 Tribes." <joel.j669@gmail.com>

July 19, 2023

Dear Mr. Johnson:

Thanks for contacting us. Below is the email we sent you regarding the defendant's refusal to accept process at 270 West 43rd Street, New York, NY 10036:

_____

March 07, 2023

To: Joseph Johnson

Subject: Service of process on The Westin NY at Times Square--Process service status report

Dear Mr. Johnson:

We have attempted personal service on The Westin NY at Times Square at 270 West 43rd Street, New York, NY 10036 but its staffers refused service. **They indicated that service of the summons must be effected by contacting their Bethesda, MD headquarters. We have sent the MD Law Dept an email regarding this matter. We are waiting for the response.**

**Any suggestions or additional instructions?**

Please confirm receipt of this email. Thanks.

If you have questions about this email or if you need further information, please do not hesitate to call us at 718-277-2968 or email us at TakeHimToCourt@aol.com

Thank you,

For New York Process Service.

**Juan de los Santos**
New York City Licensed Process Server
Notary Public, State of New York
Email: takehimtocourt@aol.com
Email: takehertocourt@aol.com
Web: www.subpoenadelivery.com
Web: www.brooklynprocessserver.com
Web: www.newyorkprocessserver.org
Web: www.newyorkcityprocessservers.com
Phone: **718-277-2968**
Fax: 347-295-0244
NOTICE 1: The information contained herein, including attachments and forwarded email content, may be an attorney-client privileged confidential email communication. If so, take care not to forward the content so as to preserve the privilege. This information is intended solely for the addressee and may contain confidential and/or privileged material. Any review, retransmission, dissemination, or other use of, or taking action in reliance upon this information by anyone other than the intended recipient(s) is prohibited. If you have received this e-mail in error, please contact the sender immediately and delete the material fully.

**NOTICE 2:   Please mark this email as "new" after you have read it if there is a possibility that you might need to contact us in the future.**

On Wednesday, July 19, 2023 at 01:44:48 PM EDT, Babylon Doom.12 Tribes. <joel.j669@gmail.com> wrote:

Greetings: I want to say thank you: to u & your team for service of process: Initially; I think it was around March or April: a service attempt: was made at the
Westin NY at Times Square at 270 W 43rd St, New York, NY 10036.

They rejected the service:

I'm trying to see if they referred CT Corporation as
a referred Corporate Office? During service attempt
In the beginning? If there is an older email with the hotel rejecting the service: please send it to me ASAP:

~~The hotel DEFAULT ON JUDGEMENT anyways~~ *CORRECTION: The Defendant time EXPIRED. & Marriot International committed a crime using CT Corporation. 18 USC 1342: CRIMINAL OFFENSE.*

CT Corporation alleged in document recently mailed
They don't represent The Westin NY at Times Sq-Marriott International. That's fine: I'm adding additional charges: Thats all.

Penal Law 190.26.

CRIMINAL IMPERSONATION:

Penal Law 190.23.

FALSE PERSONATION:

Penal law 190.25.

Criminal Impersonation in the 2nd Degree:

By default the Federal Court: will prosecute the Westin NY at Times Square-Marriott International.

On Tue, Jul 11, 2023 at 11:23 AM Juan de los Santos <takehimtocourt@aol.com> wrote:

July 11, 2023

To: Joseph Johnson

Subject: Civil Action No. 23CV01156-JGK—Joseph Johnson vs. The Westin NY At Times Square-Mariott International--Service of process on The Westin NY At Times Square--Attached is the proof of service re: The Westin NY At Times Square-Mariott International. **Please review and file.**

Dear Mr. Johnson:

Attached is the proof of service re: **The Westin NY At Times Square-Mariott International** (re: Joseph Johnson vs. The Westin NY At Times Square-Mariott International) which was also mailed to you. Please review the enclosed proof of service to ensure that it is correct and that it meets your legal requirements. Please file the enclosed proof of service with the corresponding court.

Please confirm receipt of this email and its attachments. Thanks.

7/21/23, 3:42 PM          Gmail - Re: Civil Action No. 23CV01156-JGK—Joseph Johnson vs. The Westin NY At Times Square-Mariott International-- Below...

Case 1:23-cv-01156-AS-VF    Document 15    Filed 07/24/23    Page 14 of 37

If you have questions about this email or if you need further information, please do not  hesitate to call us at 718-277-2968 or email us at TakeHimToCourt@aol.com

Thank  you,

For New York Process Service.

