UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH JOHNSON,

                              Plaintiff,                      23-CV-1156 (AS) (VF)

                -against-                              **ORDER SCHEDULING CONFERENCE**

THE WESTIN NY AT TIMES SQUARE/MARRIOTT
INTERNATIONAL,

                              Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

     Plaintiff's arguments raised at ECF Nos. 23 and 25 concerning potential violations of a state penal law by Defendant are not properly raised as part of his civil complaint in Federal Court. Plaintiff is reminded that Defendant has not yet had an opportunity to answer the complaint, and it has until September 29, 2023 to do so. See ECF No. 22. Once Defendant answers or otherwise responds to the complaint, the Court will schedule an initial case management conference with all the parties.

     SO ORDERED.

DATED:    New York, New York
               September 8, 2023

                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge