UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH JOHNSON,<br><br>               Plaintiff,<br><br>-against-<br><br>THE WESTIN NY AT TIMES SQUARE/MARRIOTT INTERNATIONAL,<br><br>               Defendant. | 23-CV- 01156 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On October 4, 2024, Defendant filed a motion to dismiss. *See* ECF No. 32. Plaintiff Joseph Johnson has not submitted an opposition to this motion. Johnson is hereby ORDERED to file any opposition no later than **March 26, 2024**. Failure to oppose the motion may result in Johnson's motion being granted as unopposed or in dismissal of the case for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

      If Johnson files an opposition, Defendant should file a reply no later than April 15, 2024.

      SO ORDERED.

Dated: February 26, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                           United States District Judge