_____

Civil case. 23-CV-01156

Joseph Johnson　　　　　　　　　　Plaintiff

**MOTION: PLEA OF ERROR**

V

Starwood Hotels & Resorts　　　　　Defendant

Worldwide,  LLC"

_____

To the Honorable; JUDGE ARUN, SUBRAMANIAN.

Due to the unfortunate verdict in favor of the defendant: Starwood Hotels & Resorts: I ask the Southern District Court to review document submitted to the court: Motion for Reconsideration & Motion for Entry: Default; Final Judgement. I ask the documents is re-visited accordingly. Again I was 100% percent in favor of the court decision to have the defense make a fair defense; I'm not in favor of the obvious error made by the Judge to allow the defendant to make a deadline on a {fraudulent} service address: court docs prove the defendant use a fraudulent service address violating the law: as stated in the document in the court, it violated Penal law & was a violation of Federal law: 18 U.S.C. 1342, Penal Law 190.25. Penal Law 190.23. & Penal law 190.26.

The Defendant violated Federal & State regulations & should not have been granted time to make defense after there time to defend **expired:** these documents was submitted before judgement, to the defendant; therefore I ask the Southern District Court to reverse; the Judgement in favor of there of the Plaintiff Joseph Johnson. I ask the court to correct the Judgement accordingly.

The Court addressed Plaintiff's motion for reconsideration at Dkt. 60.

The Clerk of Court is directed to terminate the motion at Dkt. 56

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.

Date: June 7, 2024