_____

                                                                                                         Civil case. 23-CV-01156

Joseph Johnson                          Plaintiff

                                                                                   **MOTION: PLEA OF ERROR**

     V

Starwood Hotels & Resorts            Defendant

Worldwide, LLC"

_____

To the Honorable; JUDGE ARUN, SUBRAMANIAN.

Due to the unfortunate verdict in favor of the defendant: Starwood Hotels & Resorts: I ask the Southern District Court to review document submitted to the court: Motion for Reconsideration & Motion for Entry: Default; Final Judgement. I ask the documents is re-visited accordingly. Again I was 100% percent in favor of the court decision to have the defense make a fair defense; I'm not in favor of the obvious error made by the Judge to allow the defendant to make a deadline on a {**fraudulent**} service address: court docs prove the defendant use a fraudulent service address violating the law: as stated in the document in the court, it violated Penal law & was a violation of Federal law: 18 U.S.C. 1342, Penal Law 190.25. Penal Law 190.23. & Penal law 190.26. The Defendant violated Federal & State regulations & should not have been granted time to make defense after there time to defend **expired:** these documents was submitted before judgement, to the defendant; therefore I ask the Southern District Court to reverse; Judgement in favor of the Plaintiff Joseph Johnson. I ask the court to correct the Judgement accordingly.

                                                                 1.

Court docs prove: 1st the defendant grieved to the Court CT corporation was invalid: service sent in Final Default Judgement docs states: it was the defendant headquarters in MD: that confirmed the service address in 2 separate service sent to start the case: unlawful action.

I grieved this condition in advance; because it was unlawful & the defendant should have not been granted additional time to make a defense after moving forward with a fraudulent service address.

Your Honor"

Criminal activity by the defense: I ask this case is reversed & the attorney making defense and the defendant both be charged for Criminal activity. Lying to The Federal District Court.

After full investigation: I ask this case is reversed and given to the Plaintiff Joseph Johnson. Respectfully' in accordance to law.

The Court addressed Plaintiff's motion for reconsideration at Dkt. 60.  The Clerk of Court is directed to terminate the motion at Dkt. 57.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 7, 2024