|                               |           | I |                          |
|-------------------------------|-----------|---|--------------------------|
| **Joseph Johnson**            | **Plaintiff** | I | Civil case 23-CV-1156 (AS) |
|                               |           | I |                          |
|                               |           | I | **MOTION FOR SANCTIONS** |
| **V**                         |           | I |                          |
|                               |           | I | **Against the Defendant attorney** |
| **Starwood Hotels & Resorts** |           | I |                          |
| **Worldwide, LLC**            | **Defendant** | I |                          |

To The Honorable; ARUN SUBRAMANIAN

I ask the Court to investigate the service sent by the Defendant: I recently mailed out physical doc Motion for Reconsideration which consist of a Motion for Entry Default; Final Judgement: I mailed it out after the Opinion of Order that was granted to the defendant: the Defense Attorney lied regarding the Service I grieved CT Corporation is {fraudulent} & it was created by the defense; please closely review the detailed document that was mailed to the Southern District Court House: I grieved the condition in advanced & was struck down because the court wanted the defense to have time to defend against what I submitted; I grieved the service from the Defendant was fraudulent & unlawful.

The request for sanctions is denied for the same reasons that the motion for reconsideration is denied. *See* Dkt. 60.

The Clerk of Court is directed to terminate the motion at Dkt. 58.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: June 7, 2024