| | | | |
|---|---|---|---|
| **Joseph Johnson** | **Plaintiff** | I I I I | Civil case 23-CV-1156 (AS) |
| **V** | | I I I | **MOTION FOR SANCTIONS** |
| | | I I | Against the Defendant attorney |
| **Starwood Hotels & Resorts** | | I I | |
| **Worldwide, LLC** | **Defendant** | I I | |

To The Honorable; ARUN SUBRAMANIAN

I ask the Court to investigate the service sent by the Defendant: I recently mailed out physical doc Motion for Reconsideration which consist of a Motion for Entry Default; Final Judgement: I mailed it out after the Opinion of Order that was granted to the defendant: the Defense Attorney lied regarding the Service I grieved CT Corporation is {fraudulent} & it was created by the defense; please closely review the detailed document that was mailed to the Southern District Court House: I grieved the condition in advanced & was struck down because the court wanted the defense to have time to defend against what I submitted; I grieved the service from the Defendant was fraudulent & unlawful.

Your Honor"

**Both Undisputed Legal & New York Process Server served an identical address for defendant.**

I paid a combined total of 300.00 USD for the service & this was from **2 witness services;** the Defense Attorney; lied to get time to make a defense; please reverse verdict; defense **defaulted and there time ran out to make a defense; it fraudulent activity by the defense attorney.**

UNITED STATED DISTRICT COURT; SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
Joseph Johnson,
**Defendant / Respondent:**
THE WESTIN NY AT TIMES SQUARE - MARRIOTT INTERNATIONAL

**AFFIDAVIT OF SERVICE**
Index No:
23-CV-1156

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on Mon, Jul 10 2023 AT 02:47 PM AT 28 Liberty St 42nd Floor , New York, NY 10005 deponent served the within CAUSE TO SHOW JUDGEMENT: DEFAULT JUDGMENT; STATEMENT OF DAMAGES; REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT; AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT; CLERK'S CERTIFICATE OF DEFAULT; AFFIDAVIT FOR JUDGMENT BY DEFAULT; SHIFT LOG on The Westin NY at Times Sq - Marriott International.

- [ ] **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporate service delivery:** By serving the above on The Westin NY at Times Sq - Marriott International. a domestic corporation, by delivering a true copy thereof to INGRID LOPEZ who is the AUTHORIZED PERSON , a person authorized to accept service.
- [ ] **Partnership service delivery:** By serving the above on _____ by delivering a true copy thereof to _____ _____ a person authorized to accept service.
- [ ] **Substituted service delivery:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.
- [ ] **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.
- [ ] **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at _____ , First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.
- [ ] **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of New York or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Jul 10, 2023, 2:47 pm EDT at 28 Liberty St 42nd Floor , New York, NY 10005 received by INGRID LOPEZ.
The recipient confirmed they are authorized to accept

**Description:**

| | | | |
|---|---|---|---|
| Age: 60 | Skin Color: Hispanic | Gender: Female | Weight: 140 |
| Height: 5'5" | Hair: Brown | | Relationship: AUTHORIZED PERSON |
| Other | | | |

Sworn to before me on 7/12/23

Michael Gorman
1381 333

Notary Public

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

JOSEPH JOHNSON,

                           Plaintiff,

-against-

THE WESTIN NY AT TIMES
SQUARE/MARRIOTT INTERNATIONAL,

                           Defendant.

---------------------------------------------------------------x

Civil Action No.: 23-CV-1156 (JGK)

**PROOF OF SERVICE**

I, Juan de los Santos, declare under penalty of perjury that I am now and at all times herein mentioned a citizen of the United States and resident of the State of New York, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness herein. I further declare upon direct personal knowledge that the following is true and correct:

On July 10, 2023 at 03:11 p.m., at 28 Liberty Street, 42nd Floor, New York, New York 10006, I served the within JUDGE JOHN G. KOELTL'S SIGNED ORDER DATED JUNE 20, 2023; PROPOSED DEFAULT JUDGMENT; PROPOSED AFFIDAVIT FOR JUDGMENT BY DEFAULT; STATEMENT OF DAMAGES; UNSIGNED REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT; PROPOSED AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT; PROPOSED CLERK'S CERTIFICATE OF DEFAULT; and CAUSE TO SHOW JUDGEMENT with EXHIBITS, in this action, upon **THE WESTIN NY AT TIMES SQUARE/MARRIOTT INTERNATIONAL**, Defendant, by delivering true copies of each to MOHAMED DANSOKO, Intake Specialist of CT Corporation System, an officer who indicated that he was expressly authorized to accept process on behalf of said Defendant. CT Corporation System is said defendant's registered agent for service of process.

Upon accepting said pleadings and court documents, Mr. Dansoko provided a dated receipt confirming acceptance of service (Exhibit 1).

My fees are $0.00 for travel and $100.00 for services for a total of $100.00.

I declare under penalty of perjury that this information is true and correct

Date: 07/11/23
County of Kings,
State of New York

                                                              *[signature]*
                                                              Juan de los Santos
                                                     New York Process Server # 2067123
                                                          54 Bristol Street, Ste. #7F
                                                              Brooklyn, NY 11212

                                                                               **Juan de los Santos**
                                                                       New York Process Server # 2067123
                                                                       54 Bristol Street, Ste. 7F
                                                                         Brooklyn, NY 11212

Your Honor"

There is no determined: service address: the defense waited to make Argument when time expired. I grieved in this physical document mailed to the court; it was 1st error by the District Court to allow the defense attorney; to make a defense; after mailing Default Judgement doc; to me. It was a victory letter; <u>then the State took it back & started trial</u>? Based on these 2 witnesses; there is no determined service address. What if; I was to get terminated in retaliation Lord forbid; it would be the same service address chase; because the defendant never established an honest one.

**There is no determine mailing address for service:**

**The Defense never lawfully established an honest address for service:**

**Fraudulent & Frivolous conduct by the defense attorney:**

**Criminal Activity by the defense attorney:**

> The request for sanctions is denied for the same reasons that the motion for reconsideration is denied. See Dkt. 60.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 59.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: June 7, 2024