UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH JOHNSON,

                           Plaintiff,

        -against-                                        23-CV-1156 (AS)

STARWOOD HOTELS & RESORTS                                ORDER
WORLDWIDE, LLC,

                           Defendant.

ARUN SUBRAMANIAN, United States District Judge:

        Plaintiff is reminded that he was **granted leave to file an amended complaint no later than August 1, 2024.** If Plaintiff chooses to file an amended complaint, he should be sure to address the deficiencies identified in this Court's May 8th Opinion. *See* Dkt. 54.

        SO ORDERED.

Dated: June 10, 2024
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge