**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH JOHNSON,

                                        Plaintiff,                      **1:23-CV-1156 (AS) (VF)**

                        -against-                                **ORDER**

STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC

                                        Defendant.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

On May 8, 2024, the Court dismissed Plaintiff's complaint but granted Plaintiff leave to file an amended complaint. See ECF No. 54. On July 18, 2024, Plaintiff filed a lengthy document with multiple exhibits that Plaintiff titled "Amend complaint review." See ECF No. 70. The Court held a conference with the parties on August 29, 2024, and instructed Plaintiff to seek the assistance of the Southern District's *Pro Se* Legal Clinic for purposes of crafting an amended complaint that could comply with the requirements of Federal Rule of Civil Procedure 8. See ECF No. 78. The Court gave Plaintiff until Monday, October 28, 2024, to file an amended complaint. Id. On October 9, 2024, Plaintiff filed an amended complaint. See ECF No. 81. Plaintiff also requests the appointment of pro bono counsel (see ECF No. 80) and filed additional documents in support of his complaint on October 9, 2024 (see ECF No. 79) and October 16, 2024 (see ECF No. 82).

The Court construes Plaintiff's filing at ECF No. 81 to be Plaintiff's amended complaint. Defendant has until **Monday, December 9, 2024** to respond to Plaintiff's amended complaint. Because Plaintiff's filing at ECF No. 82 does not appear to request any relief, the Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 82.

**SO ORDERED.**

DATED:    New York, New York
          October 31, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge