UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH JOHNSON,

                                Plaintiff,                              23-CV-1156 (AS) (VF)

                    -against-                                    **ORDER**

STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC

                                Defendant.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

On December 20, 2024, *pro se* Plaintiff filed a "motion to exclude illegally obtained footage from being used as evidence for trial." ECF Nos. 90-91. Defendant, however, has not answered or responded to Plaintiff's amended complaint, and their deadline to do so has not passed. See ECF No. 88. Discovery therefore has not begun in this case. Plaintiff is informed that a motion to exclude evidence at trial should be brought following the close of discovery, prior to trial, through a motion *in limine*.

The Clerk of Court is directed to terminate the motion at ECF No. 90.

**SO ORDERED.**

DATED:    New York, New York
              December 30, 2024

                                                              _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge