UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH JOHNSON,

                      Plaintiff,                                    23-CV-1156 (AS) (VF)

            -against-                              **ORDER**

STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC

                      Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      On December 26, 2024, *pro se* Plaintiff filed a "motion for disclosure," asking the Court to obtain from Defendant video and other evidence allegedly showing that the "the hotel violated its own policy and procedures[.]" ECF No. 94. As the Court explained previously (see ECF No. 93), Defendant has not answered or otherwise responded to Plaintiff's amended complaint, and its deadline to do so has not yet passed. See ECF No. 88. Discovery therefore has not begun in this case. Plaintiff is informed that any relevant video footage and/or other relevant evidence can be requested by Plaintiff through discovery requests of Defendant, if this case proceeds to discovery.

      The Clerk of Court is directed to terminate the motion at ECF No. 94.

**SO ORDERED.**

DATED:    New York, New York
                January 2, 2025

                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge