UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH JOHNSON,<br><br>                    Plaintiff,<br><br>            -against-<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, LLC,<br><br>                    Defendant. | 23-CV-1156 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On January 2, 2025, Defendant filed a motion to dismiss. *See* Dkt. 97. Plaintiff Joseph Johnson is hereby ordered to file any opposition no later than **February 9, 2025**. Failure to oppose the motion may result in the motion being granted as unopposed or in dismissal of the case for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure. If Johnson files an opposition, defendant should file a reply no later than February 21, 2025.

      SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                   United States District Judge