# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Joseph Johnson

Write the full name of each plaintiff or petitioner.

Case No. 23 CV 1156

-against-

Starwood Hotels & Resorts Worldwide LLC

**NOTICE OF MOTION**

Default Judgement

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that  Plaintiff    Joseph Johnson
                         plaintiff or defendant    name of party who is making the motion

requests that the Court: Judge the defendant.

Federal Rule of Civil Procedure 55. Due to most recent discovery, filming of plaintiff at the workplace; violating policy & procedure & plaintiff privacy. Egregious Misconduct.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

01/04/2025                                 *Joseph Johnson*
Dated                                      Signature

Joseph Johnson                             
Name                                       Prison Identification # (if incarcerated)

151 Country Club Ln        Pomona          NY        10970
Address                    City            State     Zip Code

201-240-0134               pencilerj@yahoo.com
Telephone Number (if available)    E-mail Address (if available)