**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH JOHNSON,

                               Plaintiff,

    -against-

STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC,

                              Defendants.
-----------------------------------------------------------------X

**23-CV-1156 (AS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      Plaintiff filed a motion for sanctions because Defendant "illegal[ly] film[ed] [and] report[ed] the plaintiff at workplace." See ECF Nos. 104-05. Plaintiff also filed a motion for a default judgment because Defendant was allegedly filming Plaintiff at the workplace. See ECF No. 102. Defendant has appeared in this action and filed a motion to dismiss, which is presently pending before the Court. There is thus no basis for Plaintiff's motion for a default judgment, given Defendant's participation in the case. Moreover, Plaintiff has not identified a valid basis for a motion for sanctions, because the only basis identified appears unrelated to Defendant's conduct in this litigation. The Clerk of Court is directed to terminate the gavels at ECF Nos. 102 and 104.

      **SO ORDERED.**

DATED:    New York, New York
             January 14, 2025

                                _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge