UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH JOHNSON,

                              Plaintiff,

   -against-

STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC,

                             Defendants.
-----------------------------------------------------------------X

**23-CV-1156 (AS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      The conduct that Plaintiff identifies at ECF Nos. 117 and 118 is not the proper basis for a Rule 11 sanction. See Lawrence v. Richman Grp. of CT LLC, 620 F.3d 153, 158 (2d Cir. 2010) ("Rule 11 does not . . . authorize sanctions for merely frustrating conduct. It authorizes sanctions only for the filing of a document with the court that fails to satisfy the rule's certification requirements."). Further, and as already explained, there is a pending motion to dismiss. Upon resolution of the motion, if necessary, Plaintiff can ask for discovery from Defendants. The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 117.

      **SO ORDERED.**

DATED:    New York, New York
              February 6, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge