**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOSEPH JOHNSON,

                                                Plaintiff,

     -against-

STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC,

                                                Defendant.
------------------------------------------------------------------X

**23-CV-1156 (AS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      Plaintiff's motion seeking that the Court contact certain individuals and sanction Defendant (see ECF Nos. 130-132) is denied. As repeatedly explained in prior orders, these motions are not proper at this stage in the litigation. The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 130.

      **SO ORDERED.**

DATED:    New York, New York
               February 26, 2025

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge