UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH JOHNSON,

                    Plaintiff,

  -against-                                    23 **CIVIL** 1156 (AS)

**JUDGMENT**

STARWOOD HOTELS & RESORTS
WORLDWIDE, LLC,

                    Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 7, 2025, Starwood's motion to dismiss is granted. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 7, 2025

                                                             **TAMMI M. HELLWIG**

                                                             **Clerk of Court**

                                      **BY:**

                                                             **Deputy Clerk**