# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Joseph Johnson

Write the full name of each plaintiff or petitioner.

-against-

Starwood Hotels & Resorts Worldwide LLC

Write the full name of each defendant or respondent.

Case No. 23 CV 1156

**NOTICE OF MOTION**

SDNY 41 CFR & 60-20.08.
SDNY LL sec 740. Retaliatory
act. Sdny 31 CFR & 0.203.

PLEASE TAKE NOTICE that  Plaintiff    Joseph Johnson
                         _plaintiff or defendant_   _name of party who is making the motion_

requests that the Court: Sanction the defendant for retaliatory act after being reported for misconduct and furthering (retaliatory acts against the plaintiff). Plaintiff ask the Judge to apply FRCP 30 sanction for misconduct by General Manager Mike Wlodkowski. Plaintiff ask Judge apply SDNY aggravated Harassment NY penal law section 240.30. Violation of SDNY. USC sec 1607.11

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents: SDNY violation of FLSA sec 3.II.C.1. &

Violation of FLSA sec & 15.IV

03/18/2025                               *Joseph Johnson*
Dated                                    Signature

Joseph Johnson
Name                                     Prison Identification # (if incarcerated)

151 Country Club Ln.        Pomona          NY         10970
Address                     City            State      Zip Code

201-240-0134                pencilerj@yahoo.com
Telephone Number (if available)    E-mail Address (if available)

SDNY Rev: 5/24/2016

**MEMO ENDORSED**

*[signature]*

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: 3/21/25**

The Court dismissed Plaintiff's amended complaint on March 7, 2025. ECF No. 139. The Court issued a final judgment that same day. ECF No. 140. The case is now closed and Plaintiff should not file any further motions on the docket. If Plaintiff wishes, he may take an appeal to the Second Circuit from the Court's March 7th opinion and order. But continuing to file motions on the docket in this case is not appropriate as the case is closed and the Court cannot issue any further relief.