UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Johnson, | |
| Plaintiff, | 23-CV-1156 (AS) |
| -against- | |
| Starwood Hotels & Resorts Worldwide, LLC, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

Johnson has filed a motion "requesting the Court to Review Arguments" of witness tampering and retaliation by the defendant. The Court construes the motion as a motion under Federal Rule of Civil Procedure 60(b) for relief from judgment. The documents filed consist primarily of filings that the plaintiff has already submitted and that were considered by this Court and by the Second Circuit in affirming this Court's ruling. As Johnson does not provide any new argument for relief from judgment, the motion is DENIED.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 152.

SO ORDERED.

Dated:  January 5, 2026
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge