# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT of NEW YORK

**Case no. 23-CV-1156**

Joseph Johnson              Plaintiff.

|
|**FRCP 60(b)Motion for relief.**
|**Criminal (acts) 18 USC&1512:**
|**witness tampering/retaliation.**

v

|**18 USC & 371 conspiracy with**
|**labor union. FRCP rule 37(b)**

Starwood Hotels &
Resorts Worldwide, LLC              Defendant

|**Union {COLLUDED} with defense**
|**cause firing of Peter Roman.    ***
|**{Def. Perjured} termination doc.**
|
|**FRCP 60(d)(1) FRAUD ON THE**
|**COURT PROCEEDING.         ***
|
|**FRCP 37(b){Emergency Sanctions}**
|**Due to def.collusion with labor**
|**{union}.Plaintiff ask court to enter**
|**{Default Judgement} due to defense**
|**& union colluding that lead to firing**
|**of Peter Roman & Obstruction of**
|**Justice, in midst of case 23-CV-1156.**

DENIED. Plaintiff has not stated valid reasons for relief from the judgment. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 155.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 26, 2026

To' Chief Judge of SDNY' honorable Laura Taylor Swain & District Judge, Arun Subramanian. Plaintiff Joseph Johnson filed Meritorious claim after 2nd Circuit proceeding ended. January 2026 SDNY denied the motion. I failed to present evidence, I filed motion 02/10/2025 but didn't have Roman termination document.

Attached is the {termination document} that links up with motion filed 02/10/2025. Your Honor" defendant fired Peter Roman 02/04/2025. Case verdict' was in early March of 2025; I was correct to file Meritorious Claim, I didn't have termination document that is attached to motion to prove motion filed 02/10/2025.

Termination doc of Peter Roman is in compliance with witness tampering motion filed 02/10/2025, proving he was emphatically (fired) in midst of case 23-CV-1156 showing defendant Witness Tampered and Retaliated as I argued in motion denied January 2026.

Peter Roman filed SDNY case against the defendant case no.26-CV-2071.

Attachments include: documents that prove the union Hotel Gaming &

Trades Council AFL-CIO: allowed {unlawful} firing of Peter Roman.

In documents he provided to SDNY regarding his case he grieves the;

Executive management unlawfully fired him: He is telling the truth.

The union failed to represent him & knowingly allow management perjure

termination document.

Please review attachments regarding his case;

**2 Key witnesses to Peter Roman unlawful termination:**

**Bellman John Enriquez & Doorman Brian Perry:**

**Brian Perry being most important witness because he was witness to union arbitration proceedings for Peter Roman; in his arbitration proceedings GM Mike Wlodkowski offer 300k to Peter to resign from job & union executives were in agreement. Peter rejected offer & pleaded for reinstatement. It was granted, because Bellman John & Doorman Brian Perry was called to hearings confirming non-guest {Christopher Nalls} was asked to leave the hotel.**

**This was not a guest of the hotel: Brian Perry & John Enriquez confessed it to HR Director on numerous occasions' & the hotel fired Peter Roman in {midst} case no 23-CV-1156. {Termination document} proves Witness Tampering & Retaliation; & based on claims Peter Roman made against the hotel leading to February 04th 2025 (firing) The hotel clearly retaliated against him.**

**The union have legal obligation to represent its members according to the law. Hotels Trades & Gaming Council failed to represent Peter Roman & knowingly allow GM to offer buyout to Peter Roman!? Clear definition of (Collusion) cause entire episode happened in (midst) of case no 23-CV-1156 proving Obstruction of Justice & Witness Tampering & Retaliation by the defendant and the Union.**

2.

Discretion by United States Southern District Court to summons both the union

& Starwood Hotels and Resorts Worldwide to {Emergency trial} to confirm all

findings to be true under oath or swiftly report this to United States Department

of Justice. Criminal Fallout. Witness Tampering & Retaliation in midst of a

proceeding is punishable up to 25yrs in prison.

These actions by (defendant and the union) violate NYS penal laws:

215.10. 215.11. 215.12 & 215.15, tampering under New York State

Penal Law is punishable up to Prison. Defendant and Union (colluded)

to get Peter Roman fired in midst of case no 23-CV-1156.

