UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Johnson

Write the full name of each plaintiff or petitioner.

Case No. 23 CV 1156

-against-

Starwood Hotels & Resorts Worldwide LLC

**NOTICE OF MOTION**

FRCP60(b)(2)(3)Relief. Sanctions & Fraud/ Misconduct. Defense colluded with Labor Union engage in Witness Tampering Ret, of P.Roman.

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that    Plaintiff

plaintiff or defendant

Joseph Johnson

name of party who is making the motion

requests that the Court: Consolidate all violations & matters at issue for a single hearing or trial: Plaintiff request SDNY to enter Default Judgement against defense as (sanction) for fraud on the court and destroying the integrity of the judicial process. Plaintiff request Terminating (Sanctions) dismissing the defense (entirely) due to Collusion with labor union Hotel Gaming Trades Council AFL-CIO. The union was in full knowledge of Peter Romans firing February 04th 2025, I filed Tampering motion 02/10/25 read attachments."

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:  Affirmation

06/09/2026

Dated

*Joseph Johnson*

Signature

Joseph Johnson

Name

Prison Identification # (if incarcerated)

151 Country Club Ln.

Address

Pomona

City

NY

State

10970

Zip Code

201-240-0134

Telephone Number (if available)

pencilerj@yahoo.com

E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Johnson

Fill in above the full name of each plaintiff or petitioner.

Case No.   23   CV   1156

-against-

Starwood Hotels & Resorts Worldwide LLC

Fill in above the full name of each defendant or
respondent.

## DECLARATION

Plaintiff request immediate Dismissal of defendant & (Urgent) indictments against union

& defense for Collusion & engaging in Witness Tampering & Retaliation firing P. Roman

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's
Motion for Summary Judgment."

I, __Joseph Johnson__ ,   declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court
order. You may also refer to and attach any relevant documents.

The union; Hotels Gaming & Trades Council executives had full access to plaintiff case;

When presenting Business Agents 2nd Circuit briefs & request for Representation the

Union denied service: please read all the attachments added to motion.

Rev. 6/30/16

Peter Romans termination document: its dated 02/04/2025: at this time Local 6 knew I

Was in midst of Civil litigation against the hotel: & based on Peter Roman active case

26-CV-2071 and attachments provided the union & the Colluded & knowingly act

& Conspiracy with the union to see Peter Roman fired almost 7 months: both the

Defendant & Union attorneys can argue he was reinstated' however" Peter Roman

Emphatically TERMINATED in midst of Plaintiff Joseph Johnson case 23-CV-1156

Actions by the union warrant Witness Tampering & Retaliation by the defendant and

The Union; Hotel Gaming & Trades Council AFL-CIO & collectively engaged in

Collusion. These are immediate grounds for Indictments & Prosecution of defendants

& the union for engaging in Criminal misconduct, these are federal felonies.

Attach additional pages and documents if necessary.

| 06/09/2026 | *Joseph Johnson* |
| --- | --- |
| Executed on (date) | Signature |
| Joseph Johnson | |
| Name | Prison Identification # (if incarcerated) |
| 151 Country Club Ln. | Pomona     NY     10970 |
| Address | City     State     Zip Code |
| 201-240-0134 | pencilerj@yahoo.com |
| Telephone Number (if available) | E-mail Address (if available) |

DENIED. Plaintiff has not presented any evidence justifying a default judgment. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 156. SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 26, 2026

Page 2