Juan de los  Santos
New York City Licensed Process Server
Notary Public, State of  New York
Email: takehimtocourt@aol.com
Email: takehertocourt@aol.com
Web: subpoenadelivery.com
Web: brooklynprocessserver.com
Web: newyorkprocessserver.org
Web: newyorkcityprocessservers.com
Phone:  718-277-2968
Fax: 347-295-0244
NOTICE 1: The information contained herein, including attachments and forwarded email content, may be an attorney-client privileged confidential email communication.  If so, take care not to forward the content so as to preserve the privilege. This information is intended solely for the addressee and may contain confidential and/or privileged material.  Any review, retransmission, dissemination, or other use of, or taking action in reliance upon this information by anyone other than the intended recipient(s) is prohibited.  If you have received this e-mail in error, please contact the sender immediately and delete the material fully.
NOTICE 2:   Please mark this email as "new" after you have read it if there is a possibility that you might need to contact us in the future.

---

**Babylon Doom.12 Tribes.** <joel.j669@gmail.com>                              Fri, Jul 21, 2023 at 3:29 PM
To: Juan de los Santos <TakeHimToCourt@aol.com>

[Quoted text hidden]

# EXHIBIT C

# M Gmail

**Babylon Doom.12 Tribes. <joel.j669@gmail.com>**

## Westin NY at Times Square did not refer us to CT Corp. They plainly refused to accept process. However someone over the phone at the MD Mariott office did.

2 messages

---

**Juan de los Santos <takehimtocourt@aol.com>**　　　　　　Thu, Jul 20, 2023 at 6:35 AM
Reply-To: Juan de los Santos <takehimtocourt@aol.com>
To: "Babylon Doom.12 Tribes." <joel.j669@gmail.com>

Westin NY at Times Square did not refer us to CT Corp. They plainly refused to accept process. However someone over the phone at the MD Mariott office did.

If you have questions about this email or if you need further information, please do not  hesitate to call us at 718-277-2968 or email us at TakeHimToCourt@aol.com

Thank  you,

For New York Process Service.

Juan de los  Santos
New York City Licensed Process Server
Notary Public, State of  New York
Email: takehimtocourt@aol.com
Email: takehertocourt@aol.com
Web: subpoenadelivery.com
Web: brooklynprocessserver.com
Web: newyorkprocessserver.org
Web: newyorkcityprocessservers.com
Phone:  718-277-2968
Fax: 347-295-0244
NOTICE 1: The information contained herein, including attachments and forwarded email content, may be an attorney-client privileged confidential email communication.  If so, take care not to forward the content so as to preserve the privilege. This information is intended solely for the addressee and may contain confidential and/or privileged material.  Any review, retransmission, dissemination, or other use of, or taking action in reliance upon this information by anyone other than the intended recipient(s) is prohibited.  If you have received this e-mail in error, please contact the sender immediately and delete the material fully.
NOTICE 2:   Please mark this email as "new" after you have read it if there is a possibility that you might need to contact us in the future.


On Thursday, July 20, 2023 at 01:36:01 AM EDT, Babylon Doom.12 Tribes. <joel.j669@gmail.com> wrote:


My final question is? Did the Westin NY at Times Square: refer your service to CT Corporation:?

---

**Babylon Doom.12 Tribes. <joel.j669@gmail.com>**　　　　　　Thu, Jul 20, 2023 at 7:03 AM
To: Juan de los Santos <TakeHimToCourt@aol.com>

THANK YOU  :)
[Quoted text hidden]

UNITED STATED DISTRICT COURT; SOUTHERN DISTRICT OF NEW YORK

---

**Plaintiff / Petitioner:**
Joseph Johnson,

**Defendant / Respondent:**
THE WESTIN NY AT TIMES SQUARE - MARRIOTT INTERNATIONAL

**AFFIDAVIT OF SERVICE**

Index No:
23-CV-1156

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on Mon, Jul 10 2023 AT 02:47 PM AT 28 Liberty St 42nd Floor , New York, NY 10005 deponent served the within CAUSE TO SHOW JUDGEMENT: DEFAULT JUDGMENT; STATEMENT OF DAMAGES; REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT; AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT; CLERK'S CERTIFICATE OF DEFAULT; AFFIDAVIT FOR JUDGMENT BY DEFAULT; SHIFT LOG on The Westin NY at Times Sq - Marriott International.