Peter Roman was noticeably skinny & looked as if he was malnutrition or literally
escaped death after being reinstated surviving unlawful activity by the hotel & union
(criminal activity) there actions warrant {**immediate prosecution} respectfully.”**

I argued in my proceedings prior to presenting Peter Romans termination document
the union is a bad faith labor union, the evidence & testimony says all, illegal acts
by the union clearly colluding with the defendant in midst of case 23-CV-1156, this
is criminal activity, the defendant didn’t only Witness Tamper & Retaliate they act
& engaged in{COLLUSION}.

The executives of the union & the executives of The Westin NY@TSQ hotel urgently
need to be charged for this criminal misconduct & treatment of Peter Roman; & who
can the members report to if the union have engaged in this level of misconduct?’ this
is high level corruption and all executives involved swiftly need to be **indicted.**

3.

Plaintiff Pro Se' Joseph Johnson:


Reported incident most recent, to Federal Bureau of Investigation'FBI:

Filed new NLRB claim Inquiry no 1-3823430851 pending with Peter termination doc.

I reached out New York Senator Kirsten Gillibrand: see attachment.

I reached out to Manhattan District Attorney Alvin Briggs:

Immediately reported termination doc & witness tampering report to AG L.James

I've reached out to NYS Sheriff Department regarding incident.

I emailed Department of Justice Civil Rights division.

I emailed Department of Justice Criminal Division.

I even reached out to Albany District Attorney Office regarding incident.

Rockland County District Attorney, Bronx District Attorney & Queens DA.


Your Honor

This is corruption at the highest level of executive management and the union &
you would have to questions the terminations of many workers prior to Peter
Roman & the internal collusion that may have happened regarding past workers,

Evidence provided chiefly Peter Roman termination document that proves clear
witness tampering & obstruction of justice and the union (colluded) to get him
fired in midst of case no. 23-CV-1156, again these are grounds for indictment &
prosecution of defendant and the union.

4.

# EXHIBIT A

# Disciplinary Action Form

| Name | Peter Roman | Employee ID | |
|---|---|---|---|
| **Location/Property Name** | Westin New York at Times Square | **Position/Dept.** | Security Officer/Security |

**Discipline Information**

**Incident Date:** 1.18.2025

| **Discipline Type:** Termination | **Discipline Reason:** Threatening |
|---|---|

**Description of Incident:** On January 22, 2025, human resources was made aware of alleged threatening comments and behavior exhibited by Peter Roman towards a hotel guest.

Due to the severity of the alleged concerns, Peter was suspended pending investigation, while human resources conducted a thorough and fair investigation. This was communicated via phone due to Peter requesting to leave early. Present for the voicemail: Patrick Ieva (Door Attendant and delegate) and Jorge Chico (Director of Security).

The allegation of threatening comments and behavior exhibited by Peter Roman towards a guest, is substantiated. Although Peter's role is to safe guard the hotel, as a security officer for the Westin New York at Times Square, it does not permit him to exhibit threatening language or behavior.

Peter is in violation of our company policies and as a result of this investigation, his employment is being terminated. Effective immediately

**Presentation Date:** 02.04.2025

**Description of Corrective Action:**

**History**

Any prior relevant Coaching & Counseling or Verbal Warnings? Any Written Warnings issued within the past 12 months?
☐ Yes  ☒ No

If Yes:

| **Type:** Choose One | **Date:** MM/DD/YYYY | **Reason:** Choose One |
|---|---|---|
| **Type:** Choose One | **Date:** MM/DD/YYYY | **Reason:** Choose One |
| **Type:** Choose One | **Date:** MM/DD/YYYY | **Reason:** Choose One |
| **Type:** Choose One | **Date:** MM/DD/YYYY | **Reason:** Choose One |
| **Type:** Choose One | **Date:** MM/DD/YYYY | **Reason:** Choose One |

If eligible and available at my location, I understand that I may appeal a verbal or written disciplinary action or a termination decision through the Internal Resolution Process which includes the Guarantee of Fair Treatment (GFT)/Appeal Process OR the Peer Review Appeal Process.