- [ ] **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporate service delivery:** By serving the above on The Westin NY at Times Sq - Marriott International. a domestic corporation, by delivering a true copy thereof to INGRID LOPEZ who is the AUTHORIZED PERSON , a person authorized to accept service.
- [ ] **Partnership service delivery:** By serving the above on _____ by delivering a true copy thereof to _____ a person authorized to accept service.
- [ ] **Substituted service delivery:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.
- [ ] **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.
- [ ] **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at _____ , First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.
- [ ] **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of New York or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Jul 10, 2023, 2:47 pm EDT at 28 Liberty St 42nd Floor , New York, NY 10005 received by INGRID LOPEZ. The recipient confirmed they are authorized to accept

**Description:**

| | | | |
|---|---|---|---|
| Age: 60 | Skin Color: Hispanic | Gender: Female | Weight: 140 |
| Height: 5'5" | Hair: Brown | | Relationship: AUTHORIZED PERSON |
| Other | | | |

Sworn to before me on ___7/12/23___

_Michael Gorman_
1381333

Notary Public

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

**INVOICE:** 9148424
Issued:    Jul 7, 2023

**Joseph Johnson**
Joseph Johnson
151 Country Club Ln Bldg.15 US Minor Outlying Islands
Pomona, NY 10970

PAY TO:
Undisputed Legal Inc.
590 Madison Ave 21st floor
New York, NY 10022

| Case: | 23-CV-1156 | Plaintiff / Petitioner: | Joseph Johnson, |
|---|---|---|---|
| Job: | 9148424 | Defendant / Respondent: | THE WESTIN NY AT TIMES SQUARE - MARRIOTT INTERNATIONAL |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| RUSH | The Westin NY at Times Sq - Marriott International. | $200.00 | 1 | $200.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Jul 7, 2023 | | ($200.00) |

| | | |
|---|---|---|
| Thanks for your business. Please pay the "Balance Due" within 10 days. | Total: | $200.00 |
| | Amount Paid: | ($200.00) |
| | **Balance Due:** | **$0.00** |

Undisputed Legal Inc.  •  590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001  •  Email: Info@undisputedlegal.com  •  Visit: undisputedlegal.com

# EXHIBIT D

# CIVIL COUNTS: AGAINST THE WESTIN NY AT TSQ.

**Count 1. 15 US Code. 2087**
**Whistleblower protections: Violated.**

**Count 2. 22 US Code 2755**
Religious Discrimination.
**3 workers violated.**

**Count 3. USC Section 241.**
**Conspiracy Against Rights. Violated.**

**Count 4. 18 USC & 2331**
COERCION: unlawful excessive testing.

**Count 5. 41 CFR & 60-20.08**
Harassment & Hostile Work environment.
**Violation. On Going HARASSMENT.**

**Count 6. USC Section 242. Deprivation**
**of Rights Under the Color of the Law.**

**Count 7. USC Section 245. Federally**
**Protected Activities.**

**Count 8. USC Section 1607.11**
Disparate Treatment: **of House**
**Officers: protecting hostile H/O's.**
Disparate Treatment Discrimination.
By Human Resources DR & DOS.

**Count 9. NY Penal Law Section 240.30**
**Aggravated Harassment.**

**Count 10. US Code Section &**
**4101. Defamation of Character**
**HR Corp Chris Elko conducted**
**investigation: sources in staff**
Alleged I was active shooter.

**Count 11. US Code & 1513.**
**RETALIATION. DOS been**
**Retaliating from 2015 to**
**2022. On going harassing &**
**Most Recent incidents which**
**led to NYPD Harassment**
**report filed with NYPD.**
Against the The Hotel.
**From separate claim made**
**in 2015 to on going incidents**
**leading into new claim.**

**Note: 06/30/22. NYPD**
**Harassment report file against**
**The Westin Ny at Times Sq.**

Count. 12. 18 US Code &
664. THEFT: FSD's Back pay.

Count. 13. NY Penal Law
Section 155.35.
Grand Larceny in the
Forth Degree.

# LAWSUIT AGAINST HOTEL.

**14 TOTAL COUNTS; of Civil Violations.**

**US CODE & 1513. RETALIATORY actions from management.**

**ON GOING RETALIATORY actions and threats.**

**42 US CODE & 2000E-2- Unlawful Employment practices:**

**Solid work reputation: never offered** Supervisor position.

Ignored by the DOS & upper management.

ON GOING HARASSMENT: BY MANAGEMENT

**41 CFR & 60-20-08. HARASSMENT & HOSTILE WORK
ENVIRONMENT. ON GOING HARASSMENT. FROM
2015 to 2022. HR Confidentiality file proves: they kept
Harassing me, PERPETUALLY. Intentionally.**

**Exempt C19 Lockdown year: I was on part-time schedule; hotel was temporary closed; only some
staffed worked that year due to pandemic.**

DAMAGES REQUESTED: **350,000,000.** Initial damages requested was

90,000,000: ignore pages that show initial request.

On Tuesday May 23, 2023 evening time: the Union Business agent Nick: admitted he was working with HR manager Mark Collins to try and strike a deal to end Federal Court proceedings: Violation of NY Penal Law: 155.05. {FELONY}

18 U.S.C. & 873-BLACKMAIL: The Business Agent; Nick then stated he want me to get Back pay for Fire Safety Director and wanted to correct the condition: He request for federal case number regarding trial! I ask the Southern District Court of NY to PROSECUTE: The Westin NY at Times Square:

I ask the state Federal Court, to arrest the union business agent: Nick and H/R manager Mark Collins for Violation of the LAW: they need to be arrested immediately for breaking the Law. The Marriott International management is a crooked and need to be moved away from the workers in NYC and replaced with a neutral management group.

3 & a mid-shift working security is UNCONSTITUTIONAL & breach of security to staff and hotel clients: 1 Dispatcher: 1 Patrol Officer & 1 FSD officer they force to leave the fire command to cover lower lobby: Violating the duties of the FSD U.S.C. section 241: Conspiracy against Rights: the facility has at least 800 + rooms; including convention meeting rooms and private meeting rooms, a Bar and check-in main lobby that's broad; it's a convention hotel with hardly security staff.

This is un-lawful and unconstitutional: I ask the federal court to charge the facility with both FELONY accounts and CIVIL accounts attached. It's only fair.

1.

The Westin Ny at Times Square: Direct contact. 212-201-2700.

H/R Mark Collins contact: 646-294-1108.

Local 153 Union Contact: 212-292-4677.

Business Agent Nick.    212-245-8100.

ARREST both of them: April of 2022: upper management let a FSD abandon post: left the facility: the Over-night shift grieved the condition: associate statements was given by many security staff members: I grieved this dangerous condition because the hotel risk being shut-down, had an ALARM went off at the fire-command station:

The GM was told of this condition; H/R Director Miriam Ruiz with Chris Elko a X-member of Marriott legal: they let a member who assaulted me years ago walk from the biggest VIOLATION and breach of Union contract keep his job: if I would have abandon the Fire Command Station I would have been FIRED. How come the Union and Management did nothing: but they kept a TOXIC member among us:

U.S.C. Section 1607.11 DESPARATE TREATMENT: VIOLATION.

According to the company policy: there is no exception: but the Union & Management tried to end the litigation to further a hostile work environment and unsafe work environment: The General manager; H/R Director Miriam Ruiz too; should get arrested for there actions; the Civil and Criminal laws violated on the job by upper management.

# EXHIBIT E

MIME-Version:1.0
From:NYSD_ECF_Pool@nysd.uscourts.gov
To:CourtMail@localhost.localdomain

Message-Id:<29744988@nysd.uscourts.gov>
Subject:Activity in Case 1:23-cv-01156-JGK-VF Johnson v. The Westin NY at Times Square/Marriott International Scheduling Order
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Southern District of New York

Notice of Electronic Filing
The following transaction was entered  on 7/6/2023 10:15 AM EDT and filed on 7/6/2023

Case Name: Johnson v. The Westin NY at
Times Square/Marriott International

Case Number: 1:23-cv-01156-JGK-VF https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?593817

Filer:


Document Number: 11


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.nysd.uscourts.gov/doc1/127133645739?caseid=593817&de_seq_num=48&magic_num=MAGIC


Docket Text:
ORDER SCHEDULING CONFERENCE: The deadline
for Defendant to answer or otherwise  respond to Plaintiff's complaint
has expired. A conference in this matter to  discuss with Plaintiff the ability
to file for default judgment is hereby  scheduled for Thursday, August 10,
2023, at 10:30 a.m. Plaintiff is directed to  call Judge Figueredo's
AT&T conference line at the scheduled time. Please dial  (888) 808-6929;
access code [9781335].  Telephone Conference set for 8/10/2023 at 10:30 AM
before Magistrate Judge  Valerie  Figueredo.   (Signed by Magistrate Judge
Valerie Figueredo on 7/6/2023)    (rro)



1:23-cv-01156-JGK-VF Notice has been electronically mailed to:


1:23-cv-01156-JGK-VF Notice has been delivered by other means to:
Joseph Johnson
151 Country Club
Pomona,  NY 10970




The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1008691343 [Date=7/6/2023] [FileNumber=29744987-0]
 [7cb18f2512d01eb401870a7502eb8cbb301ba7df841437f8c5c1a972b4028da16d415cf0651d19

Joseph Johnson,                                                    23-CV-1156

                              Plaintiff,

CAUSE TO SHOW JUDGEMENT:

Your Honor:

The workplace condition remains: 3 & a mid-shift is (Unconstitutional)  **42 US code & 2000E-2-**

**Unlawful employment practices** & the condition continues: No supervision: 1 DOS, ADOS & 1

additional manager: rarely work late: every Sunday; instead of a manager staying for oversight

the manager is scheduled to leave: the same on Mondays: the facility have over 800+ meeting room

space including convention meeting room space: originally each shift is 4 to 5 officers per shift:

management refused to hire proper staff & hire a security supervisor:

A supervisor job is to over see the department: & report to the managers:

If the hotel & union agreed to (exclude) a supervisor for the security department: It's an unlawful

employment practice & the union is just as guilty for negotiating these deals knowing it would

create a **Hostile Work environment: 41 CFR & 60-20-08: the file proves it:**

EXAMPLE: April of 2022; Fire Safety Director abandon the hotel and never returned to the facility

direct another officer to remove his name from OT acting as supervisor; prior to departure (unlawful).

It is the reality of a department that have zero supervision: the same member that jeopardized the

lives of everyone in the hotel abandoning the assaulted me years ago on the job it was reported &

management did nothing: USC 1607.11 Disparate Treatment: unlawful & civil violation: it's yet to be

corrected and it leaves **an ongoing TOXIC work environment**; currently an ongoing condition.

1.

Currently this suspect continues to dictate: what ever he wants on the 3 to 11pm shift: All departments have a job description: Security department was taken away: & know this particular members will fully can work 4 hours patrol & then change to be dispatcher: it's unlawful because the schedule makes it clear what the post are without switches: again no oversight due to no supervisor hired. Every job I have worked always had a job description: it was management decision to take it away.

The Union is just as guilty; because I was a Delegate and grieved to the union this will lead to many problems: my term was from 2008 to mid 2012: **the union knew of the internal conditions.**

Conspiracy against Rights: USC Section 241: **On going condition**: FSD'S forced to cover the lower-lobby: unconstitutional. No job description; these are on going conditions.

**Grand Larceny. NY PENAL LAW Section 155.35.**

**USC Code & 664 Theft:**

The Westin Ny at times Square and the Union Blackmail back pay money owe & attempted to get me to sign backpay doc; to cancel federal court hearing: I didn't sign it: I reported this condition swiftly to the federal court: because the actions were Criminal:

The four thousand owe was never paid; because the hotel and the union literally tried to Blackmail me in to backpay signature: I rejected.

18 USC 873 Blackmail & NY PENAL LAW & 155.05 both violated.

**These are all FELONY violations.**

2.

The record shows that The Westin Ny at Times Square by Marriott was Hacked twice since they merged and took over Starwood hotels and Resorts:

Marriott forcefully: took back money from the associates when they was hacked by way of KRONOS: HR tried to get me to sign  doc to give back  overpay condition they allowed by way of hackers. The garnishing of money forced to pay back was a condition Marriott created: they are responsible for allowing there company to get hacked: Marriott **coerced** the members that was effected to pay back and that is a violation of federal law:

**COERCION: 18 USC & 2331:**

The Westin NY at Times Square: violated the NYC mandate policy: during C19 reopening: Forcing members on Religious exemption to take up to 3 test while being paid weekly: EXCESSIVE testing violated NYC mandate: file proves it: the hotel harassed workers that was given Religious exemption: COERCION is a **felony** and is **Criminal** according to Federal law.

**22 US Code 2755: Religious Discrimination:**

HR Director Miriam Ruiz: harass me the file proves it: prior to the NYPD report filed against her & other managers listed: before delegate witnesses: she presented a text I sent to former staff member Ralph Nunez: it was a text of image of fire: the context was about end time prophecy: it had no threat to him personally & she used it to try & terminate my employment: She for years shielded Ralph who was violent had history of fighting in the Bar and lobby before guest and clients: prior to his departure he was given an option to work other departments: while terminating others: Ralph was toxic Miriam is CORRUPT & I am threatened by her still being in that facility as HR Director.

3.

Continued.

The termination of the late Stewarding worker Calvin D. needs to be heavily investigated; HR fired him and he died a month or so afterwards: Calvin was not granted the mercies of Ralph or Terrell Morgan who abandon the Fire Command Station and still have a job. Miriam protects the most CORRUPT employee's but made it personal to harass and threaten my job; the record proves it: Miriam harass me intentionally & I am making it very personal to see her immediate departure of the facility: her actions are CRIMINAL.

The General Manager: Michael Woldolski too should be questioned on the activity at the hotel I believe he was very aware of what was going on and is the Chief manager of the hotel.

The CEO of Marriott needs to be questioned on the activity at the Westin Ny at times square: Ever since this merger: happened the condition only worsen at the hotel: currently Westin times square is one of the most active hotels in NYC: the GM refuses to bring back in-room dyning staff: the activity since this merger has been suspect.

Someone needs to be held accountable for the activity at the facility:

---

CONCLUDING:

I ask the Federal Court to Charge the The Westin NY at Times Square with all the charges presented in the file: Arrest Nick the union business agent for trying to cover up the trial & question the union president regarding his business agent acting in this manner: the ultimate question would be? Who is making the decisions internally if it is not Marriott International? The owners of the facility!

4.

## SAFETY & SECURITY OF GUEST, ASSOCIATES, & CONVENTION CLIENTS COMPROMISED.  FAILED SECURITY STAFF.

It is not enough staff in security: The minimum is at least 5 House Officers per-shift

Failed oversight.

Refusal to higher: Security Supervisor: {Unconstitutional & unlawful}

**3 & a mid-shift is unlawful Employment practice. 42 US code & 2000E-2- On Going.**

Hopefully the next HR Director will be neutral towards the workers:

**Disparate Treatment** should be considered a FELONY: due to this report unfortunately.

United States Federal Court should take this to higher Court; for the safety of all workers.

41 CFR & 60-20-08. Hostile work environment:

HR shielded a condition that required disciplinary action.

**Unfair labor practices:**

HR have many complaints: regarding worker v worker: Supervision bring proper Oversight & it must be implemented moving forward for the workers at the facility.

Your Honor

I ask the punitive damages: are taxed half:

I never meant harm working at the facility & I am a law biding citizen &
do what I am told under the laws of the land and the State of New York.

The hotel trades and the hotel association: have to come to terms of law biding and fair labor
practices that are neutral to all associates working that are union: at least I'd hope they consider
after this unfortunate report, to the Southern District Court of New York.

Joseph Johnson                                                    **CASE: 23 CV 01156**

151 Country Club Lane

Pomona NY 10970

201-240-01434


# RETALIATORY ACTION: US code & 1513.


The Westin New York at Times Square: by Marriott International & the Union:

Intentionally stop funding my HSA account: The Security dpt; became Union around 2007 into 2008 & security till this day have been members of the Hotels trade bargaining agreement contract: I kept my HSA as an option when joining the union & during the (Pandemic) HSA was very helpful: Merger between Starwood & Marriott happened around 2016 into 2017.

HSA was set up like Direct deposit & I arranged for an amount of money from weekly pay earnings to go into the account: After making complaints to the NYPD about the hotel & even reporting unlawful condition to the DOJ with a pending trial in Federal Court. The facility continues to (retaliate).My HSA account had an active direct deposit till the end of 2022: It was around the end of Nov; 2022.

The week of June 12 thru 16: I spoke 1st with Accounting regarding my HSA account; then I took my grievance to HR regarding the account: on June 20, 2023: HR desk worker Susan stated I have to speak with the Union: All agreements was final dating to 2008 once security dpt became unionized.

I have the latest emails & warning of cancelation of my HSA account: due to The Westin NY refusing to replenish my own funds to the HSA: I had to send HSA tax document when filing taxes most recent.

Not reporting to the UNION **after failed BLACKMAIL attempt 18 USC 873**. Regarding Backpay 4 thousand USD still owe: **GRAND LARCENY.** Felony: **NY PENAL LAW & 155.05** violated: **Extortion:**(iv) Accuse some person of a crime or cause criminal charges **or remove proceedings to be instituted against him or her.**

The Westin NY at Times Square by Marriott International runs a criminal management firm, my file proves that & they need to be **prosecuted**: the UNION is just is guilty for trying to blackmail me with document I did not sign that doc: the action was CRIMINAL & the business agent Nick need to be arrested for that action. I ask the Court to Subpoena that document as well: unlawful action.

# 5498-SA Tax Form

## HSA, Archer MSA, or Medicare Advantage MSA Information

### Tax Year: 2022

▦ CORRECTED

**Copy B for Participant (keep for your records only)**

---

## Trustee Information

Name:                                    HSA Bank, a division of Webster Bank, N.A.

Federal Identification Number:    060273620

Address:                                 605 N 8th Street, STE 320

                                              Sheboygan, WI 53081

---

## Participant Information

Name:                            JOSEPH JOHNSON

Social Security Number:    435490785

Address:                        151 COUNTRY CLUB LN

                                     POMONA, NY 10970-0000

Account Number:            397048445258

---

| | | |
|---|---|---|
| Box 2 | Total contributions made in 2022 | $0.00 |
| Box 3 | Total HSA contributions made in 2023 for 2022 | $0.00 |
| Box 4 | Rollover Contributions | $0.00 |
| Box 5 | Fair market value of HSA | $0.01 |
| Box 6 | Account type | HSA |

**Instructions for Participant**

This information is submitted to the IRS by the trustee of your health savings account (HSA), Archer medical savings account (MSA), or Medicare Advantage MSA (MA MSA).

Generally, contributions you make to your Archer MSA are deductible. Employer contributions are excluded from your income and aren't deductible by you. If your employer makes a contribution to one of your Archer MSAs, you can't contribute to any Archer MSA for that year. If you made a contribution to your Archer MSA when your employer has contributed, you can't deduct your contribution, and you will have an excess contribution. If your spouse's employer makes a contribution to your spouse's Archer MSA, you can't make a contribution to your Archer MSA if your spouse is covered under a high deductible health plan that also covers you. Contributions that the Social Security Administration makes to your MA MSA aren't includible in your gross income nor are they deductible. Neither you nor your employer can make contributions to your MA MSA. Generally, contributions you or someone other than your employer make to your HSA are deductible on your tax return. Employer contributions to your HSA may be excluded from your income and aren't deductible by you. You and your employer can make contributions to your HSA in the same year.

See Form 8853 and its instructions or Form 8889 and its instructions. Any employer contributions made to an Archer MSA are shown on your Form W-2 in box 12 (code R); employer contributions made to an HSA are shown in box 12 (code W). For more information, see Pub. 969.

**Participant's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the trustee assigned to distinguish your account.

**Box 1.** Shows contributions you made to your Archer MSA in 2022 and through April 17, 2023, for 2022. You may be able to deduct this amount on your 2022 Form 1040 or 1040-SR. See the instructions for Forms 1040 and 1040-SR. Note: The information in boxes 2 and 3 is provided for IRS use only.

**Box 2.** Shows the total contributions made in 2022 to your HSA or Archer MSA. See Pub. 969 for who can make contributions. This includes qualified HSA funding distributions (trustee-to-trustee transfers) from your IRA to fund your HSA. The trustee of your MA MSA isn't required to, but may, show contributions to your MA MSA.

**Box 3.** Shows the total HSA or Archer MSA contributions made in 2023 for 2022.

**Box 4.** Shows any rollover contribution from an Archer MSA to this Archer MSA in 2022 or any rollover from an HSA or Archer MSA to this HSA. See Form 8853 or Form 8889 and their instructions for information about how to report distributions. This amount isn't included in box 1, 2, or 3.

**Box 5.** Shows the fair market value of your HSA, Archer MSA, or MA MSA at the end of 2022.

**Box 6.** Shows the type of account that is reported on this Form 5498-SA.

**Other information.** The trustee of your HSA, Archer MSA, or MA MSA may provide other information about your account on this form.

**Note:** Don't attach Form 5498-SA to your income tax return. Instead, keep it for your records.

**Future developments.** For the latest information about developments related to Form 5498-SA and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form5498SA.

## 1099-SA Tax Form

### Distributions From an HSA, Archer MSA, or Medicare Advantage MSA

Tax Year: 2022

☐ CORRECTED

**Copy B for Recipient (keep for your records only)**

### Trustee/Payer Information

Name:                                        HSA Bank, a division of Webster Bank, N.A.

Federal Identification Number:      060273620

Address:                                    605 N 8th Street, STE 320

                                                  Sheboygan, WI 53081

### Recipient Information

Name:                               JOSEPH JOHNSON

Identification Number:       435490785

Address:                           151 COUNTRY CLUB LN

                                        POMONA, NY 10970-0000

Account Number:              397048445258

| | | |
|---|---|---|
| Box 1 | Gross distribution | $1,332.20 |
| Box 2 | Earnings on excess contributions | |
| Box 3 | Distribution code | 1 |
| Box 4 | FMV on date of death | |
| Box 5 | Account type | HSA |

**Instructions for Recipient**

Distributions from a health savings account (HSA), Archer medical savings account (MSA), or Medicare Advantage (MA) MSA are reported to you on Form 1099-SA.
File Form 8853 or Form 8889 with your Form 1040 or 1040-SR to report a distribution from these accounts even if the distribution isn't taxable. The payer isn't required to compute the taxable amount of any distribution.

An HSA or Archer MSA distribution isn't taxable if you used it to pay qualified medical expenses of the account holder or eligible family member or you rolled it over. An HSA may be rolled over to another HSA; an Archer MSA may be rolled over to another Archer MSA or an HSA. An MA MSA isn't taxable if you used it to pay qualified medical expenses of the account holder only. If you didn't use the distribution from an HSA, Archer MSA, or MA MSA to pay for qualified medical expenses, or in the case of an HSA or Archer MSA, you didn't roll it over, you must include the distribution in your income (see Form 8853 or Form 8889). Also, you may owe a penalty.

You may repay a mistaken distribution from an HSA no later than April 15 following the first year you knew or should have known the distribution was a mistake, providing the trustee allows the repayment.

For more information, see the Instructions for Form 8853 and the Instructions for Form 8889. Also see Pub. 969.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete identification number to the IRS.

**Spouse beneficiary.** If you inherited an Archer MSA or MA MSA because of the death of your spouse, special rules apply. See the Instructions for Form 8853. If you inherited an HSA because of the death of your spouse, see the Instructions for Form 8889.

**Estate beneficiary.** If the HSA, Archer MSA, or MA MSA account holder dies and the estate is the beneficiary, the fair market value (FMV) of the account on the date of death is includible in the account holder's gross income. Report the amount on the account holder's final income tax return.

**Nonspouse beneficiary.** If you inherited the HSA, Archer MSA, or MA MSA from someone who wasn't your spouse, you must report as income on your tax return the FMV of the account as of the date of death. Report the FMV on your tax return for the year the account owner died even if you received the distribution from the account in a later year. See the Instructions for Form 8853 or the Instructions for Form 8889. Any earnings on the account after the date of death (box 1 minus box 4 of Form 1099-SA) are taxable. Include the earnings on the "Other income" line of your tax return.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows the amount received this year. The amount may have been a direct payment to the medical service provider or distributed to you.

**Box 2.** Shows the earnings on any excess contributions you withdrew from an HSA or Archer MSA by the due date of your income tax return. If you withdrew the excess, plus any earnings, by the due date of your income tax return, you must include the earnings in your income in the year you received the distribution even if you used it to pay qualified medical expenses. This amount is included in box 1. Include the earnings on the "Other income" line of your tax return. An excise tax of 6% for each tax year is imposed on you for excess individual and employer contributions that remain in the account. See Form 5329, Additional Taxes on Qualified Plans (Including IRAs) and Other Tax-Favored Accounts.

**Box 3.** These codes identify the distribution you received: 1—Normal distribution; 2—Excess contributions; 3—Disability; 4—Death distribution other than code 6; 5—Prohibited transaction; 6—Death distribution after year of death to a nonspouse beneficiary.

**Box 4.** If the account holder died, shows the FMV of the account on the date of death.

**Box 5.** Shows the type of account that is reported on this Form 1099-SA.

**Future developments.** For the latest information about developments related to Form 1099-SA and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099SA.

# N.Y. PENAL LAW & 155.05: VIOLATION

**EXTORTION:(iv) Accuse some person of a crime or cause criminal charges or removal proceedings to be instituted against him or her:**

On Thursday May 18, 2023 around 15:15hrs: The Westin Ny at times square: made attempt to get me to sign an agreement: regarding Fire Safety Director Back Pay: the hotel already owe back pay; the amount owe to me is around **4k.** Marriott legal attempted to strike a individual settlement with FSD backpay to squash what I presented to the Federal District Court.

The document was also negotiated also with the Union legal: **I did not** sign the document: & request the federal court **subpoena** The Westin NY at times square & receive the document.

I'm fearful they may attempt to FORGE that document: both the Westin & the Union: need to be held accountable for trying to cover up the crimes committed at the facility.

# 18 U.S.C. & 873-BLACKMAIL: VIOLATION

Blackmail or extortion is a federal crime carrying up to one year in federal prison, a fine, or both prison and a fine. Your Honor: The Westin Ny at Times Square need to be PROSECUTED for this action; to try and cover up the crimes and further a **UNCONSTITUTIONAL**, toxic & hostile work environment: & the furthering **violation** U.S. code: Title 18, U.S.C & 241.

No job description: forcing Fire Safety Director's to leave from the fire command station & 3 & mid-work schedule intentionally by upper management. It's unlawful and not safe.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

Joseph Johnson

          *Plaintiff(s)*

v.

THE WESTIN NY AT TIMES Sq —
MARRIETT International

          *Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

# 23 CV 01156

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

THE WESTIN NY AT TIMES Sq
270 West 43rd St New York NY
10036        212-201-2700

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Johnson
151 Country Club Ln
Pomona NY        10970

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Feb 10, 2023

_____
*Signature of Clerk or Deputy Clerk*



PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

ITS No Name !!

EXHIBIT A

**UNITED STATES POSTAL SERVICE.**

Retail

**P**

**US POSTAGE PAID**

**$6.45**

Origin: 10016
Destination: 20817
0 Lb 2.60 Oz
Nov 02, 16
3596610061-08

1006

**PRIORITY MAIL ®2-Day**

Expected Delivery Day: 11/04/2016    C069

**USPS TRACKING NUMBER**

9505 5143 6491 6307 0293 95

FROM: Joseph Johnson
151 Country Club Ln
Pomona NY
                    10970

TO:
MARRIOTT INTERN~~~
~~16400 Fernwood~~
~~Bethesda, Maryland~~
~~20817~~

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE**